**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF COLORADO

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

04/20

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  |  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| 1. | **Your full name** | | |
| | Write the name that is on your government-issued picture identification (for example, your driver's license or passport). | **James**<br>First name | First name |
| | | **Toliver**<br>Middle name | Middle name |
| | Bring your picture identification to your meeting with the trustee. | **Craig**<br>Last name and Suffix (Sr., Jr., II, III) | Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br>Include your married or maiden names. | | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | **xxx-xx-0315** | |

7/01/20  8:31AM

Debtor 1     **James Toliver Craig**                                      Case number *(if known)*

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4.** Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years

Include trade names and *doing business as* names

☐ I have not used any business name or EINs.

**FDBA  Summerbrook Dental Group, PLLC**

Business name(s)

EIN

☐ I have not used any business name or EINs.

Business name(s)

EIN

**5.** Where you live

**6795 S. Robertsdale Way**
**Aurora, CO 80016**
Number, Street, City, State & ZIP Code

**Arapahoe**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

If Debtor 2 lives at a different address:

Number, Street, City, State & ZIP Code

County

**If Debtor 2's mailing address is different from yours, fill it in here.**  Note that the court will send any notices to this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**6.** Why you are choosing *this district* to file for bankruptcy

*Check one:*

■  Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐  I have another reason.
Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☐  Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐  I have another reason.
Explain. (See 28 U.S.C. § 1408.)

Debtor 1   **James Toliver Craig**                                                    Case number *(if known)* _____

---

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

---

**8.** **How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9.** **Have you filed for bankruptcy within the last 8 years?**

■ No.
☐ Yes.

| | District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |
| | District | _____ | When | _____ | Case number | _____ |

---

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☐ No
■ Yes.

| Debtor | **Summerbrook Dental Group, PLLC** | | Relationship to you | **Business** |
|---|---|---|---|---|
| District | **Colorado** | When | **2/21/20** | Case number, if known | **20-11168** |
| Debtor | _____ | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

---

**11.** **Do you rent your residence?**

■ No.     Go to line 12.
☐ Yes.    Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

Debtor 1 **James Toliver Craig** _____    Case number *(if known)* _____

---

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12.  Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.   Go to Part 4.

☐ Yes.   Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐   None of the above

---

**13.  Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor or a debtor as defined by 11 U.S.C. § 1182(1)?***

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines.* If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ No.   I am not filing under Chapter 11.

■ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

■ Yes.   I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14.  Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.   What is the hazard?   _____

If immediate attention is needed, why is it needed?   _____

Where is the property?   _____
_____
Number, Street, City, State & Zip Code

---

| Debtor 1 | **James Toliver Craig** | | Case number *(if known)* |
|---|---|---|---|

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |
|---|---|

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| Debtor 1 | **James Toliver Craig** | Case number *(if known)* |
| --- | --- | --- |

| Part 6: | Answer These Questions for Reporting Purposes |
| --- | --- |

**16. What kind of debts do you have?**

**16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ No. Go to line 16b.

☐ Yes. Go to line 17.

**16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

■ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts

_____

---

**17. Are you filing under Chapter 7?**

■ No. I am not filing under Chapter 7. Go to line 18.

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

---

**18. How many Creditors do you estimate that you owe?**

| | | |
| --- | --- | --- |
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**19. How much do you estimate your assets to be worth?**

| | | |
| --- | --- | --- |
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**20. How much do you estimate your liabilities to be?**

| | | |
| --- | --- | --- |
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Part 7: | Sign Below |
| --- | --- |

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ James Toliver Craig**

| | |
| --- | --- |
| **James Toliver Craig** | |
| Signature of Debtor 1 | Signature of Debtor 2 |

| | | |
| --- | --- | --- |
| Executed on | **July  1, 2020** | Executed on |
| | MM / DD / YYYY | MM / DD / YYYY |

7/01/20  8:31AM

Debtor 1    **James Toliver Craig** _____    Case number *(if known)* _____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ K. Jamie Buechler** _____    Date    **July  1, 2020**
Signature of Attorney for Debtor                                        MM / DD / YYYY

**K. Jamie Buechler 30906**
Printed name

**Buechler Law Office, L.L.C.**
Firm name

**999 18th Street, Suite 1230 S**
**Denver, CO 80202**
Number, Street, City, State & ZIP Code

Contact phone    **720-381-0045** _____    Email address    **Jamie@kjblawoffice.com**

**30906 CO**
Bar number & State

---

Official Form 101                **Voluntary Petition for Individuals Filing for Bankruptcy**                page 7

Certificate Number: 14751-CO-CC-034572786



14751-CO-CC-034572786

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>June 17, 2020</u>, at <u>2:18</u> o'clock <u>PM PDT</u>, <u>JAMES T CRAIG</u> received from <u>$0$ BK Class Inc.</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>District of Colorado</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   <u>June 17, 2020</u>                    By:    <u>/s/AMEY AIONO</u>

                                    Name:  <u>AMEY AIONO</u>

                                    Title:  <u>Certified Credit Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).

**Form 1040** Department of the Treasury—Internal Revenue Service (99)
**U.S. Individual Income Tax Return** **2018** OMB No. 1545-0074 IRS Use Only—Do not write or staple in this space.

| Filing status: | ☐ Single | ☒ Married filing jointly | ☐ Married filing separately | ☐ Head of household | ☐ Qualifying widow(er) |
|---|---|---|---|---|---|

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| JAMES | CRAIG | |

| Your standard deduction: | ☐ Someone can claim you as a dependent | ☐ You were born before January 2, 1954 | ☐ You are blind |
|---|---|---|---|

| If joint return, spouse's first name and initial | Last name | Spouse's social security number |
|---|---|---|
| ANGELA | CRAIG | |

| Spouse standard deduction: | ☐ Someone can claim your spouse as a dependent | ☐ Spouse was born before January 2, 1954 | ☒ Full-year health care coverage or exempt (see inst.) |
|---|---|---|---|
| ☐ Spouse is blind | ☐ Spouse itemizes on a separate return or you were dual-status alien | | |

Home address (number and street). | Apt. no. | Presidential Election Campaign (see inst.)
6795 S ROBERTSDALE WAY | | ☐ You ☐ Spouse

City, town or post office, state, and ZIP code. If you have a foreign address, attach Schedule 6.
AURORA, CO 80016 | If more than four dependents, see inst. and check here ▶ ☒

**Dependents** (see instructions):

| (1) First name   Last name | (2) Social security number | (3) Relationship to you | (4) Check if qualifies for (see inst.): |
|---|---|---|---|
| | | | Child tax credit | Credit for other dependents |
| Statement #1 | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |

**Sign Here**
Joint return? See instructions. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |
|---|---|---|---|
| 39424 | 10-09-2019 | DENTIST | |
| Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |
| 03404 | 10-09-2019 | HOMEMAKER | |

**Paid Preparer Use Only**

| Preparer's signature | | PTIN | Firm's EIN | Check if: |
|---|---|---|---|---|
| Keith P Clark CPA | | P00699392 | 81-3255888 | ☒ 3rd Party Designee |
| Preparer's name   Keith P Clark CPA | | Phone no. | 303-862-4169 | ☐ Self-employed |
| Firm's name   ▶ Keith P Clark CPA PC | | | | |
| Firm's address ▶6478 S Wenatchee Ct, Aurora, CO 80016 | | | | |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions. Form **1040** (2018)

---

Form 1040 (2018) Page **2**

| | | | | |
|---|---|---|---|---|
| 1 | Wages, salaries, tips, etc. Attach Form(s) W-2 | | 1 | 106,227 |
| 2a | Tax-exempt interest . . . . | 2a 183 | **b** Taxable interest . . . . . | 2b 4,467 |
| 3a | Qualified dividends . . . | 3a 146 | **b** Ordinary dividends . . . . | 3b 233 |
| 4a | RAs, pensions, and annuities . | 4a | **b** Taxable amount . . . . . | 4b 91,098 |
| 5a | Social security benefits . . . | 5a | **b** Taxable amount . . . . . | 5b |
| 6 | Total income. Add lines 1 through 5. Add any amount from Schedule 1, line 22 | 576,082 | 6 | 778,107 |
| 7 | Adjusted gross income. If you have no adjustments to income, enter the amount from line 6; otherwise, subtract Schedule 1, line 36, from line 6 . . . . . . . . . . . . | | 7 | 754,080 |
| 8 | **Standard deduction or itemized deductions** (from Schedule A) . . . . . . . . . . . . . . . | | 8 | 68,209 |
| 9 | Qualified business income deduction (see instructions) . . . . . . . . . . . . . . | | 9 | |
| 10 | Taxable income. Subtract lines 8 and 9 from line 7. If zero or less, enter -0- . . . . . . . . . | | 10 | 685,871 |
| 11 | **a** Tax (see inst) 103,457 (check if any from: 1 ☐ Form(s) 8814 2 ☐ Form 4972 3 ☐ ) | | 11a | 103,457 |
| | **b** Add any amount from Schedule 2 and check here . . . . . . . . . . . . . . ▶ ☒ | | 11 | 103,457 |
| 12 | **a** Child tax credit/credit for other dependents ___ **b** Add any amount from Schedule 3 & check here ▶ ☒ | | 12 | 1,201 |
| 13 | Subtract line 12 from line 11. If zero or less, enter -0- . . . . . . . . . . . . . . . . | | 13 | 102,256 |
| 14 | Other taxes. Attach Schedule 4 . . . . . . . . . . . . . . . . . . . . . . . | | 14 | 28,265 |
| 15 | Total tax. Add lines 13 and 14 . . . . . . . . . . . . . . . . . . . . . . . | | 15 | 130,521 |
| 16 | Federal income tax withheld from Forms W-2 and 1099 . . . . . . . . . . . . . . | | 16 | 17,400 |
| 17 | Refundable credits: **a** EIC (see inst.) ___ **b** Sch 8812 ___ **c** Form 8863 ___ | | | |
| | Add any amount from Schedule 5 . . . . . . . . . . . . . . . . . . . . . | | 17 | |
| 18 | Add lines 16 and 17. These are your total payments . . . . . . . . . . . . . . . | | 18 | 17,400 |

**Standard Deduction for—**
- Single or married filing separately, $12,000
- Married filing jointly or Qualifying widow(er), $24,000
- Head of household, $18,000
- If you checked any box under Standard deduction, see instructions.

**Attach Form(s) W-2. Also attach Form(s) W-2G and 1099-R if tax was withheld.**

**Refund**

| | | | | |
|---|---|---|---|---|
| 19 | If line 18 is more than line 15, subtract line 15 from line 18. This is the amount you **overpaid** . . . . | | 19 | |
| 20a | Amount of line 19 you want **refunded to you.** If Form 8888 is attached, check here . . . . . . ▶ ☐ | | 20a | |

Direct deposit? See instructions.
▶ **b** Routing number ___ ▶ **c** Type: ☐ Checking ☐ Savings
▶ **d** Account number ___

| 21 | Amount of line 19 you want **applied to your 2019 estimated tax** . . ▶ | 21 | | |
|---|---|---|---|---|

**Amount You Owe**

| 22 | **Amount you owe.** Subtract line 18 from line 15. For details on how to pay, see instructions . . . . . ▶ | | 22 | 113,644 |
|---|---|---|---|---|
| 23 | Estimated tax penalty (see instructions) . . . . . . . . . . ▶ | 23 523 | | |

Go to www.irs.gov/Form1040 for instructions and the latest information. Form **1040** (2018)
EEA

| SCHEDULE 1 | **Additional Income and Adjustments to Income** | | OMB No. 1545-0074 |
|---|---|---|---|
| **(Form 1040)** | | | **2018** |
| Department of the Treasury<br>Internal Revenue Service | ▶ Attach to Form 1040.<br>▶ Go to *www.irs.gov/Form1040* for instructions and the latest information. | | Attachment<br>Sequence No. **01** |

Name(s) shown on Form 1040 | Your social security number

JAMES & ANGELA CRAIG

| **Additional Income** | 1-9b | Reserved . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **1-9b** | |
|---|---|---|---|---|
| | 10 | Taxable refunds, credits, or offsets of state and local income taxes . . . . . . . . . . . . . | **10** | |
| | 11 | Alimony received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **11** | |
| | 12 | Business income or (loss). Attach Schedule C or C-EZ . . . . . . . . . . . . . . . . . | **12** | 6 |
| | 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | **13** | 667,619 |
| | 14 | Other gains or (losses). Attach Form 4797 . . . . . . . . . . . . . . . . . . . . . | **14** | (570) |
| | 15a | Reserved . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **15b** | |
| | 16a | Reserved . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **16b** | |
| | 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E . . | **17** | (90,973) |
| | 18 | Farm income or (loss). Attach Schedule F . . . . . . . . . . . . . . . . . . . . . . | **18** | |
| | 19 | Unemployment compensation . . . . . . . . . . . . . . . . . . . . . . . . . . . | **19** | |
| | 20a | Reserved . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **20b** | |
| | 21 | Other income. List type and amount ▶ _____ | **21** | |
| | 22 | Combine the amounts in the far right column. If you don't have any adjustments to | | |
| | | income, enter here and include on Form 1040, line 6. Otherwise, go to line 23 . . . . . . | **22** | 576,082 |
| **Adjustments to Income** | 23 | Educator expenses . . . . . . . . . . . . . . . . . . . . . | 23 | |
| | 24 | Certain business expenses of reservists, performing artists, | | |
| | | and fee-basis government officials. Attach Form 2106 . . . | 24 | |
| | 25 | Health savings account deduction. Attach Form 8889 . . . . | 25 | |
| | 26 | Moving expenses for members of the Armed Forces. | | |
| | | Attach Form 3903 . . . . . . . . . . . . . . . . . . | 26 | |
| | 27 | Deductible part of self-employment tax. Attach Schedule SE . | 27 | |
| | 28 | Self-employed SEP, SIMPLE, and qualified plans . . . . . . | 28 | |
| | 29 | Self-employed health insurance deduction . . . . . . . . . | 29 | 24,027 |
| | 30 | Penalty on early withdrawal of savings . . . . . . . . . . | 30 | |
| | 31a | Alimony paid   **b** Recipient's SSN ▶ _____ | 31a | |
| | 32 | IRA deduction . . . . . . . . . . . . . . . . . . . . . . | 32 | |
| | 33 | Student loan interest deduction . . . . . . . . . . . . . . | 33 | |
| | 34 | Reserved . . . . . . . . . . . . . . . . . . . . . . . . | 34 | |
| | 35 | Reserved . . . . . . . . . . . . . . . . . . . . . . . . | 35 | |
| | 36 | Add lines 23 through 35 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **36** | 24,027 |

**For Paperwork Reduction Act Notice, see your tax return instructions.** | **Schedule 1 (Form 1040) 2018**

EEA

**SCHEDULE 2**
(Form 1040)

Department of he Treasury
Internal Revenue Service

**Tax**

► **Attach to Form 1040.**
► Go to *www.irs.gov/Form1040* for instructions and the latest information.

OMB No. 1545-0074

**2018**

Attachment
Sequence No. **02**

Name(s) shown on Form 1040

JAMES & ANGELA CRAIG

Your social security number

| Tax | 38-44 | Reserved . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 38-44 | |
|---|---|---|---|---|
| | 45 | Alternative minimum tax. Attach Form 6251 . . . . . . . . . . . . . . . . . . . . . . | 45 | 0 |
| | 46 | Excess advance premium tax credit repayment. Attach Form 8962 . . . . . . . . . . . | 46 | |
| | 47 | Add the amounts in the far right column. Enter here and include on Form 1040, line 11 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 47 | 0 |

**For Paperwork Reduction Act Notice, see your tax return instructions.**

**Schedule 2 (Form 1040) 2018**

EEA

**SCHEDULE 3**
**(Form 1040)**

Department of he Treasury
Internal Revenue Service

**Nonrefundable Credits**

▶ **Attach to Form 1040.**
▶ **Go to** *www.irs.gov/Form1040* **for instructions and the latest information.**

OMB No. 1545-0074

**2018**

Attachment
Sequence No. **03**

Name(s) shown on Form 1040

JAMES & ANGELA CRAIG

Your social security number

| | | | |
|---|---|---|---|
| **Nonrefundable Credits** | 48 | Foreign tax credit. Attach Form 1116 if required . . . . . . . . . . . . . . . . . . . . . | 48 | 1 |
| | 49 | Credit for child and dependent care expenses. Attach Form 2441 . . . . . . . . . . . . . . | 49 | 1,200 |
| | 50 | Education credits from Form 8863, line 19 . . . . . . . . . . . . . . . . . . . . . . . | 50 | |
| | 51 | Retirement savings contributions credit. Attach Form 8880 . . . . . . . . . . . . . . . . | 51 | |
| | 52 | Reserved . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 52 | |
| | 53 | Residential energy credit. Attach Form 5695 . . . . . . . . . . . . . . . . . . . . . . | 53 | |
| | 54 | Other credits from Form   a ☐ 3800   b ☐ 8801   c ☐ _____ | 54 | |
| | 55 | Add the amounts in the far right column. Enter here and include on Form 1040, line 12 . . . . . | 55 | 1,201 |

**For Paperwork Reduction Act Notice, see your tax return instructions.**

Schedule 3 (Form 1040) 2018

EEA

**SCHEDULE 4**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service

# Other Taxes

▶ **Attach to Form 1040.**
▶ **Go to www.irs.gov/Form1040 for instructions and the latest information.**

OMB No. 1545-0074

**2018**

Attachment
Sequence No. **04**

Name(s) shown on Form 1040

JAMES & ANGELA CRAIG

Your social security number

| | | | | |
|---|---|---|---|---|
| **Other Taxes** | **57** | Self-employment tax. Attach Schedule SE . . . . . . . . . . . . . . . . . . . . . | **57** | |
| | **58** | Unreported social security and Medicare tax from:   Form  **a** ☐ 4137  **b** ☐ 8919 . . . . . | **58** | |
| | **59** | Additional tax on IRAs, other qualified retirement plans, and other tax-favored accounts. Attach Form 5329 if required   . . . . . . . . . . . . . . . . . . . . NO | **59** | 9,110 |
| | **60a** | Household employment taxes. Attach Schedule H   . . . . . . . . . . . . . . . . . . . | **60a** | |
| | **b** | Repayment of first-time homebuyer credit from Form 5405. Attach Form 5405 if required . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **60b** | |
| | **61** | Health care: individual responsibility (see instructions)   . . . . . . . . . . . . . . . | **61** | |
| | **62** | Taxes from:   **a** ☐ Form 8959  **b** ☒ Form 8960 | | |
| | | **c** ☐ Instructions; enter code(s) _____ | **62** | 19,155 |
| | **63** | Section 965 net tax liability installment from Form 965-A . . . . . . . . . . . . . . . . **63** | | |
| | **64** | Add the amounts in the far right column. These are your **total other taxes.** Enter here and on Form 1040, line 14 . . . . . . . . . . . . . . . . . . . . . . . . . | **64** | 28,265 |

**For Paperwork Reduction Act Notice, see your tax return instructions.**

**Schedule 4 (Form 1040) 2018**

EEA

| SCHEDULE A | **Itemized Deductions** | OMB No. 1545-0074 |
|---|---|---|
| **(Form 1040)** | ▶ Go to *www.irs.gov/ScheduleA* for instructions and the latest information. | **2018** |
| Department of the Treasury Internal Revenue Service (99) | ▶ Attach to Form 1040. **Caution:** If you are claiming a net qualified disaster loss on Form 4684, see the instructions for line 16. | Attachment Sequence No. **07** |

| Name(s) shown on Form 1040 | Your social security number |
|---|---|
| JAMES & ANGELA CRAIG | |

| | | | | |
|---|---|---|---|---|
| **Medical and Dental Expenses** | **Caution:** Do not include expenses reimbursed or paid by others. | | | |
| | 1 Medical and dental expenses (see instructions) . . . . . . . . . . | **1** | | |
| | 2 Enter amount from Form 1040, line 7 **2** | | | |
| | 3 Multiply line 2 by 7.5% (0.075) . . . . . . . . . . . . . . . . | **3** | | |
| | 4 Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- . . . . . . . . . . . . . . . | **4** | |
| **Taxes You Paid** | 5 State and local taxes | | | |
| | a State and local income taxes or general sales taxes. You may include either income taxes or general sales taxes on line 5a, but not both. If you elect to include general sales taxes instead of income taxes, check this box . . . . . . . . . . . . . ▶ ☒ | **5a** | 1,000 | |
| | b State and local real estate taxes (see instructions) . . . . . . . . | **5b** | 9,110 | |
| | c State and local personal property taxes . . . . . . . . . . . . . | **5c** | | |
| | d Add lines 5a through 5c . . . . . . . . . . . . . . . . . . . | **5d** | 10,110 | |
| | e Enter the smaller of line 5d or $10,000 ($5,000 if married filing separately) . . . . . . . . . . . . . . . . . . . . . . . . . . . | **5e** | 10,000 | |
| | 6 Other taxes. List type and amount ▶ | **6** | | |
| | 7 Add lines 5e and 6 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **7** | | 10,000 |
| **Interest You Paid** **Caution** Your mortgage interest deduction may be limited (see instructions). | 8 Home mortgage interest and points. If you didn't use all of your home mortgage loan(s) to buy, build, or improve your home, see instructions and check this box . . . . . . . . . . . ▶ ☐ | | | |
| | a Home mortgage interest and points reported to you on Form 1098 . . . . . . . . . . . . . . . . . . . . . . . . . . | **8a** | 22,315 | |
| | b Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see instructions and show that person's name, identifying no., and address ▶ | **8b** | | |
| | c Points not reported to you on Form 1098. See instructions for special rules . . . . . . . . . . . . . . . . . . . . . . | **8c** | | |
| | d Reserved . . . . . . . . . . . . . . . . . . . . . . . . . | **8d** | | |
| | e Add lines 8a through 8c . . . . . . . . . . . . . . . . . . | **8e** | 22,315 | |
| | 9 Investment interest. Attach Form 4952 if required. See instructions . . . . . . . . . . . . . . . . . . . . . . . . . | **9** | | |
| | 10 Add lines 8e and 9 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **10** | | 22,315 |
| **Gifts to Charity** If you made a gift and got a benefit for it, see instructions. | 11 Gifts by cash or check. If you made any gift of $250 or more, see instructions . . . . . . . . . . . . . . . . . . . . . | **11** | 35,894 | |
| | 12 Other than by cash or check. If any gift of $250 or more, see instructions. You **must** attach Form 8283 if over $500 . . . . . . | **12** | | |
| | 13 Carryover from prior year . . . . . . . . . . . . . . . . . . | **13** | | |
| | 14 Add lines 11 through 13 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **14** | | 35,894 |
| **Casualty and Theft Losses** | 15 Casualty and theft loss(es) from a federally declared disaster (other than net qualified disaster losses). Attach Form 4684 and enter the amount from line 18 of that form. See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **15** | | |
| **Other Itemized Deductions** | 16 Other - from list in instructions. List type and amount ▶ | **16** | | |
| **Total Itemized Deductions** | 17 Add the amounts in the far right column for lines 4 through 16. Also, enter this amount on Form 1040, line 8 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **17** | | 68,209 |
| | 18 If you elect to itemize deductions even though they are less than your standard deduction, check here . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐ | | | |

For Paperwork Reduction Act Notice, see the instructions for Form 1040.          Schedule A (Form 1040) 2018

EEA

| **SCHEDULE B** | | OMB No. 1545-0074 |
|---|---|---|

**SCHEDULE B**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service  (99)

**Interest and Ordinary Dividends**

▶ Go to *www.irs.gov/ScheduleB* for instructions and the latest information.
▶ Attach to Form 1040.

**2018**

Attachment
Sequence No.  **08**

Name(s) shown on return

JAMES & ANGELA CRAIG

Your social security number

## Part I

### Interest

(See instructions
and the
instructions for
Form 1040,
line 2b.)

**Note:** If you
received a Form
1099-INT, Form
1099-OID, or
substitute
statement from
a brokerage firm,
list the firm's
name as the
payer and enter
the total interest
shown on that
form.

| | | Amount |
|---|---|---|
| 1 | List name of payer. If any interest is from a seller-financed mortgage and the buyer used the property as a personal residence, see the instructions and list this interest first. Also, show that buyer's social security number and address  ▶ | |
| | PINNACLE PLUS HOLDINGS | 4,467 |
| | | |
| | | |
| | INTEREST SUBTOTAL                4,467 | |
| | | |
| | | |
| | | |
| 2 | Add the amounts on line 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **2** | 4,467 |
| 3 | Excludable interest on series EE and I U.S. savings bonds issued after 1989. Attach Form 8815 . . . . . . . . . . . . . . . . . **3** | |
| 4 | Subtract line 3 from line 2. Enter the result here and on Form 1040, line 2b  . . . . . ▶  **4** | 4,467 |

**Note:** If line 4 is over $1,500, you must complete Part III.

## Part II

### Ordinary Dividends

(See instructions
and the
instructions for
Form 1040,
line 3b.)

**Note:** If you
received a Form
1099-DIV or
substitute
statement from
a brokerage firm,
list the firm's
name as the
payer and enter
the ordinary
dividends shown
on that form.

| | | Amount |
|---|---|---|
| 5 | List name of payer  ▶ | |
| | SEI PRIVATE TRUST COMPANY | 233 |
| | | |
| | | |
| | | |
| | DIVIDEND SUBTOTAL                233 | |
| | | |
| 6 | Add the amounts on line 5. Enter the total here and on Form 1040, line 3b  . . . . . ▶  **6** | 233 |

**Note:** If line 6 is over $1,500, you must complete Part III.

## Part III

### Foreign Accounts and Trusts

(See instructions.)

You must complete this part if you **(a)** had over $1,500 of taxable interest or ordinary dividends; **(b)** had a foreign account; or **(c)** received a distribution from, or were a grantor of, or a transferor to, a foreign trust.

| | | Yes | No |
|---|---|---|---|
| 7a | At any time during 2018, did you have a financial interest in or signature authority over a financial account (such as a bank account, securities account, or brokerage account) located in a foreign country? See instructions | | X |
| | If "Yes," are you required to file FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR), to report that financial interest or signature authority? See FinCEN Form 114 and its instructions for filing requirements and exceptions to those requirements | | |
| b | If you are required to file FinCEN Form 114, enter the name of the foreign country where the financial account is located  ▶ | | |
| 8 | During 2018, did you receive a distribution from, or were you the grantor of, or transferor to, a foreign trust? If "Yes," you may have to file Form 3520. See instructions . . . . . . . . . . . . . . . . . . | | X |

**For Paperwork Reduction Act Notice, see your tax return instructions.**

EEA

**Schedule B (Form 1040) 2018**

| SCHEDULE C | | **Profit or Loss From Business** | | OMB No. 1545-0074 |
|---|---|---|---|---|
| **(Form 1040)** | | (Sole Proprietorship) | | **2018** |
| Department of the Treasury | | ▶ Go to *www.irs.gov/ScheduleC* for instructions and the latest information. | | Attachment |
| Internal Revenue Service (99) | | ▶ **Attach to Form 1040, 1040NR, or 1041; partnerships generally must file Form 1065.** | | Sequence No. 09 |

| Name of proprietor | Social security number (SSN) |
|---|---|
| ANGELA CRAIG | |

| A | Principal business or profession, including product or service (see instructions) | B Enter code from instructions |
|---|---|---|
| | MODELING | ▶ 711410 |

| C | Business name. If no separate business name, leave blank. | D Employer ID number (EIN) (see instr.) |
|---|---|---|
| | PEANUT MODELING | 45-2772580 |

E  Business address (including suite or room no.)  ▶ 6795 S ROBERTSDALE WAY
   City, town or post office, state, and ZIP code   AURORA, CO 80016

F  Accounting method:  **(1)** [X] Cash  **(2)** [ ] Accrual  **(3)** [ ] Other (specify) ▶

G  Did you "materially participate" in the operation of this business during 2018? If "No," see instructions for limit on losses  . . .  [X] Yes  [ ] No

H  If you started or acquired this business during 2018, check here  . . . . . . . . . . . . . . . . . . . . . . . . ▶

I  Did you make any payments in 2018 that would require you to file Form(s) 1099? (see instructions)  . . . . . . . . . . [ ] Yes  [X] No

J  If "Yes," did you or will you file required Forms 1099?  . . . . . . . . . . . . . . . . . . . . . . . . [ ] Yes  [ ] No

### Part I    Income

| | | | |
|---|---|---|---:|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked  . . . . . ▶ [ ] | 1 | 40,200 |
| 2 | Returns and allowances  . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 | 0 |
| 3 | Subtract line 2 from line 1  . . . . . . . . . . . . . . . . . . . . . . . . | 3 | 40,200 |
| 4 | Cost of goods sold (from line 42)  . . . . . . . . . . . . . . . . . . . . . | 4 | |
| 5 | **Gross profit.** Subtract line 4 from line 3  . . . . . . . . . . . . . . . . . | 5 | 40,200 |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions)  . . . . | 6 | |
| 7 | **Gross income.** Add lines 5 and 6  . . . . . . . . . . . . . . . . . . . ▶ | 7 | 40,200 |

### Part II    Expenses. Enter expenses for business use of your home **only** on line 30.

| | | | | | | |
|---|---|---:|---|---|---|---:|
| 8 | Advertising . . . . . . . . | 8 | | 18 | Office expense (see instructions) | 18 | |
| 9 | Car and truck expenses (see instructions) . . . . . . . . | 9 | | 19 | Pension and profit-sharing plans | 19 | |
| 10 | Commissions and fees . . . . | 10 | | 20 | Rent or lease (see instructions): | | |
| 11 | Contract labor (see instructions) | 11 | | a | Vehicles, machinery, and equipment . | 20a | |
| 12 | Depletion . . . . . . . . | 12 | | b | Other business property . . . . | 20b | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) . . . . | 13 | | 21 | Repairs and maintenance . . . . | 21 | |
| | | | | 22 | Supplies (not included in Part III) | 22 | |
| | | | | 23 | Taxes and licenses . . . . . . | 23 | |
| 14 | Employee benefit programs (other than on line 19) . . . . | 14 | | 24 | Travel and meals: | | |
| | | | | a | Travel . . . . . . . . . . | 24a | |
| 15 | Insurance (other than health) . | 15 | | b | Deductible meals (see instructions) . . . . . . . . | 24b | |
| 16 | Interest (see instructions): | | | 25 | Utilities . . . . . . . . . . | 25 | |
| a | Mortgage (paid to banks, etc.) . | 16a | | 26 | Wages (less employment credits) . | 26 | 38,088 |
| b | Other . . . . . . . . . . | 16b | | 27a | Other expenses (from line 48) . . | 27a | 2,106 |
| 17 | Legal and professional services | 17 | | b | **Reserved for future use** . . . | 27b | |

| | | | |
|---|---|---|---:|
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27a  . . . . . . . . ▶ | 28 | 40,194 |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7  . . . . . . . . . . . . . . . . . | 29 | 6 |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method (see instructions). | | |
| | **Simplified method filers only:** enter the total square footage of: (a) your home: _____ and (b) the part of your home used for business: _____. Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30  . . . . . . . . | 30 | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. | | |
| | • If a profit, enter on both **Schedule 1 (Form 1040), line 12** (or **Form 1040NR, line 13**) and on **Schedule SE, line 2.** (If you checked the box on line 1, see instructions). Estates and trusts, enter on **Form 1041, line 3.** | 31 | 6 |
| | • If a loss, you **must** go to line 32. | | |
| 32 | If you have a loss, check the box that describes your investment in this activity (see instructions). | | |
| | • If you checked 32a, enter the loss on both **Schedule 1 (Form 1040), line 12,** (or **Form 1040NR, line 13**) and on **Schedule SE, line 2.** (If you checked the box on line 1, see the line 31 instructions). Estates and trusts, enter on **Form 1041, line 3.** | 32a [ ] All investment is at risk. 32b [ ] Some investment is not at risk. | |
| | • If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited. | | |

| | |
|---|---|
| For Paperwork Reduction Act Notice, see the separate instructions. | Schedule C (Form 1040) 2018 |

EEA

Schedule C (Form 1040) 2018  MODELING 711410                                                                      Page **2**

| Name(s) | SSN |
|---|---|
| ANGELA CRAIG | |

| Part III | Cost of Goods Sold (see instructions) |
|---|---|

**33** Method(s) used to
value closing inventory:  **a** ☐ Cost  **b** ☐ Lower of cost or market  **c** ☐ Other (attach explanation)

**34** Was there any change in determining quantities, costs, or valuations between opening and closing inventory?
If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☐ No

| | | | |
|---|---|---|---|
| **35** | Inventory at beginning of year. If different from last year's closing inventory, attach explanation . . . . | **35** | |
| **36** | Purchases less cost of items withdrawn for personal use . . . . . . . . . . . . . . . . . . . | **36** | |
| **37** | Cost of labor. Do not include any amounts paid to yourself . . . . . . . . . . . . . . . . . | **37** | |
| **38** | Materials and supplies . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **38** | |
| **39** | Other costs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **39** | |
| **40** | Add lines 35 through 39 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **40** | |
| **41** | Inventory at end of year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **41** | |
| **42** | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on line 4 . . . . . . . | **42** | |

| Part IV | Information on Your Vehicle. Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562. |
|---|---|

**43** When did you place your vehicle in service for business purposes? (month, day, year)  ▶ _____

**44** Of the total number of miles you drove your vehicle during 2018, enter the number of miles you used your vehicle for:

**a** Business _____ **b** Commuting (see instructions) _____ **c** Other _____

**45** Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . . . . . . . . ☐ Yes  ☐ No

**46** Do you (or your spouse) have another vehicle available for personal use? . . . . . . . . . . . . . . ☐ Yes  ☐ No

**47a** Do you have evidence to support your deduction? . . . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☐ No

**b** If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☐ No

| Part V | Other Expenses. List below business expenses not included on lines 8-26 or line 30. |
|---|---|

| | |
|---|---|
| ACCOUNTING AND PAYROLL SERVICES | 1,800 |
| BANK SERVICE FEES | 180 |
| PAYROLL PROCESSING | 126 |
| | |
| | |
| | |
| | |
| | |

| | | | |
|---|---|---|---|
| **48** | **Total other expenses.** Enter here and on line 27a . . . . . . . . . . . . . . . . . | **48** | 2,106 |

EEA                                                                      Schedule C (Form 1040) 2018

**SCHEDULE D**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service (99)

# Capital Gains and Losses

► Attach to Form 1040 or Form 1040NR.
► Go to *www.irs.gov/ScheduleD* for instructions and the latest information.
► Use Form 8949 to list your transactions for lines 1b, 2, 3, 8b, 9, and 10.

OMB No. 1545-0074

**2018**

Attachment
Sequence No. **12**

Name(s) shown on return
JAMES & ANGELA CRAIG

Your social security number

## Part I — Short-Term Capital Gains and Losses - Generally Assets Held One Year or Less (see instructions)

See instructions for how to figure the amounts to enter on the lines below.

This form may be easier to complete if you round off cents to whole dollars.

| | **(d)** Proceeds (sales price) | **(e)** Cost (or other basis) | **(g)** Adjustments to gain or loss from Form(s) 8949, Part I, line 2, column (g) | **(h) Gain or (loss)** Subtract column (e) from column (d) and combine the result with column (g) |
|---|---|---|---|---|
| **1a** Totals for all short-term transactions reported on Form 1099-B for which basis was reported to the IRS and for which you have no adjustments (see instructions). However, if you choose to report all these transactions on Form 8949, leave this line blank and go to line 1b . . | 17,330 | 18,348 | | (1,018) |
| **1b** Totals for all transactions reported on Form(s) 8949 with **Box A** checked . . . . . . . . . . . . . . | | | | |
| **2** Totals for all transactions reported on Form(s) 8949 with **Box B** checked . . . . . . . . . . . . . . | | | | |
| **3** Totals for all transactions reported on Form(s) 8949 with **Box C** checked . . . . . . . . . . . . . . | | | | |

| | | |
|---|---|---|
| **4** Short-term gain from Form 6252 and short-term gain or (loss) from Forms 4684, 6781, and 8824 . . . . . . . . . . | **4** | |
| **5** Net short-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **5** | |
| **6** Short-term capital loss carryover. Enter the amount, if any, from line 8 of your **Capital Loss Carryover Worksheet** in the instructions . . . . . . . . . . . . . . . . . . . . . . . . | **6** | ( ) |
| **7** **Net short-term capital gain or (loss).** Combine lines 1a through 6 in column (h). If you have any long-term capital gains or losses, go to Part II below. Otherwise, go to Part III on page 2 . . . . . . . . . | **7** | (1,018) |

## Part II — Long-Term Capital Gains and Losses - Generally Assets Held More Than One Year (see instructions)

See instructions for how to figure the amounts to enter on the lines below.

This form may be easier to complete if you round off cents to whole dollars.

| | **(d)** Proceeds (sales price) | **(e)** Cost (or other basis) | **(g)** Adjustments to gain or loss from Form(s) 8949, Part II, line 2, column (g) | **(h) Gain or (loss)** Subtract column (e) from column (d) and combine the result with column (g) |
|---|---|---|---|---|
| **8a** Totals for all long-term transactions reported on Form 1099-B for which basis was reported to the IRS and for which you have no adjustments (see instructions). However, if you choose to report all these transactions on Form 8949, leave this line blank and go to line 8b . . | 30,345 | 28,208 | | 2,137 |
| **8b** Totals for all transactions reported on Form(s) 8949 with **Box D** checked . . . . . . . . . . . . . . | | | | |
| **9** Totals for all transactions reported on Form(s) 8949 with **Box E** checked . . . . . . . . . . . . . . | | | | |
| **10** Totals for all transactions reported on Form(s) 8949 with **Box F** checked . . . . . . . . . . . . . . | | | | |

| | | |
|---|---|---|
| **11** Gain from Form 4797, Part I; long-term gain from Forms 2439 and 6252; and long-term gain or (loss) from Forms 4684, 6781, and 8824 . . . . . . . . . . . . . . . . . . . . . . | **11** | |
| **12** Net long-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 . . . . . | **12** | 666,482 |
| **13** Capital gain distributions. See the instructions . . . . . . . . . . . . . . . . . . . . . . | **13** | 18 |
| **14** Long-term capital loss carryover. Enter the amount, if any, from line 13 of your **Capital Loss Carryover Worksheet** in the instructions . . . . . . . . . . . . . . . . . . . . . . . . | **14** | ( ) |
| **15** **Net long-term capital gain or (loss).** Combine lines 8a through 14 in column (h). Then go to Part III on page 2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **15** | 668,637 |

For Paperwork Reduction Act Notice, see your tax return instructions.

Schedule D (Form 1040) 2018

EEA

Schedule D (Form 1040) 2018   JAMES & ANGELA CRAIG                                    Page **2**

| **Part III** | **Summary** |

**16** Combine lines 7 and 15 and enter the result  . . . . . . . . . . . . . . . . . . . . . . . . . . . . **16** | 667,619

- If line 16 is a **gain,** enter the amount from line 16 on Schedule 1 (Form 1040), line 13, or Form 1040NR, line 14. Then go to line 17 below.
- If line 16 is a **loss,** skip lines 17 through 20 below. Then go to line 21. Also be sure to complete line 22.
- If line 16 is **zero,** skip lines 17 through 21 below and enter -0- on Schedule 1 (Form 1040), line 13, or Form 1040NR, line 14. Then go to line 22.

**17** Are lines 15 and 16 **both** gains?
☒ **Yes.** Go to line 18.
☐ **No.** Skip lines 18 through 21, and go to line 22.

**18** If you are required to complete the **28% Rate Gain Worksheet** (see instructions), enter the amount, if any, from line 7 of that worksheet  . . . . . . . . . . . . . . . . . . . . . . . ▶ **18**

**19** If you are required to complete the **Unrecaptured Section 1250 Gain Worksheet** (see instructions), enter the amount, if any, from line 18 of that worksheet  . . . . . . . . . . . . . . ▶ **19**

**20** Are lines 18 and 19 **both** zero or blank?
☒ **Yes.** Complete the **Qualified Dividends and Capital Gain Tax Worksheet** in the instructions for Form 1040, line 11a (or in the instructions for Form 1040NR, line 42). **Don't** complete lines 21 and 22 below.

☐ **No.** Complete the **Schedule D Tax Worksheet** in the instructions. **Don't** complete lines 21 and 22 below.

**21** If line 16 is a loss, enter here and on Schedule 1 (Form 1040), line 13, or Form 1040NR, line 14, the **smaller** of:

- The loss on line 16 or
- ($3,000), or if married filing separately, ($1,500)   } . . . . . . . . . . . . . . . . . . . . . . . **21** |  (                      )

**Note:** When figuring which amount is smaller, treat both amounts as positive numbers.

**22** Do you have qualified dividends on Form 1040, line 3a, or Form 1040NR, line 10b?

☐ **Yes.** Complete the **Qualified Dividends and Capital Gain Tax Worksheet** in the instructions for Form 1040, line 11a (or in the instructions for Form 1040NR, line 42).

☐ **No.** Complete the rest of Form 1040 or Form 1040NR.

EEA                                                                        Schedule D (Form 1040) 2018

Schedule E (Form 1040) 2018

Attachment Sequence No. **13**

Page 2

Name(s) shown on return. Do not enter name and social security number if shown on page 1.

Your social security number

JAMES & ANGELA CRAIG

Caution: The IRS compares amounts reported on your tax return with amounts shown on Schedule(s) K-1.

| Part II | Income or Loss From Partnerships and S Corporations - **Note:** If you report a loss, receive a distribution, dispose of stock, or receive a loan repayment from an S corporation, you **must** check the box in column **(e)** on line 28 and attach the required basis computation. If you report a loss from an at-risk activity for which **any** amount is **not** at risk, you **must** check the box in column **(f)** on line 28 and attach **Form 6198** (see instructions). |

27  Are you reporting any loss not allowed in a prior year due to the at-risk, excess farm loss, or basis limitations, a prior year unallowed loss from a passive activity (if that loss was not reported on Form 8582), or unreimbursed partnership expenses? If you answered "Yes," see instructions before completing this section ............ ☐ Yes ☒ No

| 28 | (a) Name | (b) Enter **P** for partnership; **S** for S corporation | (c) Check if foreign partnership | (d) Employer identification number | (e) Check if basis computation is required | (f) Check if any amount is not at risk |
|---|---|---|---|---|---|---|
| A | SUMMERBROOK DENTAL GROUP | S | ☐ | 61-1522031 | ☒ | ☐ |
| B | PINNACLE PLUS HOLDINGS | S | ☐ | 81-3739166 | ☒ | ☐ |
| C | | | ☐ | | ☐ | ☐ |
| D | | | ☐ | | ☐ | ☐ |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | (g) Passive loss allowed (attach Form 8582 if required) | (h) Passive income from Schedule K-1 | (i) Nonpassive loss from Schedule K-1 | (j) Section 179 expense deduction from Form 4562 | (k) Nonpassive income from Schedule K-1 |
| A | | | | 80,199 | 190,325 |
| B | | | 201,099 | | |
| C | | | | | |
| D | | | | | |
| 29a Totals | | | | | 190,325 |
| b Totals | | | 201,099 | 80,199 | |

| 30 | Add columns (h) and (k) of line 29a ................ | 30 | 190,325 |
|---|---|---|---|
| 31 | Add columns (g), (i), and (j) of line 29b ................ | 31 | ( 281,298 ) |
| 32 | **Total partnership and S corporation income or (loss).** Combine lines 30 and 31 ............ | 32 | ( 90,973 ) |

| Part III | Income or Loss From Estates and Trusts |

| 33 | (a) Name | (b) Employer identification number |
|---|---|---|
| A | | |
| B | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | |
|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (attach Form 8582 if required) | (d) Passive income from Schedule K-1 | (e) Deduction or loss from Schedule K-1 | (f) Other income from Schedule K-1 |
| A | | | | |
| B | | | | |
| 34a Totals | | | | |
| b Totals | | | | |

| 35 | Add columns (d) and (f) of line 34a ................ | 35 | |
|---|---|---|---|
| 36 | Add columns (c) and (e) of line 34b ................ | 36 | ( ) |
| 37 | **Total estate and trust income or (loss).** Combine lines 35 and 36 ................ | 37 | |

| Part IV | Income or Loss From Real Estate Mortgage Investment Conduits (REMICs) - Residual Holder |

| 38 | (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c (see instructions) | (d) Taxable income (net loss) from Schedules Q, line 1b | (e) Income from Schedules Q, line 3b |
|---|---|---|---|---|---|
| | | | | | |

| 39 | Combine columns (d) and (e) only. Enter the result here and include in the total on line 41 below ...... | 39 | |
|---|---|---|---|

| Part V | Summary |

| 40 | Net farm rental income or (loss) from Form 4835. Also, complete line 42 below ......... | 40 | |
|---|---|---|---|
| 41 | **Total income or (loss).** Combine lines 26, 32, 37, 39, and 40. Enter the result here and on Schedule 1 (Form 1040), line 17, or Form 1040NR, line 18 ▶ | 41 | ( 90,973 ) |
| 42 | **Reconciliation of farming and fishing income.** Enter your **gross** farming and fishing income reported on Form 4835, line 7; Schedule K-1 (Form 1065), box 14, code B; Schedule K-1 (Form 1120S), box 17, code AC; and Schedule K-1 (Form 1041), box 14, code F (see instructions) ... | 42 | |
| 43 | **Reconciliation for real estate professionals.** If you were a real estate professional (see instructions), enter the net income or (loss) you reported anywhere on Form 1040 or Form 1040NR from all rental real estate activities in which you materially participated under the passive activity loss rules | 43 | |

EEA

Schedule E (Form 1040) 2018

**Child and Dependent Care Expenses**

OMB No. 1545-0074

Form **2441**

Department of the Treasury
Internal Revenue Service        (99)

► Attach to Form 1040 or Form 1040NR.
► Go to *www.irs.gov/Form2441* for instructions and the latest information.

**2018**

Attachment
Sequence No.  **21**

Name(s) shown on return

JAMES & ANGELA CRAIG

Your social security number

You cannot claim a credit for child and dependent care expenses if your filing status is married filing separately unless you meet the requirements listed in the instructions under "Married Persons Filing Separately." If you meet these requirements, check this box.  ☐

**Part I**    **Persons or Organizations Who Provided the Care** - You **must** complete this part.
(If you have more than two care providers, see the instructions.)

| 1 | (a) Care provider's name | (b) Address (number, street, apt. no., city, state, and ZIP code) | (c) Identifying number (SSN or EIN) | (d) Amount paid (see instructions) |
|---|---|---|---|---|
| | DEN INT SCHOOL | 6295 S MAIN ST STE B-113 AURORA, CO 80016 | 27-5276774 | 7,443 |

Did you receive dependent care benefits?  →  No  →  Complete only Part II below.
→  Yes  →  Complete Part III on page 2 next.

**Caution:** If the care was provided in your home, you may owe employment taxes. For details, see the instructions for Schedule 4 (Form 1040), line 60a; or Form 1040NR, line 59a.

**Part II**    **Credit for Child and Dependent Care Expenses**

2   Information about your **qualifying person(s).** If you have more than two qualifying persons, see the instructions.

| (a) Qualifying person's name | | (b) Qualifying person's social security number | (c) Qualified expenses you incurred and paid in 2018 for the person listed in column (a) |
|---|---|---|---|
| First | Last | | |
| | CRAIG | | 3,722 |
| | CRAIG | | 3,721 |

| | | | |
|---|---|---|---|
| 3 | Add the amounts in column (c) of line 2. **Don't** enter more than $3,000 for one qualifying person or $6,000 for two or more persons. If you completed Part III, enter the amount from line 31 . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 | 6,000 |
| 4 | Enter your **earned income.** See instructions. | 4 | 99,027 |
| 5 | If married filing jointly, enter your spouse's earned income (if you or your spouse was a student or was disabled, see the instructions); **all others,** enter the amount from line 4 . . . . . | 5 | 7,206 |
| 6 | Enter the **smallest** of line 3, 4, or 5 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 6 | 6,000 |
| 7 | Enter the amount from Form 1040, line 7; or Form 1040NR, line 36. . . . . . . . . . . . . . . . . . . . . .   **7**  754,080 | | |

8   Enter on line 8 the decimal amount shown below that applies to the amount on line 7

| If line 7 is: | | | If line 7 is: | | | | |
|---|---|---|---|---|---|---|---|
| Over | But not over | Decimal amount is | Over | But not over | Decimal amount is | | |
| $0 - 15,000 | | .35 | $29,000 - 31,000 | | .27 | | |
| 15,000 - 17,000 | | .34 | 31,000 - 33,000 | | .26 | | |
| 17,000 - 19,000 | | .33 | 33,000 - 35,000 | | .25 | 8 | X. 20 |
| 19,000 - 21,000 | | .32 | 35,000 - 37,000 | | .24 | | |
| 21,000 - 23,000 | | .31 | 37,000 - 39,000 | | .23 | | |
| 23,000 - 25,000 | | .30 | 39,000 - 41,000 | | .22 | | |
| 25,000 - 27,000 | | .29 | 41,000 - 43,000 | | .21 | | |
| 27,000 - 29,000 | | .28 | 43,000 - No limit | | .20 | | |

| | | | |
|---|---|---|---|
| 9 | Multiply line 6 by the decimal amount on line 8. If you paid 2017 expenses in 2018, see the instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 9 | 1,200 |
| 10 | Tax liability limit. Enter the amount from the Credit Limit Worksheet in the instructions . . . . . . . . . . .   **10**  103,456 | | |
| 11 | **Credit for child and dependent care expenses.** Enter the **smaller** of line 9 or line 10 here and on Schedule 3 (Form 1040), line 49; or Form 1040NR, line 47 . . . . . . . . . . . . . | 11 | 1,200 |

For Paperwork Reduction Act Notice, see your tax return instructions.

Form **2441** (2018)

EEA

Form **4562**

Department of the Treasury
Internal Revenue Service  (99)

# Depreciation and Amortization
## (Including Information on Listed Property)
► Attach to your tax return.
► Go to *www.irs.gov/Form4562* for instructions and the latest information.

OMB No. 1545-0172

**2018**

Attachment
Sequence No. **179**

Name(s) shown on return

JAMES & ANGELA CRAIG

Business or activity to which this form relates

SCHEDULE E PG 2

Identifying number

| Part I | Election To Expense Certain Property Under Section 179 |
|---|---|

**Note:** If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---|
| 1 | Maximum amount (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . | **1** | 1,000,000 |
| 2 | Total cost of section 179 property placed in service (see instructions) . . . . . . . . . . | **2** | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) . . . . . | **3** | 2,500,000 |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- . . . . . . . . | **4** | 0 |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . | **5** | 1,000,000 |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | FROM K1 - SUMMERBROOK DENTAL GROU | 80,199 | 80,199 |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 . . . . . . . . . . . . . . . | **7** | | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 . . . . . . | **8** | 80,199 |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 . . . . . . . . . . . . . | **9** | 80,199 |
| 10 | Carryover of disallowed deduction from line 13 of your 2017 Form 4562 . . . . . . . . . | **10** | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5. See instructions | **11** | 765,838 |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 . . . . . . | **12** | 80,199 |
| 13 | Carryover of disallowed deduction to 2019. Add lines 9 and 10, less line 12 ► | **13** | | |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

| Part II | Special Depreciation Allowance and Other Depreciation  (Don't include listed property. See instructions.) |
|---|---|

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year. See instructions . . . . . . . . . . . . . . . . . . . . . . . | **14** | |
| 15 | Property subject to section 168(f)(1) election . . . . . . . . . . . . . . . . | **15** | |
| 16 | Other depreciation (including ACRS) . . . . . . . . . . . . . . . . . . . | **16** | |

| Part III | MACRS Depreciation  (Don't include listed property. See instructions.) |
|---|---|

### Section A

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2018 . . . . . . . . . | **17** | |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► ☐ | | |

### Section B - Assets Placed in Service During 2018 Tax Year Using the General Depreciation System

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only-see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| **19a** 3-year property | | | | | | |
| **b** 5-year property | | | | | | |
| **c** 7-year property | | | | | | |
| **d** 10-year property | | | | | | |
| **e** 15-year property | | | | | | |
| **f** 20-year property | | | | | | |
| **g** 25-year property | | | 25 yrs. | | S/L | |
| **h** Residential rental | | | 27.5 yrs. | MM | S/L | |
| property | | | 27.5 yrs. | MM | S/L | |
| **i** Nonresidential real | | | 39 yrs. | MM | S/L | |
| property | | | | MM | S/L | |

### Section C - Assets Placed in Service During 2018 Tax Year Using the Alternative Depreciation System

| | | | | | | |
|---|---|---|---|---|---|---|
| **20a** Class life | | | | | S/L | |
| **b** 12-year | | | 12 yrs. | | S/L | |
| **c** 30-year | | | 30 yrs. | MM | S/L | |
| **d** 40-year | | | 40 yrs. | MM | S/L | |

| Part IV | Summary  (See instructions.) |
|---|---|

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 . . . . . . . . . . . . . . . . . . | **21** | |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instructions . . . . | **22** | 80,199 |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs . . . . . . . . . . . . | **23** | | |

**For Paperwork Reduction Act Notice, see separate instructions.**

Form **4562** (2018)

EEA

Form **4797**

Department of the Treasury
Internal Revenue Service

**Sales of Business Property**
(Also Involuntary Conversions and Recapture Amounts
Under Sections 179 and 280F(b)(2))
▶ Attach to your tax return.
▶ Go to www.irs.gov/Form4797 for instructions and the latest information.

OMB No. 1545-0184

**2018**

Attachment
Sequence No. **27**

Name(s) shown on return

JAMES & ANGELA CRAIG

Identifying number

**1** Enter the gross proceeds from sales or exchanges reported to you for 2018 on Form(s) 1099-B or 1099-S (or substitute statement) that you are including on line 2, 10, or 20. See instructions . . . . . . . . . . . . . | **1** |

| Part I | Sales or Exchanges of Property Used in a Trade or Business and Involuntary Conversions From Other Than Casualty or Theft - Most Property Held More Than 1 Year (see instructions) |

| **2** (a) Description of property | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) | (d) Gross sales price | (e) Depreciation allowed or allowable since acquisition | (f) Cost or other basis, plus improvements and expense of sale | (g) Gain or (loss) Subtract the sum of (d) and (e) |
|---|---|---|---|---|---|---|
| FROM K-1 | | | | | | (570) |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | |
|---|---|---|
| **3** Gain, if any, from Form 4684, line 39 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **3** | |
| **4** Section 1231 gain from installment sales from Form 6252, line 26 or 37 . . . . . . . . . . . . . . . | **4** | |
| **5** Section 1231 gain or (loss) from like-kind exchanges from Form 8824 . . . . . . . . . . . . . . . | **5** | |
| **6** Gain, if any, from line 32, from other than casualty or theft . . . . . . . . . . . . . . . . . . . | **6** | |
| **7** Combine lines 2 through 6. Enter the gain or (loss) here and on the appropriate line as follows: . . . . . . . . . | **7** | (570) |

**Partnerships and S corporations.** Report the gain or (loss) following the instructions for Form 1065, Schedule K, line 10, or Form 1120S, Schedule K, line 9. Skip lines 8, 9, 11, and 12 below.

**Individuals, partners, S corporation shareholders, and all others.** If line 7 is zero or a loss, enter the amount from line 7 on line 11 below and skip lines 8 and 9. If line 7 is a gain and you didn't have any prior year section 1231 losses, or they were recaptured in an earlier year, enter the gain from line 7 as a long-term capital gain on the Schedule D filed with your return and skip lines 8, 9, 11, and 12 below.

| | | |
|---|---|---|
| **8** Nonrecaptured net section 1231 losses from prior years. See instructions . . . . . . . . . . . . . | **8** | |
| **9** Subtract line 8 from line 7. If zero or less, enter -0-. If line 9 is zero, enter the gain from line 7 on line 12 below. If line 9 is more than zero, enter the amount from line 8 on line 12 below and enter the gain from line 9 as a long-term capital gain on the Schedule D filed with your return. See instructions . . . . . . . . . . . . . . . . . . . . | **9** | |

| Part II | Ordinary Gains and Losses (see instructions) |

**10** Ordinary gains and losses not included in lines 11 through 16 (include property held 1 year or less):

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | |
|---|---|---|
| **11** Loss, if any, from line 7 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **11** | ( 570 ) |
| **12** Gain, if any, from line 7 or amount from line 8, if applicable . . . . . . . . . . . . . . . . . | **12** | |
| **13** Gain, if any, from line 31 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **13** | |
| **14** Net gain or (loss) from Form 4684, lines 31 and 38a . . . . . . . . . . . . . . . . . . . . | **14** | |
| **15** Ordinary gain from installment sales from Form 6252, line 25 or 36 . . . . . . . . . . . . . . | **15** | |
| **16** Ordinary gain or (loss) from like-kind exchanges from Form 8824 . . . . . . . . . . . . . . . | **16** | |
| **17** Combine lines 10 through 16 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **17** | (570) |

**18** For all except individual returns, enter the amount from line 17 on the appropriate line of your return and skip lines a and b below. For individual returns, complete lines a and b below.

| | | |
|---|---|---|
| **a** If the loss on line 11 includes a loss from Form 4684, line 35, column (b)(ii), enter that part of the loss here. Enter the loss from income-producing property on Schedule A (Form 1040), line 16. (Do not include any loss on property used as an employee.) Identify as from "Form 4797, line 18a." | **18a** | |
| **b** Redetermine the gain or (loss) on line 17 excluding the loss, if any, on line 18a. Enter here and on Schedule 1 (Form 1040), line 14 . . . | **18b** | (570) |

**For Paperwork Reduction Act Notice, see separate instructions.**

Form **4797** (2018)

EEA

Form **6251**

Department of the Treasury
Internal Revenue Service    (99)

# Alternative Minimum Tax - Individuals

► Go to *www.irs.gov/Form 6251* for instructions and the latest information.
► Attach to Form 1040 or Form 1040NR.

OMB No. 1545-0074

**2018**

Attachment
Sequence No. **32**

Name(s) shown on Form 1040 or Form 1040NR

JAMES & ANGELA CRAIG

Your social security number

| Part I | Alternative Minimum Taxable Income (See instructions for how to complete each line.) | | |
|---|---|---|---|
| 1 | Enter the amount from Form 1040, line 10, if more than zero. If Form 1040, line 10, is zero, subtract lines 8 and 9 of Form 1040 from line 7 of Form 1040 and enter the result here. (If less than zero, enter as a negative amount.) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1 | 685,871 |
| 2a | If filing Schedule A (Form 1040), enter the taxes from schedule A, line 7; otherwise, enter the amount from Form 1040, line 8 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2a | 10,000 |
| b | Tax refund from Schedule 1 (Form 1040), line 10 or line 21 . . . . . . . . . . . . . . . | 2b | ( ) |
| c | Investment interest expense (difference between regular tax and AMT) . . . . . . . . . . . | 2c | |
| d | Depletion (difference between regular tax and AMT) . . . . . . . . . . . . . . . . . . | 2d | |
| e | Net operating loss deduction from Schedule 1 (Form 1040), line 21. Enter as a positive amount . . . | 2e | |
| f | Alternative tax net operating loss deduction . . . . . . . . . . . . . . . . . . . . | 2f | ( ) |
| g | Interest from specified private activity bonds exempt from the regular tax . . . . . . . . . . . | 2g | 17 |
| h | Qualified small business stock, see instructions . . . . . . . . . . . . . . . . . . . | 2h | |
| i | Exercise of incentive stock options (excess of AMT income over regular tax income) . . . . . . . | 2i | |
| j | Estates and trusts (amount from Schedule K-1 (Form 1041), box 12, code A) . . . . . . . . . | 2j | |
| k | Disposition of property (difference between AMT and regular tax gain or loss) . . . . . . . . . | 2k | |
| l | Depreciation on assets placed in service after 1986 (difference between regular tax and AMT) . . . . | 2l | (768) |
| m | Passive activities (difference between AMT and regular tax income or loss) . . . . . . . . . . | 2m | |
| n | Loss limitations (difference between AMT and regular tax income or loss) . . . . . . . . . . | 2n | |
| o | Circulation costs (difference between regular tax and AMT) . . . . . . . . . . . . . . . | 2o | |
| p | Long-term contracts (difference between AMT and regular tax income) . . . . . . . . . . . | 2p | |
| q | Mining costs (difference between regular tax and AMT) . . . . . . . . . . . . . . . . | 2q | |
| r | Research and experimental costs (difference between regular tax and AMT) . . . . . . . . . | 2r | |
| s | Income from certain installment sales before January 1, 1987 . . . . . . . . . . . . . . | 2s | ( ) |
| t | Intangible drilling costs preference . . . . . . . . . . . . . . . . . . . . . . . | 2t | |
| 3 | Other adjustments, including income-based related adjustments . . . . . . . . . . . . . | 3 | |
| 4 | **Alternative minimum taxable income.** Combine lines 1 through 3. (If married filing separately and line 4 is more than $718,800, see instructions.) . . . . . . . . . . . . . . . . . . . . | 4 | 695,120 |

| Part II | Alternative Minimum Tax (AMT) | | |
|---|---|---|---|
| 5 | Exemption. (If you were under age 24 at the end of 2018, see instructions.) | | |

| IF your filing status is... | AND line 4 is not over... | THEN enter on line 5... | | |
|---|---|---|---|---|
| Single or head of household . . . . . . | $ 500,000 . . . . . . . | $ 70,300 | | |
| Married filing jointly or qualifying widow(er) | 1,000,000 . . . . . . . | 109,400 | ► . . | 5 | 109,400 |
| Married filing separately . . . . . . . | 500,000 . . . . . . . | 54,700 | | |

If line 4 is **over** the amount shown above for your filing status, see instructions.

| 6 | Subtract line 5 from line 4. If more than zero, go to line 7. If zero or less, enter -0- here and on lines 7, 9, and 11, and go to line 10 . . . . . . . . . . . . . . . . . . . . . . . . . . | 6 | 585,720 |
|---|---|---|---|
| 7 | • If you are filing Form 2555 or 2555-EZ, see instructions for the amount to enter. | | |
| | • If you reported capital gain distributions directly on Schedule 1 (Form 1040), line 13; you reported qualified dividends on Form 1040, line 3a; **or** you had a gain on both lines 15 and 16 of Schedule D (Form 1040) (as refigured for the AMT, if necessary), complete Part III on the back and enter the amount from line 40 here. | ► . . | 7 | 85,235 |
| | • **All others:** If line 6 is $191,100 or less ($95,550 or less if married filing separately), multiply line 6 by 26% (0.26). Otherwise, multiply line 6 by 28% (0.28) and subtract $3,822 ($1,911 if married filing separately) from the result. | | |
| 8 | Alternative minimum tax foreign tax credit (see instructions) . . . . . . . . . . . . . . | 8 | 1 |
| 9 | Tentative minimum tax. Subtract line 8 from line 7 . . . . . . . . . . . . . . . . . . | 9 | 85,234 |
| 10 | Add Form 1040, line 11a (minus any tax from Form 4972), and Schedule 2 (Form 1040), line 46. Subtract from the result any foreign tax credit from Schedule 3, (Form 1040), line 48. If you used Schedule J to figure your tax on Form 1040, line 11a, refigure that tax without using Schedule J before completing this line (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . | 10 | 103,456 |
| 11 | **AMT.** Subtract line 10 from line 9. If zero or less, enter -0-. Enter here and on Schedule 2 (Form 1040), line 45 . . . | 11 | |

For Paperwork Reduction Act Notice, see your tax return instructions.

Form **6251** (2018)

EEA

Form 6251 (2018)       Page **2**

| | **Part III**    **Tax Computation Using Maximum Capital Gains Rates** | | |
|---|---|---|---|

Complete Part III only if you are required to do so by line 7 or by the Foreign Earned Income Tax Worksheet in the instructions.

| | | | |
|---|---|--:|--:|
| 12 | Enter the amount from Form 6251, line 6. If you are filing Form 2555 or 2555-EZ, enter the amount from line 3 of the worksheet in the instructions for line 7 . . . . . . . . . . . . | 12 | 585,720 |
| 13 | Enter the amount from line 6 of the Qualified Dividends and Capital Gains Tax Worksheet in the instructions for Form 1040, line 11a, or the amount from line 13 of the Schedule D Tax Worksheet in the instructions for Schedule D (Form 1040), whichever applies (as refigured for the AMT, if necessary) (see instructions). If you are filing Form 2555 or 2555-EZ, see instructions for the amount to enter | 13 | 667,765 |
| 14 | Enter the amount from Schedule D (Form 1040), line 19 (as refigured for the AMT, if necessary) (see instructions). If you are filing Form 2555 or 2555-EZ, see instructions for the amount to enter . . . . . . . . . | 14 | 0 |
| 15 | If you did not complete a Schedule D Tax Worksheet for the regular tax or the AMT, enter the amount from line 13. Otherwise, add lines 13 and 14, and enter the **smaller** of that result or the amount from line 10 of the Schedule D Tax Worksheet (as refigured for the AMT, if necessary). If you are filing Form 2555 or 2555-EZ, see instructions for the amount to enter . . . . . . . . . . . . . . . . . . . . | 15 | 667,765 |
| 16 | Enter the **smaller** of line 12 or line 15 . . . . . . . . . . . . . . . . . . . . . . . | 16 | 585,720 |
| 17 | Subtract line 16 from line 12 . . . . . . . . . . . . . . . . . . . . . . . . . . . | 17 | |
| 18 | If line 17 is $191,100 or less ($95,550 or less if married filing separately), multiply line 17 by 26% (0.26). Otherwise, multiply line 17 by 28% (0.28) and subtract $3,822 ($1,911 if married filing separately) from the result . . . . . ▶ | 18 | |
| 19 | Enter: <br> • $77,200 if married filing jointly or qualifying widow(er), <br> • $38,600 if single or married filing separately, or <br> • $51,700 if head of household.       . . . . . . . . . . . . . . . . . . | 19 | 77,200 |
| 20 | Enter the amount from line 7 of the Qualified Dividends and Capital Gain Tax Worksheet in the instructions for Form 1040, line 11a, or the amount from line 14 of the Schedule D Tax Worksheet in the instructions for Schedule D (Form 1040), whichever applies (as figured for the regular tax). If you did not complete either worksheet for the regular tax, enter the amount from Form 1040, line 10; if zero or less, enter -0-. If you are filing Form 2555 or 2555-EZ, see instructions for the amount to enter . . . . . . . . . . . | 20 | 18,106 |
| 21 | Subtract line 20 from line 19. If zero or less, enter -0- . . . . . . . . . . . . . . . . | 21 | 59,094 |
| 22 | Enter the **smaller** of line 12 or line 13 . . . . . . . . . . . . . . . . . . . . . . | 22 | 585,720 |
| 23 | Enter the **smaller** of line 21 or line 22. This amount is taxed at 0% . . . . . . . . . . . | 23 | 59,094 |
| 24 | Subtract line 23 from line 22 . . . . . . . . . . . . . . . . . . . . . . . . . . . | 24 | 526,626 |
| 25 | Enter: <br> • $425,800 if single <br> • $239,500 if married filing separately <br> • $479,000 if married filing jointly or qualifying widow(er) <br> • $452,400 if head of household       . . . . . . . . . . . . | 25 | 479,000 |
| 26 | Enter the amount from line 21 . . . . . . . . . . . . . . . . . . . . . . . . . . . | 26 | 59,094 |
| 27 | Enter the amount from line 6 of the Qualified Dividends and Capital Gain Tax Worksheet in the instructions for Form 1040, line 11a, or the amount from line 19 of the Schedule D Tax Worksheet, whichever applies (as figured for the regular tax). If you did not complete either worksheet for the regular tax, enter the amount from Form 1040, line 10; if zero or less, enter -0-. If you are filing Form 2555 or Form 2555-EZ, see instructions for the amount to enter . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 27 | 18,106 |
| 28 | Add line 26 and line 27 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 28 | 77,200 |
| 29 | Subtract line 28 from line 25. If zero or less, enter -0- . . . . . . . . . . . . . . . . | 29 | 401,800 |
| 30 | Enter the smaller of line 24 or line 29 . . . . . . . . . . . . . . . . . . . . . . . | 30 | 401,800 |
| 31 | Multiply line 30 by 15% (0.15) . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | 31 | 60,270 |
| 32 | Add lines 23 and 30 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 32 | 460,894 |
| | **If lines 32 and 12 are the same, skip lines 33 through 37 and go to line 38. Otherwise, go to line 33.** | | |
| 33 | Subtract line 32 from line 22 . . . . . . . . . . . . . . . . . . . . . . . . . . . | 33 | 124,826 |
| 34 | Multiply line 33 by 20% (0.20) . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | 34 | 24,965 |
| | **If line 14 is zero or blank, skip lines 35 through 37 and go to line 38. Otherwise, go to line 35.** | | |
| 35 | Add lines 17, 32, and 33 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 35 | 585,720 |
| 36 | Subtract line 35 from line 12 . . . . . . . . . . . . . . . . . . . . . . . . . . . | 36 | |
| 37 | Multiply line 36 by 25% (0.25) . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | 37 | |
| 38 | Add lines 18, 31, 34, and 37 . . . . . . . . . . . . . . . . . . . . . . . . . . . | 38 | 85,235 |
| 39 | If line 12 is $191,100 or less ($95,550 or less if married filing separately), multiply line 12 by 26% (0.26). Otherwise, multiply line 12 by 28% (0.28) and subtract $3,822 ($1,911 if married filing separately) from the result . . | 39 | 160,180 |
| 40 | Enter the **smaller** of line 38 or line 39 here and on line 7. If you are filing Form 2555 or 2555-EZ, do not enter this amount on line 7. Instead, enter it on line 4 of the worksheet in the instructions for line 7 . . . . . . . . . | 40 | 85,235 |

EEA       Form **6251** (2018)

Form **8960**

Department of the Treasury
Internal Revenue Service (99)

### Net Investment Income Tax—Individuals, Estates, and Trusts

► **Attach to your tax return.**
► Go to *www.irs.gov/Form8960* for instructions and the latest information.

OMB No. 1545-2227

**2018**

Attachment
Sequence No. **72**

Name(s) shown on your tax return

JAMES & ANGELA CRAIG

Your social security number or EIN

| Part I | Investment Income | | | | |
|---|---|---|---|---|---|
| | ☐ Section 6013(g) election (see instructions) | | | | |
| | ☐ Section 6013(h) election (see instructions) | | | | |
| | ☐ Regulations section 1.1411-10(g) election (see instructions) | | | | |
| 1 | Taxable interest (see instructions) | | | 1 | 4,467 |
| 2 | Ordinary dividends (see instructions) | | | 2 | 233 |
| 3 | Annuities (see instructions) | | | 3 | |
| 4a | Rental real estate, royalties, partnerships, S corporations, trusts, etc. (see instructions) | 4a | (90,973) | | |
| b | Adjustment for net income or loss derived in the ordinary course of a non-section 1411 trade or business (see instructions) | 4b | 90,973 | | |
| c | Combine lines 4a and 4b | | | 4c | 0 |
| 5a | Net gain or loss from disposition of property (see instructions) | 5a | 667,049 | | |
| b | Net gain or loss from disposition of property that is not subject to net investment income tax (see instructions) | 5b | | | |
| c | Adjustment from disposition of partnership interest or S corporation stock (see instructions) | 5c | | | |
| d | Combine lines 5a through 5c | | | 5d | 667,049 |
| 6 | Adjustments to investment income for certain CFCs and PFICs (see instructions) | | | 6 | |
| 7 | Other modifications to investment income (see instructions) | | | 7 | |
| 8 | Total investment income. Combine lines 1, 2, 3, 4c, 5d, 6, and 7 | | | 8 | 671,749 |

| Part II | Investment Expenses Allocable to Investment Income and Modifications | | | | |
|---|---|---|---|---|---|
| 9a | Investment interest expenses (see instructions) | 9a | | | |
| b | State, local, and foreign income tax (see instructions) | 9b | | | |
| c | Miscellaneous investment expenses (see instructions) | 9c | | | |
| d | Add lines 9a, 9b, and 9c | | | 9d | 0 |
| 10 | Additional modifications (see instructions) | | | 10 | |
| 11 | Total deductions and modifications. Add lines 9d and 10 | | | 11 | 0 |

| Part III | Tax Computation | | | | |
|---|---|---|---|---|---|
| 12 | Net investment income. Subtract Part II, line 11 from Part I, line 8. Individuals complete lines 13-17. Estates and trusts complete lines 18a-21. If zero or less, enter -0- | | | 12 | 671,749 |
| | **Individuals:** | | | | |
| 13 | Modified adjusted gross income (see instructions) | 13 | 754,080 | | |
| 14 | Threshold based on filing status (see instructions) | 14 | 250,000 | | |
| 15 | Subtract line 14 from line 13. If zero or less, enter -0- | 15 | 504,080 | | |
| 16 | Enter the smaller of line 12 or line 15 | | | 16 | 504,080 |
| 17 | Net investment income tax for individuals. Multiply line 16 by 3.8% (.038). **Enter here and include on your tax return** (see instructions) | | | 17 | 19,155 |
| | **Estates and Trusts:** | | | | |
| 18a | Net investment income (line 12 above) | 18a | | | |
| b | Deductions for distributions of net investment income and deductions under section 642(c) (see instructions) | 18b | | | |
| c | Undistributed net investment income. Subtract line 18b from 18a (see instructions). If zero or less, enter -0- | 18c | | | |
| 19a | Adjusted gross income (see instructions) | 19a | | | |
| b | Highest tax bracket for estates and trusts for the year (see instructions) | 19b | | | |
| c | Subtract line 19b from line 19a. If zero or less, enter -0- | 19c | | | |
| 20 | Enter the smaller of line 18c or line 19c | | | 20 | |
| 21 | Net investment income tax for estates and trusts. Multiply line 20 by 3.8% (.038). **Enter here and include on your tax return** (see instructions) | | | 21 | |

**For Paperwork Reduction Act Notice, see your tax return instructions.**

Form **8960** (2018)

EEA

|  | **Payment Voucher Filing Instructions** | **2018** |
|---|---|---|

**Date to file by:** Payment was due 04-15-2019. To avoid further penalties and interest, pay as soon as possible.

**Payment:** $113,644

**Address to file:** Internal Revenue Service
P.O. Box 7704
San Francisco, CA 94120-7704

**Other instructions:** If paper-filing your 2018 return, mail the tax return, voucher, and check to the address on the voucher. Do not staple the voucher and payment to the return or to each other.

If your return was e-filed, mail the voucher and check to the address on the voucher.

Make your check or money order payable to "United States Treasury". Enter your SSN and "2018 Form 1040" on your check or money order.

To pay by credit card, go to www.1040paytax.com.

**Taxpayer records:**

**Amount paid** _____

**Check number** _____

**Date mailed** _____

Form **1040-V** (2018)

▼ Detach Here and Mail With Your Payment and Return ▼

Form **1040-V**
Department of the Treasury
Internal Revenue Service   (99)

**Payment Voucher**

▶ Do not staple or attach this voucher to your payment or return.

OMB No. 1545-0074

**2018**

| 1 Your social security number (SSN) (if a joint return, SSN shown first on your return) | 2 If a joint return, SSN shown second on your return | 3 Amount you are paying by check or money order. Make your check or money order pay-able to "United States Treasury" | Dollars | Cents |
|---|---|---|---|---|
|  |  |  | 113,644 |  |

EEA

JAMES & ANGELA CRAIG
6795 S ROBERTSDALE WAY
AURORA, CO  80016

Internal Revenue Service
P.O. Box 7704
San Francisco, CA  94120-7704

For Paperwork Reduction Act Notice, see your tax return instructions.

528810315 HO CRAI 30 0 201812 610

**Federal Supporting Statements**

| | | 2018 | PG01 |

Name(s) as shown on return

JAMES & ANGELA CRAIG

Tax ID Number

FORM 1040 - DEPENDENTS                          Statement #1

| FIRST NAME | LAST NAME | SSN | RELATIONSHIP | TYPE OF CREDIT |
|------------|-----------|-----|--------------|----------------|
| | CRAIG | | SON | **CHILD TAX** |
| | CRAIG | | DAUGHTER | **CHILD TAX** |
| | CRAIG | | DAUGHTER | **CHILD TAX** |
| | CRAIG | | DAUGHTER | **CHILD TAX** |
| | CRAIG | | DAUGHTER | **CHILD TAX** |
| | CRAIG | | DAUGHTER | **CHILD TAX** |

STATMENT.LD

| Form **8879** | **IRS e-file Signature Authorization** | OMB No. 1545-0074 |
|---|---|---|

Department of the Treasury
Internal Revenue Service

► Return completed Form 8879 to your ERO. (Don't send to the IRS.)
► Go to *www.irs.gov/Form8879* for the latest information.

**2018**

Submission Identification Number (SID) ►

| Taxpayer's name | Social security number |
|---|---|
| JAMES CRAIG | |
| Spouse's name | Spouse's social security number |
| ANGELA CRAIG | |

## Part I — Tax Return Information - Tax Year Ending December 31, 2018  (Whole dollars only)

| | | | |
|---|---|---|---|
| 1 | Adjusted gross income (Form 1040, line 7; Form 1040NR, line 35) . . . . . . . . . . . . . . . . . . . . . | **1** | 754,080 |
| 2 | Total tax (Form 1040, line 15; Form 1040NR, line 61) . . . . . . . . . . . . . . . . . . . . . . . . . | **2** | 130,521 |
| 3 | Federal income tax withheld from Forms W-2 and 1099 (Form 1040, line 16; Form 1040NR, line 62a) . . . . . . . | **3** | 17,400 |
| 4 | Refund (Form 1040, line 20a; Form 1040-SS, Part I, line 13a; Form 1040NR, line 73a) . . . . . . . . . . . . . | **4** | |
| 5 | Amount you owe (Form 1040, line 22; Form 1040NR, line 75) . . . . . . . . . . . . . . . . . . . . . . | **5** | 113,644 |

## Part II — Taxpayer Declaration and Signature Authorization (Be sure you get and keep a copy of your return)

Under penalties of perjury, I declare that I have examined a copy of my electronic individual income tax return and accompanying schedules and statements for the tax year ending December 31, 2018, and to the best of my knowledge and belief, they are true, correct, and complete. I further declare that the amounts in Part I above are the amounts from my electronic income tax return. I consent to allow my intermediate service provider, transmitter, or electronic return originator (ERO) to send my return to the IRS and to receive from the IRS **(a)** an acknowledgement of receipt or reason for rejection of the transmission, **(b)** the reason for any delay in processing the return or refund, and **(c)** the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an ACH electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of my federal taxes owed on this return and/or a payment of estimated tax, and the financial institution to debit the entry to this account. This authorization is to remain in full force and effect until I notify the U.S. Treasury Financial Agent to terminate the authorization. To revoke (cancel) a payment, I must contact the U.S. Treasury Financial Agent at **1-888-353-4537.** Payment cancellation requests must be received no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I further acknowledge that the personal identification number (PIN) below is my signature for my electronic income tax return and, if applicable, my Electronic Funds Withdrawal Consent.

**Taxpayer's PIN: check one box only**

[X] I authorize ___Keith P Clark CPA PC___ to enter or generate my PIN ___39424___
    **ERO firm name**    **Enter five digits, but**
as my signature on my tax year 2018 electronically filed income tax return.    **don't enter all zeros**

[ ] I will enter my PIN as my signature on my tax year 2018 electronically filed income tax return. Check this box **only** if you are
    entering your own PIN **and** your return is filed using the Practitioner PIN method. The ERO must complete Part III below.

Your signature ► _____    Date ► _____

**Spouse's PIN: check one box only**

[X] I authorize ___Keith P Clark CPA PC___ to enter or generate my PIN ___03404___
    **ERO firm name**    **Enter five digits, but**
as my signature on my tax year 2018 electronically filed income tax return.    **don't enter all zeros**

[ ] I will enter my PIN as my signature on my tax year 2018 electronically filed income tax return. Check this box **only** if you are
    entering your own PIN **and** your return is filed using the Practitioner PIN method. The ERO must complete Part III below.

Spouse's signature ► _____    Date ► _____

## Practitioner PIN Method Returns Only - continue below

## Part III — Certification and Authentication - Practitioner PIN Method Only

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN.    ___841205-80015___
    **Don't enter all zeros**

I certify that the above numeric entry is my PIN, which is my signature for the tax year 2018 electronically filed income tax return for the taxpayer(s) indicated above. I confirm that I am submitting this return in accordance with the requirements of the Practitioner PIN method and **Pub.1345**, Handbook for Authorized IRS *e-file* Providers of Individual Income Tax Returns.

ERO's signature ► ___Keith P Clark CPA___    Date ► ___10-09-2019___

**ERO Must Retain This Form - See Instructions**
**Don't Submit This Form to the IRS Unless Requested To Do So**

For Paperwork Reduction Act Notice, see your tax return instructions.    Form **8879** (2018)
EEA

**TAX RETURN COMPARISON**
**2016 / 2017 / 2018**

| Name(s) as shown on return | | | | Identifying number |
|---|---|---|---|---|
| JAMES & ANGELA CRAIG | | | | |

| | **2016** | **2017** | **2018** | **Difference 2017-2018** |
|---|---|---|---|---|
| Filing Status . . . . . . . . . . . . . . | Married Joint | Married Joint | Married Joint | |
| Number of Exemptions . . . . . . . . | 8 | 8 | N/A | (8) |
| Number of Dependents . . . . . . . . | — | — | 6 | 6 |
| **Income** | | | | |
| Wages, salaries, tips, etc. . . . . . . . | 146,335 | 132,317 | 106,227 | (26,090) |
| Taxable interest and dividends . . . . | 319 | 691 | 4,700 | 4,009 |
| Taxable state and local refunds . . . . | | 2,439 | | (2,439) |
| Alimony . . . . . . . . . . . . . . . . . | | | | |
| Business income (loss) . . . . . . . . | 5,451 | 689 | 6 | (683) |
| Gains (losses) . . . . . . . . . . . . . | | 337,826 | 667,049 | 329,223 |
| Pensions and IRA distributions . . . . | | | 91,098 | 91,098 |
| Rent and royalty income (loss) . . . . | | | | |
| Part, S-corps, trusts income (loss) . . . | 381,613 | (36,094) | (90,973) | (54,879) |
| Farm income (loss) . . . . . . . . . . | | | | |
| Unemployment compensation . . . . . | | | | |
| Total SS benefits received . . . . . . . | | | | |
| Taxable SS benefits . . . . . . . . . . | | | | |
| Other income (loss) . . . . . . . . . . | | | | |
| **Total Income** . . . . . . . . . . . | 533,718 | 437,868 | 778,107 | 340,239 |
| **Adjusted Gross Income** | | | | |
| Half of self-employment tax . . . . . | 385 | 49 | | (49) |
| IRA deduction . . . . . . . . . . . . . | | | | |
| Other adjustments . . . . . . . . . . | 70,596 | 25,117 | 24,027 | (1,090) |
| **Total Adjusted Gross Income** . . . . | 462,737 | 412,702 | 754,080 | 341,378 |
| **Deductions** | | | | |
| Medical deductions . . . . . . . . . . | | | | |
| State and local taxes . . . . . . . . . | 13,820 | 9,459 | 10,000 | 541 |
| Interest . . . . . . . . . . . . . . . . . | 23,266 | 26,944 | 22,315 | (4,629) |
| Contributions . . . . . . . . . . . . . | 231,369 | 137,299 | 35,894 | (101,405) |
| Employee business expenses . . . . . | | | | |
| Standard or other deductions . . . . . | | | | |
| **Total Itemized or Standard Ded** . . . | 263,912 | 170,735 | 68,209 | (102,526) |
| **Exemption Amount** . . . . . . . . . | | 6,480 | N/A | (6,480) |
| **Qualified Business Income Deduction** . | — | | | |
| **Tax and Credits** | | | | |
| **Taxable Income** . . . . . . . . . . | 198,825 | 235,487 | 685,871 | 450,384 |
| Tax . . . . . . . . . . . . . . . . . . | 42,648 | 23,938 | 103,457 | 79,519 |
| Credits . . . . . . . . . . . . . . . . . | 4 | 1,212 | 1,201 | (11) |
| Self-employment tax . . . . . . . . . | 770 | 97 | | (97) |
| Other taxes . . . . . . . . . . . . . . | 12 | 6,183 | 28,265 | 22,082 |
| **Total Tax** . . . . . . . . . . . . . . | 43,426 | 29,006 | 130,521 | 101,515 |
| **Payments** | | | | |
| Withholdings . . . . . . . . . . . . . | 74,416 | 2,400 | 17,400 | 15,000 |
| Estimated tax payments . . . . . . . . | | 30,990 | | (30,990) |
| Earned income credit . . . . . . . . . | | | | |
| Other payments and credits . . . . . . | | | | |
| **Overpayment** . . . . . . . . . . . . | 30,990 | 4,384 | | (4,384) |
| Overpayment Applied . . . . . . . . . | 30,990 | | | |
| **Refund** . . . . . . . . . . . . . . . | | 4,384 | | (4,384) |
| **Balance Due** . . . . . . . . . . . . | | | 113,644 | 113,644 |
| Marginal tax rate . . . . . . . . . . . | 28.00 | 33.00 | 37.00 | 4.00 |
| Effective tax rate . . . . . . . . . . . | 21.00 | 10.00 | 15.08 | 5.08 |

| | **Federal Supporting Statements** | |
| --- | --- | --- |
| | **DO NOT FILE. KEEP FOR YOUR RECORDS.** | **2018** |
| Name(s) as shown on return | | Your Social Security Number |
| JAMES & ANGELA CRAIG | | |

```
Form 8960 Line 4b Item Detail
K-1: SUMMERBROOK DENTAL GROUP                      (110,126)
K-1: PINNACLE PLUS HOLDINGS                         201,099
                                                 ------------
Total                                                90,973
```

8960_ATT.LD

# 1040

## Overflow Statement

**2018**
Page 1

Name(s) as shown on return

JAMES & ANGELA CRAIG

Your Social Security Number

---

### SHORT-TERM PROCEEDS

| DESCRIPTION | AMOUNT |
|---|---|
| SHORT-TERM PROCEEDS - SEI PRIVATE TRUST COMPANY | $ 17,330 |
| TOTAL: | $ 17,330 |

### SHORT-TERM BASIS

| DESCRIPTION | AMOUNT |
|---|---|
| SHORT-TERM BASIS - SEI PRIVATE TRUST COMPANY | $ 18,348 |
| TOTAL: | $ 18,348 |

### LONG-TERM PROCEEDS

| DESCRIPTION | AMOUNT |
|---|---|
| LONG-TERM PROCEEDS - SEI PRIVATE TRUST COMPANY | $ 30,345 |
| TOTAL: | $ 30,345 |

### LONG-TERM BASIS

| DESCRIPTION | AMOUNT |
|---|---|
| LONG-TERM BASIS - SEI PRIVATE TRUST COMPANY | $ 28,208 |
| TOTAL: | $ 28,208 |

OVERFLOW.LD

9898

□ VOID   □ CORRECTED

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and phone no. | **1** Gross distribution $ 91,098 | OMB No. 1545-0119 | **Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc.** |
|---|---|---|---|

SEI PRIVATE TRUST COMPANY

1 FREEDOM VALLEY DRIVE

OAKS                    PA 19456

**2a** Taxable amount $ 91,098

**2018**

Form **1099-R**

**2b** Taxable amount not determined [X]   Total distribu ion □

**Copy A For Internal Revenue Service Center**

| PAYER'S TIN | RECIPIENT'S TIN | **3** Capital gain (included in box 2a) $ | **4** Federal income tax withheld $ | **File with Form 1096.** |
|---|---|---|---|---|

23-3060382

**RECIPIENT'S name**

JAMES CRAIG

**5** Employee contributions/ Designated Ro h contributions or insurance premiums $

**6** Net unrealized appreciation in employer's securities $

For Privacy Act and Paperwork Reduction Act Notice, see the **2018 General Instructions for Certain Information Returns.**

**Street address (including apt. no.)**

6795 ROBERTSDALE WAY

**7** Distribution code(s)   1   IRA/ SEP/ S MPLE [X]

**8** Other $                %

**City or town, state or province, country, and ZIP or foreign postal code**

AURORA              CO 80016

**9a** Your percentage of total distribution %

**9b** Total employee contributions $

| **10** Amount allocable to IRR wi hin 5 years $ | **11** 1st year of desig. Ro h contrib. | FATCA filing requirement □ | **12** State tax withheld $ | **13** State/Payer's state no. CO 233060382 | **14** State distribution $ 91,098 |
|---|---|---|---|---|---|

| Account number (see instructions) 755356 | Date of payment | **15** Local tax withheld $ | **16** Name of locality | **17** Local distribution $ |
|---|---|---|---|---|

Form **1099-R**   www.irs.gov/Form1099R   Department of the Treasury - Internal Revenue Service

EEA

**Do Not Cut or Separate Forms on This Page  -  Do Not Cut or Separate Forms on This Page**

The information the Form 1099-R was used to prepare taxpayer's 2018 Federal tax return by Keith P Clark CPA PC

9898   □ VOID   □ CORRECTED

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and phone no. | **1** Gross distribution $ | OMB No. 1545-0119 | **Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc.** |
|---|---|---|---|

**2a** Taxable amount $

**2018**

Form **1099-R**

**2b** Taxable amount not determined □   Total distribu ion □

**Copy A For Internal Revenue Service Center**

| PAYER'S TIN | RECIPIENT'S TIN | **3** Capital gain (included in box 2a) $ | **4** Federal income tax withheld $ | **File with Form 1096.** |
|---|---|---|---|---|

**RECIPIENT'S name**

**5** Employee contributions/ Designated Ro h contributions or insurance premiums $

**6** Net unrealized appreciation in employer's securities $

For Privacy Act and Paperwork Reduction Act Notice, see the **2018 General Instructions for Certain Information Returns.**

**Street address (including apt. no.)**

**7** Distribution code(s)   IRA/ SEP/ S MPLE □

**8** Other $                %

**City or town, state or province, country, and ZIP or foreign postal code**

**9a** Your percentage of total distribution %

**9b** Total employee contributions $

| **10** Amount allocable to IRR wi hin 5 years $ | **11** 1st year of desig. Ro h contrib. | FATCA filing requirement □ | **12** State tax withheld $ | **13** State/Payer's state no. | **14** State distribution $ |
|---|---|---|---|---|---|

| Account number (see instructions) | Date of payment | **15** Local tax withheld $ | **16** Name of locality | **17** Local distribution $ |
|---|---|---|---|---|

Form **1099-R**   www.irs.gov/Form1099R   Department of the Treasury - Internal Revenue Service

EEA

**Computation of Regular Tax**

(Keep for your records)

**2018**

Name(s) as shown on return

JAMES & ANGELA CRAIG

Tax D Number

STATEMENT FOR LINE 11A OF FORM 1040

TAX RATE SCHEDULE FOR MARRIED FILING JOINT FILING STATUS

IF TAXABLE INCOME IS

| OVER | BUT NOT OVER | PAY | PLUS | % ON EXCESS | OF THE AMOUNT OVER |
|---|---|---|---|---|---|
| 0 | 19,050 | 0.00 | | 10% | 0 |
| 19,050 | 77,400 | 1,905.00 | | 12% | 19,050 |
| 77,400 | 165,000 | 8,907.50 | | 22% | 77,400 |
| 165,000 | 315,000 | 28,179.00 | | 24% | 165,000 |
| 315,000 | 400,000 | 64,179.00 | | 32% | 315,000 |
| 400,000 | 600,000 | 91,379.00 | | 35% | 400,000 |
| 600,000 | . . . . . | 161,379.00 | | 37% | 600,000 |

$161,379.00 + (($685,871.00 - $600,000.00) x 37.0%) = $193,151

TAX FROM TAX RATE SCHEDULE                           $  193,151
TAX FROM QUALIFIED DIVIDENDS/CAPITAL GAIN WORKSHEET $  103,457

$  103,457    TAX COMPUTED USING THE MOST ADVANTAGEOUS METHOD ALLOWED

TAX COMP.LD

| a Employee's social security number | | OMB No. 1545-0008 | Safe, accurate, FAST  Use | *IRS e-file* | Visit the RS website at *www.irs.gov/efile* |
|---|---|---|---|---|---|

| **b** Employer identification number (E N) | **1** Wages, tips, other compensation | **2** Federal income tax withheld |
|---|---|---|
| 61-1522031 | 99,027 | 15,000 |

| **c** Employer's name, address, and ZIP code | **3** Social security wages | **4** Social security tax withheld |
|---|---|---|
| SUMMERBROOK DENTAL GROUP | 75,000 | 4,650 |

| | **5** Medicare wages and tips | **6** Medicare tax withheld |
|---|---|---|
| 14991 E HAMPDEN AVE SUITE 370 AURORA          CO  80014 | 75,000 | 1,088 |

| | **7** Social security tips | **8** Allocated tips |
|---|---|---|

| **d** Control number | **9** Verification code | **10** Dependent care benefits |
|---|---|---|

| **e** Employee's first name and initial    Last name    Suff. | **11** Nonqualified plans | **12a** See instructions for box 12 |
|---|---|---|
| JAMES          CRAIG | **13** Statutory employee ☐  Retirement plan ☒  Third-party sick pay ☐ | **12b** |
| 6795 ROBERTSDALE WAY AURORA          CO  80016 | **14** Other  SCORP MP 24,027 | **12c** |
| | | **12d** |

| **f** Employee's address and Z P code | | | | | | |
|---|---|---|---|---|---|---|

| **15** State  Employer's state D number | **16** State wages, tips, etc. | **17** State income tax | **18** Local wages, tips, etc. | **19** Local income tax | **20** Locality name |
|---|---|---|---|---|---|
| CO 02673651 | 99,027 | 7,500 | | | |

Form **W-2** Wage and Tax Statement    **2018**    Department of the Treasury-Internal Revenue Service

**Copy B - To Be Filed With Employee's FEDERAL Tax Return.**
This informa ion is being furnished to the Internal Revenue Service.
EEA
The information on the Form W-2 was used to prepare the taxpayer's 2018 Federal tax return by Keith P Clark CPA PC

| a Employee's social security number | | OMB No. 1545-0008 | Safe, accurate, FAST  Use | *IRS e-file* | Visit the RS website at *www.irs.gov/efile* |
|---|---|---|---|---|---|

| **b** Employer identification number (E N) | **1** Wages, tips, other compensation | **2** Federal income tax withheld |
|---|---|---|
| 27-4392616 | 7,200 | 2,400 |

| **c** Employer's name, address, and ZIP code | **3** Social security wages | **4** Social security tax withheld |
|---|---|---|
| BIG FAT BAHONKUS INC | 7,200 | 446 |

| | **5** Medicare wages and tips | **6** Medicare tax withheld |
|---|---|---|
| 6795 S ROBERTSDALE WAY AURORA          CO  80016 | 7,200 | 104 |

| | **7** Social security tips | **8** Allocated tips |
|---|---|---|

| **d** Control number | **9** Verification code | **10** Dependent care benefits |
|---|---|---|

| **e** Employee's first name and initial    Last name    Suff. | **11** Nonqualified plans | **12a** See instructions for box 12 |
|---|---|---|
| ANGELA          CRAIG | **13** Statutory employee ☐  Retirement plan ☐  Third-party sick pay ☐ | **12b** |
| 6795 ROBERTSDALE WAY AURORA          CO  80016 | **14** Other | **12c** |
| | | **12d** |

| **f** Employee's address and Z P code | | | | | | |
|---|---|---|---|---|---|---|

| **15** State  Employer's state D number | **16** State wages, tips, etc. | **17** State income tax | **18** Local wages, tips, etc. | **19** Local income tax | **20** Locality name |
|---|---|---|---|---|---|
| CO 02872513 | 7,200 | 1,200 | | | |

Form **W-2** Wage and Tax Statement    **2018**    Department of the Treasury-Internal Revenue Service

**Copy B - To Be Filed With Employee's FEDERAL Tax Return.**
This informa ion is being furnished to the Internal Revenue Service.
EEA
The information on the Form W-2 was used to prepare the taxpayer's 2018 Federal tax return by Keith P Clark CPA PC

## Student Loan Interest Deduction Worksheet
### Form 1040, Line 33
(Keep for your records)

**2018**

Name(s) as shown on return

JAMES & ANGELA CRAIG

Tax  D Number

**1.** Enter the total interest you paid in 2018 on qualified student loans (see the instructions for line 33). **Don't** enter more than $2,500 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **1.** 2,500

**2.** Enter the amount from Form 1040, line 6 . . . . . . . . . . . . . . . . . . . . . **2.** 778,107

**3.** Enter the total of the amounts from Schedule 1, lines 23 through 32, plus any write-in adjustments you entered on the dotted line next to Schedule 1, line 36 . . . . . . . **3.** 24,027

**4.** Subtract line 3 from line 2 . . . . . . . . . . . . . . . . . . . . . . . . **4.** 754,080

**5.** Enter the amount shown below for your filing status.
   - Single, head of household, or qualifying widow(er) - $65,000
   - Married filing jointly - $135,000

. . . . . . **5.** 135,000

**6.** Is the amount on line 4 more than the amount on line 5?
   ☐ **No.** Skip lines 6 and 7, enter -0- on line 8, and go to line 9.
   ☒ **Yes.** Subtract line 5 from line 4 . . . . . . . . . . . . . . . . . . . . **6.** 619,080

**7.** Divide line 6 by $15,000 ($30,000 if married filing jointly). Enter the result as a decimal (rounded to at least three places). If the result is 1.000 or more, enter 1.000 . . . . . . . . . . . . . . . . . . . . . . . . . . . **7.** 1.000

**8.** Multiply line 1 by line 7 . . . . . . . . . . . . . . . . . . . . . . . . . . . **8.** 2,500

**9.** **Student loan interest deduction.** Subtract line 8 from line 1. Enter the result here and on Schedule 1, line 33. **Don't** include this amount in figuring any other deduction on your return (such as on Schedule A, C, E, etc.) . . . . **9.** 0

WK  SLID.LD

# Qualified Dividends and Capital Gain
# Tax Worksheet - Line 11a (Form 1040)

(Keep for your records)

**2018**

Name(s) as shown on return

Tax D Number

JAMES & ANGELA CRAIG

**Before you begin:**
- See the instructions for line 11a to see if you can use this worksheet to figure your tax.
- Before completing this worksheet, complete Form 1040 through line 10.
- If you don't have to file Schedule D and you received capital gain distributions, be sure you checked the box on line 13 of Schedule 1.

| | | | |
|---|---|---|---:|
| 1. | Enter the amount from Form 1040, line 10. However, if you are filing Form 2555 or 2555-EZ (relating to foreign earned income), enter the amount from line 3 of the Foreign Earned Income Tax Worksheet | 1. | 685,871 |
| 2. | Enter the amount from Form 1040, line 3a* | 2. | 146 |
| 3. | Are you filing Schedule D?* | | |
| | ☒ **Yes.** Enter the **smaller** of line 15 or 16 of Schedule D. If either line 15 or 16 is blank or a loss, enter -0- | 3. | 667,619 |
| | ☐ **No.** Enter the amount from Schedule 1, line 13. | | |
| 4. | Add lines 2 and 3 | 4. | 667,765 |
| 5. | If filing Form 4952 (used to figure investment interest expense deduction), enter any amount from line 4g of that form. Otherwise, enter -0- | 5. | |
| 6. | Subtract line 5 from line 4. If zero or less, enter -0- | 6. | 667,765 |
| 7. | Subtract line 6 from line 1. If zero or less, enter -0- | 7. | 18,106 |
| 8. | Enter: $38,600 if single or married filing separately, $77,200 if married filing jointly or qualifying widow(er), $51,700 if head of household. | 8. | 77,200 |
| 9. | Enter the smaller of line 1 or line 8 | 9. | 77,200 |
| 10. | Enter the smaller of line 7 or line 9 | 10. | 18,106 |
| 11. | Subtract line 10 from line 9. This amount is taxed at 0% | 11. | 59,094 |
| 12. | Enter the smaller of line 1 or line 6 | 12. | 667,765 |
| 13. | Enter the amount from line 11 | 13. | 59,094 |
| 14. | Subtract line 13 from line 12 | 14. | 608,671 |
| 15. | Enter: $425,800 if single, $239,500 if married filing separately, $479,000 if married filing jointly or qualifying widow(er), $452,400 if head of household. | 15. | 479,000 |
| 16. | Enter the smaller of line 1 or line 15 | 16. | 479,000 |
| 17. | Add lines 7 and 11 | 17. | 77,200 |
| 18. | Subtract line 17 from line 16. If zero or less, enter -0- | 18. | 401,800 |
| 19. | Enter the smaller of line 14 or line 18 | 19. | 401,800 |
| 20. | Multiply line 19 by 15% (0.15) | 20. | 60,270 |
| 21. | Add lines 11 and 19 | 21. | 460,894 |
| 22. | Subtract line 21 from line 12 | 22. | 206,871 |
| 23. | Multiply line 22 by 20% (0.20) | 23. | 41,374 |
| 24. | Figure the tax on the amount on line 7. If the amount on line 7 is less than $100,000, use the Tax Table to figure the tax. If the amount on line 7 is $100,000 or more, use the Tax Computation Worksheet | 24. | 1,813 |
| 25. | Add lines 20, 23, and 24 | 25. | 103,457 |
| 26. | Figure the tax on the amount on line 1. If the amount on line 1 is less than $100,000, use the Tax Table to figure the tax. If the amount on line 1 is $100,000 or more, use the Tax Computation Worksheet | 26. | 193,151 |
| 27. | **Tax on all taxable income.** Enter the **smaller** of line 25 or line 26. Also include this amount on the entry space on Form 1040, line 11a. If you are filing Form 2555 or 2555-EZ, don't enter this amount on the entry space on Form 1040, line 11a. Instead, enter it on line 4 of the Foreign Earned Income Tax Worksheet | 27. | 103,457 |

\* If you are filing Form 2555 or 2555-EZ, see the footnote in the Foreign Earned Income Tax Worksheet before completing this line.

WK  CGTAX.LD

## Credit Limit Worksheet

(Keep for your records)

**2018**

Name(s) as shown on return                                                                     Tax D Number

JAMES & ANGELA CRAIG

| | | |
|---|---|---|
| 1. | Amount from Form 1040, line 11 or Form 1040NR line 45 . . . . . . . . . . . . . . . . . **1.** | 103,457 |
| 2. | Foreign tax credit amount from Schedule 3, line 48 or Form 1040NR line 46 . . . . . . . . . **2.** | 1 |
| 3. | Subtract line 2 from line 1. If zero or less, enter -0-. Enter this amount on Form 2441, line 10 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **3.** | 103,456 |
| 4. | Amount from Form 2441, line 11 . . . . . . . . . . . . . . . . . . . . . . . . . **4.**  1,200 | |
| 5. | Subtract line 4 from line 3. If zero or less, enter -0-. Enter this amount on Schedule R, line 21 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **5.** | 102,256 |
| 6. | Amount from Schedule R, line 22 . . . . . . . . . . . . . . . . . . . . . **6.** | |
| 7. | Enter amount from Form 8863, line 18 . . . . . . . . . . . . . . . . **7.** | |
| 8. | Subtract line 6 from line 5. If zero or less, enter -0- . . . . . . . . **8.**  102,256 | |
| 9. | Enter the smaller of line 7 or line 8. Nonrefundable lifetime learning credit . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **9.** | |
| 10. | Enter amount from Form 8863, line 9 . . . . . . . . . . . . . . . . **10.** | |
| 11. | Subtract line 9 from line 8. If zero or less, enter -0- . . . . . . . . **11.**  102,256 | |
| 12. | Enter the smaller of line 10 or line 11. Nonrefundable American Opportunity credit . . . . . . . . . . . . . . . . . . . . . . . . . **12.** | |
| 13. | Add line 9 and line 12. Enter this amount on Form 8863, line 19 . . . . . . . . . . . **13.** | |
| 14. | Subtract line 13 from line 8. If zero or less, enter -0-. Enter this amount on Form 8880, line 11 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **14.** | 102,256 |
| 15. | Amount from Form 8880, line 12 . . . . . . . . . . . . . . . . . . . . . . . . . **15.** | |
| 16. | Subtract line 15 from line 14. If zero or less, enter -0-. Enter this amount on Form 5695, line 29 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **16.** | 102,256 |
| 17. | Amount from Form 5695, line 30 . . . . . . . . . . . . . . . . . . . . . . . **17.** | |
| 18. | Reserved . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **18.** | |
| 19. | Reserved . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **19.** | |
| 20. | Subtract line 17 from line 16. If zero or less, enter -0-. Enter this amount on Form 8910, line 14 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **20.** | 102,256 |
| 21. | Amount from Form 8910, line 15 . . . . . . . . . . . . . . . . . . . . . . . **21.** | |
| 22. | Subtract line 21 from line 20. If zero or less, enter -0-. Enter this amount on Form 8936, line 22 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **22.** | 102,256 |
| 23. | Amount from Form 8936, line 23 . . . . . . . . . . . . . . . . . . . . . **23.** | |
| 24. | Amount from Line 14 of the line 14 Worksheet from Pub 972 (WK_8812.PG3) . . . . . **24.** | |
| 25. | Subtract lines 23 and 24 from line 22. If zero or less, enter -0-. Enter this amount on Form 8396, line 8 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **25.** | 102,256 |
| 26. | Amount from Form 8396, line 9 . . . . . . . . . . . . . . . . . . . . . **26.** | |
| 27. | Subtract line 26 from line 25. If zero or less, enter -0- . . . . . . . . . . . . . . . **27.**  102,256 | |
| 28. | Amount from Form 8839, line 14 . . . . . . . . . . . . . . . . . . . **28.** | |
| 29. | Enter the smaller of line 27 or line 28. Enter this amount on Form 8839, line 16 . . . . . . **29.** | |
| 30. | Subtract line 29 from line 27. If zero or less, enter -0-. Enter this amount on Form 8859, line 2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **30.** | 102,256 |
| 31. | Amount from Form 8859, line 3 . . . . . . . . . . . . . . . . . . . . . **31.** | |
| 32. | Subtract line 31 from line 30. If zero or less, enter -0-. Enter this amount on Form 5695, line 14 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **32.** | 102,256 |

# Investment Income for the
# Earned Income Credit

**Form 1040**

(Keep for your records)

**2018**

Name(s) as shown on return

Tax D Number

JAMES & ANGELA CRAIG

**Interest and Dividends**

1. Enter any amount from Form 1040, line 2b . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **1.** 4,467
2. Enter any amount from Form 1040, line 2a, plus any amount on Form 8814, line 1b . . . . . . . . . . . . . . . **2.** 183
3. Enter any amount from Form 1040, line 3b . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **3.** 233
4. Enter the amount from Form 1040, Schedule 1, line 21, that is from Form 8814 if you are filing that form to
   report your child's interest and dividend income on your return. (If your child received an Alaska Permanent
   Fund dividend, use Worksheet 2, on the next page, to figure the amount to enter on this line.) . . . . . . . . . **4.** _____

**Capital Gain Net Income**

5. Enter the amount from Form 1040, Schedule 1, line 13. If the amount on that line
   is a loss, enter -0- . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **5.** 667,619
6. Enter any gain from Form 4797, Sales of Business Property, line 7. If the
   amount on that line is a loss, enter -0-. (But, if you completed lines 8 and
   9 of Form 4797, enter the amount from line 9 instead.) . . . . . . . . . . . . . . . **6.** _____
7. Subtract line 6 of this worksheet from line 5 of this worksheet. (If the result is less than zero,
   enter -0-.) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **7.** 667,619

**Royalties and Rental Income from Personal Property**

8. Enter any royalty income from Schedule E, line 4, plus any income from the rental of
   personal property shown on Form 1040, Schedule 1, line 21, minus any expenses
   from Schedule E, line 20, related to royalty income, plus any expenses from the
   rental of personal property deducted on Form 1040, line 36 of personal property
   deducted on Form 1040, Schedule 1, line 36 (If the result is less than zero, enter -0-.) . . . . . . . . . . . . . **8.** _____

**Passive Activities**

9. Enter the total of any net income from passive activities (such as income
   included on Schedule E, lines 26, 29a (col. (g)), 34a (col. (d)), or 40) and the
   total of any losses from passive activities (included on Schedule E, lines
   26, 29b (col. (f)), 34b (col. (c)), or 40). (See instructions below for line 9.)
   (if zero or less, enter -0-.) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **9.** 0
10. Adjustment from EIC screen . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **10.** _____
11. Add the amounts on lines 1, 2, 3, 4, 7, 8, 9 and 10. Enter the total. **This is your Investment Income** . . . . . . . **11.** 672,502
12. Is the amount on line 11 more than **$3,500?**
    ☒ **Yes.** You cannot take the credit.
    ☐ **No.** Go to Step 3 of the Form 1040 instructions for line 17 to find out if you can take the credit
    (unless you are using this publication to find out if you can take the credit; in that case, go to Rule 7, next).

**Instructions for line 9.** In figuring the amount to enter on line 9, do not take into account any royalty income (or loss)
included on line 26 of Schedule E or any amount included in your earned income. To find out if the income on line 26 or line 40 of
Schedule E is from a passive activity, see the Schedule E instructions. If any of the rental real estate income (or loss) included on
Schedule E, line 26, is not from a passive activity, print "NPA" and the amount of that income (or loss) on the dotted line next to line 26.

WK EIC4.LD

# Explanation of Schedule A, line 5e

(Keep for your records)

**2018**

| | |
|---|---|
| Name(s) as shown on return | Tax D Number |
| JAMES & ANGELA CRAIG | |

This worksheet shows the breakdown of which state and local taxes are actually being deducted on federal Schedule A when the state and local taxes are limited to $10,000 ($5,000 if married filing separately.)

| | | Total paid | Allowed amount |
|---|---|---|---|
| 1. | Real estate taxes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 9,110 | 9,110 |
| 2. | Personal property taxes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0 | 0 |
| 3. | State and local income taxes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 16,017 | 0 |
| 4. | Sales tax . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1,000 | 890 |
| 5. | Add amounts in right column of lines 1-4. Enter this amount on Schedule A, line 5e . . . . . . . . . . . . . . . . . . . | | 10,000 |

If state income taxes are deducted on Schedule A, and then a state issues a refund of some or all of those taxes, the refund may have to be reported as income in the following year. The program has chosen to deduct sales tax instead of income tax, even though the income tax is higher, so that no state refunds will be taxable on next year's return.
Mark the Force income tax checkbox on screen A, line 5, to force the income taxes to be deducted instead of sales taxes, if that results in a benefit to the taxpayer on a state return.

# State and Local General Sales Tax Deduction
## Worksheet - Line 5a
(Keep for your records)

**2018**

Name(s) as shown on return

JAMES & ANGELA CRAIG

Tax D Number

---

| **Before you begin:** | See the instructions for line 1 of the worksheet if you: |
|---|---|
| | - Lived in more than one state during 2018, or |
| | - Had any **nontaxable** income in 2018. |

1. Enter your **state** general sales taxes from the 2018 Optional State Sales Tax Table . . . . . . . . . . . . . . . . **1.** _____1,000_

   **Next.** If, for all of 2018, you lived only in Connecticut, the District of Columbia, Indiana,
   Kentucky, Maine, Maryland, Massachusetts, Michigan, New Jersey, or Rhode Island,
   skip lines 2 through 5, enter -0- on line 6, and go to line 7. Otherwise, go to line 2.

2. Did you live in Alaska, Arizona, Arkansas, Colorado, Georgia, Illinois, Louisiana, Mississippi,
   Missouri, New York, North Carolina, South Carolina, Tennessee, Utah, or Virginia in 2018?

   ☐ **No.** Enter -0-
   ☒ **Yes.** Enter your base **local** general sales taxes from the 2018     ▶ . . . . **2.** _____334_
      Optional Local Sales Tax Tables

3. Did your locality impose a **local** general sales tax in 2018? Residents of California
   and Nevada, see the instructions for line 3 of the worksheet.
   ☒ **No.** Skip lines 3 through 5, enter -0- on line 6, and go to line 7.
   ☐ **Yes.** Enter your **local** general sales tax rate, but omit the percentage sign.
      For example, if your local general sales tax rate was 2.5%, enter 2.5. If your
      local general sales tax rate changed or you lived in more than one locality in
      the same state during 2018, see the instructions for line 3 of the worksheet  . . . . **3.** _____

4. Did you enter -0- on line 2?
   ☐ **No.** Skip lines 4 and 5 and go to line 6.
   ☐ **Yes.** Enter your **state** general sales tax rate (shown in the table heading for
      your state), but omit the percentage sign. For example, if your state general
      sales tax rate is 6%, enter 6.0 . . . . . . . . . . . . . . . . . . . . . . . **4.** _____

5. Divide line 3 by line 4. Enter the result as a decimal (rounded to at least three
   places) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **5.** _____

6. Did you enter -0- on line 2?
   ☒ **No.** Multiply line 2 by line 3
   ☐ **Yes.** Multiply line 1 by line 5. If you lived in more than one locality     ▶ . . . . . . . . . . **6.** _____
      in the same state during 2018, see the instructions for line 6 of the
      worksheet

7. Enter your state and local general sales taxes paid on specified items, if any. See the instructions for
   line 7 of the worksheet  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **7.** _____

8. **Deduction for general sales taxes.** Add lines 1, 6, and 7. Enter the result here and the total
   from all your state and local general sales tax deduction worksheets, if you completed more
   than one, on Schedule A, line 5a.
   Be sure to check the **box** on that line  . . . . . . . . . . . . . . . . . . . . . . . **8.** _____1,000_

**Optional Sales Tax Table Computation**

| State: | CO | | | |
|---|---|---|---|---|
| Income: | 754,263 | | | |
| Family Size:* | 6 | | | |
| Amount from table: | 1,000 | | | |
| Days: | 365 | | | |
| Deduction: | 1,000 | | | |

* "Over 5" is the maximum number in family size for the optional sales tax tables in Schedule A Instructions. Returns with a family
  size of 6 or more will display a "6" on this line.

| Forms 1040 and 1040NR | **Child Tax Credit and Credit for Other Dependents Worksheet** (Keep for your records) | 2018 |
|---|---|---|

Name(s) as shown on return

Tax D Number

JAMES & ANGELA CRAIG

**Before you begin:**   •   Figure the amount of any credits you are claiming on Form 5695, Part II, line 30*;
Form 8910; Form 8936; or Schedule R.

*See the Form 5695 instructions to see if line 30 (nonbusiness energy property credit) applies for 2018.*

**Part 1**

1. Number of qualifying children under 17 with the required social security number:

   6    x $2,000. Enter the result  . . . . . . . . . . . . . . . . .  **1.**  12,000

2. Number of other dependents, including qualifying children who are not under 17 or
   who do not have the required social security number:  _____  x $500. Enter the result  . . . . . . . . . . .  **2.**  _____

   **Caution:** Don't include yourself, your spouse, or anyone who is not a U.S. citizen,
   U.S. national, or U.S. resident alien. Also, don't include anyone you included on line 1.

3. Add lines 1 and 2  . . . . . . . . . . . . . . . . . . . . . . .  **3.**  12,000

4. Enter the amount from Form 1040, line 7, or Form 1040NR, line 35  . . . . . . . . . . .  **4.**  754,080

5. **1040 Filers.** Enter the total of any -
   • Exclusion of income from Puerto Rico, and
   • Amounts from Form 2555, lines 45 and 50; Form 2555-EZ, line 18;
   and Form 4563, line 15.
   **1040NR Filers.** Enter -0-.  **5.**  _____

6. Add lines 4 and 5. Enter the total  . . . . . . . . . . . . . . . .  **6.**  754,080

7. Enter the amount shown below for your filing status.
   • Married filing jointly - $400,000
   • All other filing statuses - $200,000  **7.**  400,000

8. Is the amount on line 6 more than the amount on line 7?
   ☐ **No.** Leave line 8 blank. Enter -0- on line 9.
   ☒ **Yes.** Subtract line 7 from line 6.  **8.**  355,000
   If the result is not a multiple of $1,000, increase it to the next multiple of $1,000.
   For example, increase $425 to $1,000, increase $1,025 to $2,000, etc.

9. Multiply the amount on line 8 by 5% (.05). Enter the result  . . . . . . . . . . . . . . . .  **9.**  17,750

10. Is the amount on line 3 more than the amount on line 9?

    ☒ **No. STOP**
    You cannot take the child tax credit or credit for other dependents on Form 1040, line 12a, or Form
    1040NR, line 49. You also cannot take the additional child tax credit on Form 1040, line 17b, or Form
    1040NR, line 64. Complete the rest of your Form 1040 or Form 1040NR.
    ☐ **Yes.** Subtract line 9 from line 3. Enter the result  . . . . . . . . . . . . . . . . . . . .  **10.**  _____
    *Go to Part 2 on the next page.*

WK 8812.LD

| **Forms 1040 and 1040NR** | **Child Tax Credit and Credit for Other Dependents Worksheet** (Keep for your records) | **2018** |
|---|---|---|

Name(s) as shown on return

JAMES & ANGELA CRAIG

Tax D Number

*Before you begin Part 2:* Figure the amount of any credits you are claiming on Form 5695, Part II; line 30; Form 8910; Form 8936; or Schedule R.

---

**Part 2**

11. Enter the amount from Form 1040, line 11 or Form 1040NR, line 45 . . . . . . . . . . . . . . . . . . . . . . . **11.** _____ 0

12. Add the following amounts from:

| **Form 1040** | **or** | **Form 1040NR** | | |
|---|---|---|---|---|
| Schedule 3, Line 48 | | Line 46 | + | _____ |
| Schedule 3, Line 49 | | Line 47 | + | _____ |
| Schedule 3, Line 50 | | ------------- | + | _____ |
| Schedule 3, Line 51 | | Line 48 | + | _____ |
| Form 5695, line 30 . . . . . . . . . . . . . . . . | | | + | _____ |
| Form 8910, line 15 . . . . . . . . . . . . . . . . | | | + | _____ |
| Form 8936, line 23 . . . . . . . . . . . . . . . . | | | + | _____ |
| Schedule R, line 22 . . . . . . . . . . . . . . . | | | + | _____ |

Enter the total.  **12.** _____

13. Subtract line 12 from line 11 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **13.** _____

14. Are you claiming any of the following credits?
  • Mortgage interest credit, Form 8396.
  • Adoption credit, Form 8839.
  • Residential energy efficient property credit, Form 5695, Part I.
  • District of Columbia first-time homebuyer credit, Form 8859.
    ☐ **No.** Enter -0-.
    ☐ **Yes.** If you are filing Form 2555 or 2555-EZ, enter -0-. Otherwise, complete the Line 14 Worksheet, later, to figure the amount to enter here. ▸ **14.** _____

15. Subtract line 14 from line 13. Enter the result . . . . . . . . . . . . . . . . . . . . . . . . . . . **15.** _____ 0

16. Is the amount on line 10 of this worksheet more than the amount on line 15?
    ☐ **No.** Enter the amount from line 10.
    ☐ **Yes.** Enter the amount from line 15.
    See the **TIP** below.

    ▸ **This is your child tax credit and credit for other dependents.**

    **16.** _____ 0

    *Enter this amount on Form 1040, line 12a, or Form 1040NR, line 49.*

**TIP** *You may be able to take the additional child tax credit on Form 1040, line 17b, or Form 1040NR, line 64, only if you answered "Yes" on line 16 and line 1 is more than zero.*
  *• First, complete your Form 1040 through line 17a (also complete Schedule 5, line 72) or Form 1040NR through line 63 (also, complete line 67).*
  *• Then, use Schedule 8812 to figure any additional child tax credit.*

# Shareholder's Adjusted Basis Worksheet, page 1 **2018**

Do not file - keep for your records.

| Name of Shareholder | JAMES CRAIG | SSN | |
|---|---|---|---|
| Name of Corporation | SUMMERBROOK DENTAL GROUP | EIN | 61-1522031 |

### Stock basis

| | | | | |
|---|---|---|---|---|
| 1 | Stock basis, beginning of year (Not less than zero) | | 1 | 3,841 |
| 2 | Additional Capital Contributions of Stock Purchased | | 2 | |
| 3 | Increases for income and gain items: | | | |
| a | Ordinary Income | (Sch K, Line 1) | a | 190,325 |
| b | Real Estate Rental Income | (Sch K, Line 2) | b | |
| c | Other Rental Income | (Sch K, Line 3c) | c | |
| d | Interest, Dividends & Royalties | (Sch K, Lines 4, 5 & 6) | d | |
| e | Capital Gain | (Sch K, Lines 7 & 8a) | e | |
| f | Other Portfolio Income | (Sch K, Line 10a) | f | |
| g | Section 1231 Gain | (Sch K, Line 9) | g | |
| h | Other Income | (Sch K, Line 10h) | h | |
| | Total Income and Gain items | (Total lines 3a-3h) | 3a-h | 190,325 |
| i | Increase for Non-Taxable Income | (Sch K, Lines 16a & b) | 3i | |
| j | Increase for Excess Depletion Adjustment | | 3j | |
| k | Increase from Recapture of Business Credits (See RC § 49(a), 50(a), 50(c)(2) & 1371(d)) | | 3k | |
| l | Gain from 179 asset disposition | | 3l | |
| 4 | Stock Basis Before Distributions | (Add lines 1 through 3) | 4 | 194,166 |
| 5 | Reduction for Non-Taxable Distributions | (Sch K, Line 16d) | 5 | 187,951 |
| 6 | Stock Basis Before Non-Ded. Expense | (Cannot be negative) | 6 | 6,215 |
| 7 | Decrease for Non-Deductible Expense/Credit Adj | (Sch K. Line 16c & 13) | 7 | 6,215 |
| 8 | Stock Basis Before Allowable Losses & Deductions | (Cannot be negative) | 8 | 0 |
| 9 | Decreases for Loss and Deduction items | | | |
| a | Ordinary Loss | (Page 2, Col d, Line 9a) | a | |
| b | Real Estate Rental Loss | (Page 2, Col d, Line 9b) | b | |
| c | Other Rental Loss | (Page 2, Col d, Line 9c) | c | |
| d | Capital Loss | (Page 2, Col d, Line 9d) | d | |
| e | Other Portfolio Loss | (Page 2, Col d, Line 9e) | e | |
| f | Section 1231 Loss | (Page 2, Col d, Line 9f) | f | |
| g | Other Loss | (Page 2, Col d, Line 9g) | g | |
| h | Charitable Contributions | (Page 2, Col d, Line 9h) | h | |
| i | Section 179 Expense | (Page 2, Col d, Line 9i) | i | 80,199 |
| j | Portfolio Income Expenses | (Page 2, Col d, Line 9j) | j | |
| k | Other Deductions | (Page 2, Col d, Line 9k) | k | |
| l | Interest Expense on Investment Debt | (Page 2, Col d, Line 9l) | l | |
| m | Section 59(e) Expenditures | (Page 2, Col d, Line 9m) | m | |
| | Total Loss and Deduction Items | (Total Lines 9a-9m) | 9a-m | 80,199 |
| n | Other decreases | (Page 2, Col d, Line 9n) | 9n | |
| o | Loss from 179 asset disposition | (Page 2, Col d, Line 9o) | 9o | |
| | Total Decrease for Loss and Deductions Items and Business Credits | | 9 | 80,199 |
| 10 | Less: net increase applied to debt basis | | 10 | |
| 11 | Stock Basis at End of Year (Line 8 minus line 9 minus line 10) (not less than zero) | | 11 | 0 |

### Debt Basis

| | | | |
|---|---|---|---|
| 12 | Debt basis at beginning of year (not less than zero) | 12 | 1,434,948 |
| 13 | New loans to corporation during year | 13 | 376,571 |
| 14 | Restoration of Debt Basis (Line 10) | 14 | |
| 15 | Less: Loans repaid by corporation during the year | 15 | |
| 16 | Less: Applied against excess loss and deductions / non-deductible items | 16 | (81,405) |
| 17 | Debt basis at the end of tax year (combine lines 12-16) (not less than zero) | 17 | 1,730,114 |
| 18 | Shareholder's total basis at end of tax year (combine lines 11 and 17) | 18 | 1,730,114 |

### Carryover

| | | Total Disallowed Losses | Debt Basis Applied Against Excess Losses and Deductions |
|---|---|---|---|
| 19 | Total Beginning of year | | |
| 20 | Add:  Losses and deductions this year | 87,620 | 81,405 |
| 21 | Less:  Applied this year | (87,620) | |
| 22 | End of year (Not less than zero) | | 81,405 |

WK ISBAS.LD

# Worksheet for Figuring a Shareholder's Stock and Debt Basis

**Form 1120S**

Attach this worksheet to your return.

**2018**

| | | |
|---|---|---|
| **Name of Shareholder** | JAMES CRAIG | **SSN** |
| **Name of Corporation** | SUMMERBROOK DENTAL GROUP | **EIN** 61-1522031 |

## Part I - Shareholder Stock Basis

| | | |
|---|---|---|
| **1.** Stock basis at the beginning of the corporation's tax year | **1.** | 3,841 |
| **2.** Basis from any capital contributions made or additional stock acquired during the tax year | **2.** | |

| | | | |
|---|---|---|---|
| **3a.** Ordinary business income (losses go on Part III) | **3a.** | 190,325 | |
| **b.** Net rental real estate income (losses go on Part III) | **3b.** | | |
| **c.** Other net rental income (losses go on Part III) | **3c.** | | |
| **d.** Interest income | **3d.** | | |
| **e.** Ordinary dividends | **3e.** | | |
| **f.** Royalties | **3f.** | | |
| **g.** Net capital gains (losses go on Part III) | **3g.** | | |
| **h.** Net section 1231 gain (losses go on Part III) | **3h.** | | |
| **i.** Other income (losses go on Part III) | **3i.** | | |
| **j.** Excess depletion adjustment | **3j.** | | |
| **k.** Tax-exempt income | **3k.** | | |
| **l.** Recapture of business credits | **3l.** | | |
| **m.** Other items that increase stock basis | **3m.** | | |

| | | |
|---|---|---|
| **4.** Add lines 3a through 3m | **4.** | 190,325 |
| **5.** Stock basis before distributions. Add lines 1, 2, and 4 | **5.** | 194,166 |
| **6.** Distributions (excluding dividend distributions) | **6.** | 187,951 |

**Note.** If line 6 is larger than line 5, subtract line 5 from line 6 and report the result as a capital gain on Form 8949 and Schedule D. See instructions.

| | | |
|---|---|---|
| **7.** Stock basis after distributions. Subtract line 6 from line 5. If the result is zero or less, enter -0-, skip lines 8 through14, and enter -0- on line 15 | **7.** | 6,215 |

| | | | |
|---|---|---|---|
| **8a.** Nondeductible expenses | **8a.** | 7,421 | |
| **b.** Depletion for oil and gas | **8b.** | | |

| | | |
|---|---|---|
| **9.** Add lines 8a and 8b | **9.** | 7,421 |
| **10.** Stock basis before loss and deduction items. Subtract line 9 from line 7. If result is zero or less, enter -0-, skip lines 11 through 14, and enter -0- on line 15 | **10.** | 0 |
| **11.** Allowable loss and deduction items. Enter the amount from Part III, line 13, column (c) | **11.** | |
| **12.** Debt basis restoration (see net increase in instructions for Part II, line 8) | **12.** | |
| **13.** Other items that decrease stock basis | **13.** | |
| **14.** Add lines 11, 12, and 13 | **14.** | |
| **15.** **Stock basis at the end of the corporation's tax year.** Subtract line 14 from line 10. If the result is zero or less, enter -0- | **15.** | 0 |

WK IRSSB.LD

# Worksheet for Figuring a Shareholder's
## Stock and Debt Basis

**Form 1120S**

Attach this worksheet to your return.

**2018**

| | |
|---|---|
| Name of Shareholder  JAMES CRAIG | SSN |
| Name of Corporation  SUMMERBROOK DENTAL GROUP | EIN 61-1522031 |

## Part II - Shareholder Debt Basis

| | | Debt 1 ☐ Formal note ☐ Open account debt | Debt 2 ☐ Formal note ☐ Open account debt | Debt 3 ☐ Formal note ☐ Open account debt | Total |
|---|---|---|---|---|---|
| **Amount of Debt:** | | | | | |
| 1. | Loan balance at the beginning of the corporation's tax year . . . . . . . . . . . . . . . . . . . . . | | | | |
| 2. | Additional loans (see instructions) . . . . . . . . | 376,571 | | | 376,571 |
| 3. | Loan balance before repayment. Combine lines 1 and 2 . . . . . . . . . . . . . . . . . . . . . | 376,571 | | | 376,571 |
| 4. | Principal portion of debt repayment (this line doesn't include interest) . . . . . . . . . . . . . . . . | | | | |
| 5. | Loan balance at the end of the corporation's tax year. Combine lines 3 and 4 . . . . . . . . . | 376,571 | | | 376,571 |
| **Adjustments to Debt Basis:** | | | | | |
| 6. | Debt basis at the beginning of the corporation's tax year . . . . . . . . . . . . . . . . . . . . . | 1,434,948 | | | 1,434,948 |
| 7. | Enter the amount, if any, from line 2 | 376,571 | | | 376,571 |
| 8. | Debt basis restoration (see instructions) . . . . . | | | | |
| 9. | Debt basis before repayment. Combine lines 6, 7, and 8 . . . . . . . . . . . . . . . . . . . . . | 1,811,519 | | | 1,811,519 |
| 10. | Divide line 9 by line 3 . . . . . . . . . . . . . | 4.81056 | | | |
| 11. | Nontaxable debt repayment. Multiply line 10 by line 4 . . . . . . . . . . . . . . . . . . . . . | | | | |
| 12. | Debt basis before nondeductible expenses and losses. Subtract line 11 from line 9 | 1,811,519 | | | 1,811,519 |
| 13. | Nondeductible expenses and oil and gas depletion deductions in excess of stock basis . . . . . . . | 1,206 | | | 1,206 |
| 14. | Debt basis before losses and deductions. Subtract line 13 from line 12. If the result is zero or less, enter -0- . . . . . . . . . . . . . . . . . . . | 1,810,313 | | | 1,810,313 |
| 15. | Allowable losses in excess of stock basis. Enter the amount from Part III, line 13, column (d) . . . . . . | 80,199 | | | 80,199 |
| 16. | **Debt basis at the end of the corporation's tax year.** Subtract line 15 from line 14. If the result is zero or less, enter -0- . . . . . . . . . . . . . . . . | 1,730,114 | | | 1,730,114 |
| **Gain on Loan Repayment:** | | | | | |
| 17. | Repayment. Enter the amount from line 4 . . . . . | | | | |
| 18. | Nontaxable repayments. Enter the amount from line 11 . . . . . . . . . . . . . . . . . . . . . | | | | |
| 19. | **Reportable gain.** Subtract line 18 from line 17. . . . | | | | |

# Worksheet for Figuring a Shareholder's Stock and Debt Basis

**Form 1120S**

Attach this worksheet to your return.

**2018**

| | |
|---|---|
| **Name of Shareholder** JAMES CRAIG | **SSN** |
| **Name of Corporation** SUMMERBROOK DENTAL GROUP | **EIN** 61-1522031 |

## Part III - Allowable Loss and Deduction Items

| | | (a) Current year losses and deductions | (b) Carryover amounts (column (e)) from the previous year | (c) Allowable loss from stock basis | (d) Allowable loss from debt basis | (e) Carryover amounts |
|---|---|---|---|---|---|---|
| 1. | Ordinary business loss . . . . . . . . | | | | | |
| 2. | Net rental real estate loss . . . . . . . | | | | | |
| 3. | Other net rental loss . . . . . . . . . . | | | | | |
| 4. | Net capital loss . . . . . . . . . . . . | | | | | |
| 5. | Net section 1231 loss . . . . . . . . . | | | | | |
| 6. | Other loss . . . . . . . . . . . . . . . | | | | | |
| 7. | Section 179 deductions . . . . . . . . | 80,199 | | | 80,199 | |
| 8. | Charitable contributions . . . . . . . . | | | | | |
| 9. | Investment interest expense . . . . . | | | | | |
| 10. | Section 59(e)(2) expenditures . . . . . | | | | | |
| 11. | Other deductions . . . . . . . . . . . | | | | | |
| 12. | Foreign taxes paid or accrued . . . . . | | | | | |
| 13. | **Total Loss.** Combine lines 1 through 12 for each column. Enter the total loss in column (c) on line 11 of Part I and enter the total loss in column (d) on line 15 of Part II . . . . . . . . . . . . . . . . . | 80,199 | | | 80,199 | 0 |

WK IRSSB.LD3

# Shareholder's Adjusted Basis Worksheet, page 1

## 2018

Do not file - keep for your records.

| Name of Shareholder | JAMES CRAIG | SSN | |
|---|---|---|---|
| Name of Corporation | PINNACLE PLUS HOLDINGS | EIN | 81-3739166 |

### Stock basis

| | | | | |
|---|---|---|---|---|
| 1 | Stock basis, beginning of year (Not less than zero) | | 1 | 0 |
| 2 | Additional Capital Contributions of Stock Purchased | | 2 | |
| 3 | Increases for income and gain items: | | | |
| a | Ordinary Income | (Sch K, Line 1) | a | |
| b | Real Estate Rental Income | (Sch K, Line 2) | b | |
| c | Other Rental Income | (Sch K, Line 3c) | c | |
| d | Interest, Dividends & Royalties | (Sch K, Line 4, 5 & 6) | d | 4,467 |
| e | Capital Gain | (Sch K, Lines 7 & 8a) | e | |
| f | Other Portfolio Income | (Sch K, Line 10a) | f | |
| g | Section 1231 Gain | (Sch K, Line 9) | g | |
| h | Other Income | (Sch K, Line 10h) | h | 666,482 |
| | Total Income and Gain  tems | (Total lines 3a-3h) | 3a-h | 670,949 |
| i | Increase for Non-Taxable Income | (Sch K, Lines 16a & b) | 3i | |
| j | Increase for Excess Depletion Adjustment | | 3j | |
| k | Increase from Recapture of Business Credits (See  RC § 49(a), 50(a), 50(c)(2) & 1371(d)) | | 3k | |
| l | Gain from 179 asset disposition | | 3l | |
| 4 | Stock Basis Before Distributions | (Add lines 1 through 3) | 4 | 670,949 |
| 5 | Reduction for Non-Taxable Distributions | (Sch K, Line 16d) | 5 | 378,000 |
| 6 | Stock Basis Before Non-Ded. Expense | (Cannot be negative) | 6 | 292,949 |
| 7 | Decrease for Non-Deductible Expense/Credit Adj | (Sch K, Line 16c & 13) | 7 | 1,006 |
| 8 | Stock Basis Before Allowable Losses & Deductions | (Cannot be negative) | 8 | 291,943 |
| 9 | Decreases for Loss and Deduction items | | | |
| a | Ordinary Loss | (Page 2, Col d, Line 9a) | a | 201,099 |
| b | Real Estate Rental Loss | (Page 2, Col d, Line 9b) | b | |
| c | Other Rental Loss | (Page 2, Col d, Line 9c) | c | |
| d | Capital Loss | (Page 2, Col d, Line 9d) | d | |
| e | Other Portfolio Loss | (Page 2, Col d, Line 9e) | e | |
| f | Section 1231 Loss | (Page 2, Col d, Line 9f) | f | 570 |
| g | Other Loss | (Page 2, Col d, Line 9g) | g | |
| h | Charitable Contributions | (Page 2, Col d, Line 9h) | h | 546 |
| i | Section 179 Expense | (Page 2, Col d, Line 9i) | i | |
| j | Portfolio Income Expenses | (Page 2, Col d, Line 9j) | j | |
| k | Other Deductions | (Page 2, Col d, Line 9k) | k | |
| l | Interest Expense on Investment Debt | (Page 2, Col d, Line 9l) | l | |
| m | Section 59(e) Expenditures | (Page 2, Col d, Line 9m) | m | |
| | Total Loss and Deduction Items | (Total Lines 9a-9m) | 9a-m | 202,215 |
| n | Other decreases | (Page 2, Col d, Line 9n) | 9n | |
| o | Loss from 179 asset disposition | (Page 2, Col d, Line 9o) | 9o | |
| | Total Decrease for Loss and Deductions Items and Business Credits | | 9 | 202,215 |
| 10 | Less: net increase applied to debt basis | | 10 | |
| 11 | Stock Basis at End of Year (Line 8 minus line 9 minus line 10) (not less than zero) | | 11 | 89,728 |

### Debt Basis

| | | | |
|---|---|---|---|
| 12 | Debt basis at beginning of year (not less than zero) | 12 | |
| 13 | New loans to corporation during year | 13 | |
| 14 | Restoration of Debt Basis (Line 10) | 14 | |
| 15 | Less: Loans repaid by corporation during the year | 15 | |
| 16 | Less: Applied against excess loss and deductions / non-deductible items | 16 | |
| 17 | Debt basis at the end of tax year (combine lines 12-16) (not less than zero) | 17 | |
| 18 | Shareholder's total basis at end of tax year (combine lines 11 and 17) | 18 | 89,728 |

### Carryover

| | Total Disallowed Losses | Debt Basis Applied Against Excess Losses and Deductions |
|---|---|---|
| 19  Total Beginning of year | | |
| 20  Add:   Losses and deductions this year | | |
| 21  Less:   Applied this year | | |
| 22  End of year (Not less than zero) | | |

WK  ISBAS.LD

## Worksheet for Figuring a Shareholder's
## Stock and Debt Basis

**Form 1120S**

Attach this worksheet to your return.

**2018**

| | | | |
|---|---|---|---|
| **Name of Shareholder** | JAMES CRAIG | **SSN** | |
| **Name of Corporation** | PINNACLE PLUS HOLDINGS | **EIN** 81-3739166 | |

### Part I - Shareholder Stock Basis

| | | | |
|---|---|---|---|
| **1.** | Stock basis at the beginning of the corporation's tax year | **1.** | 0 |
| **2.** | Basis from any capital contributions made or additional stock acquired during the tax year | **2.** | |
| **3a.** | Ordinary business income (losses go on Part III) | **3a.** | |
| **b.** | Net rental real estate income (losses go on Part III) | **3b.** | |
| **c.** | Other net rental income (losses go on Part III) | **3c.** | |
| **d.** | Interest income | **3d.** 4,467 | |
| **e.** | Ordinary dividends | **3e.** | |
| **f.** | Royalties | **3f.** | |
| **g.** | Net capital gains (losses go on Part III) | **3g.** | |
| **h.** | Net section 1231 gain (losses go on Part III) | **3h.** | |
| **i.** | Other income (losses go on Part III) | **3i.** 666,482 | |
| **j.** | Excess depletion adjustment | **3j.** | |
| **k.** | Tax-exempt income | **3k.** | |
| **l.** | Recapture of business credits | **3l.** | |
| **m.** | Other items that increase stock basis | **3m.** | |
| **4.** | Add lines 3a through 3m | **4.** | 670,949 |
| **5.** | Stock basis before distributions. Add lines 1, 2, and 4 | **5.** | 670,949 |
| **6.** | Distributions (excluding dividend distributions) | **6.** | 378,000 |

**Note.** If line 6 is larger than line 5, subtract line 5 from line 6 and report the result as a capital gain on Form 8949 and Schedule D. See instructions.

| | | | |
|---|---|---|---|
| **7.** | Stock basis after distributions. Subtract line 6 from line 5. If the result is zero or less, enter -0-, skip lines 8 through14, and enter -0- on line 15 | **7.** | 292,949 |
| **8a.** | Nondeductible expenses | **8a.** 1,006 | |
| **b.** | Depletion for oil and gas | **8b.** | |
| **9.** | Add lines 8a and 8b | **9.** | 1,006 |
| **10.** | Stock basis before loss and deduction items. Subtract line 9 from line 7. If result is zero or less, enter -0-, skip lines 11 through 14, and enter -0- on line 15 | **10.** | 291,943 |
| **11.** | Allowable loss and deduction items. Enter the amount from Part III, line 13, column (c) | **11.** | 202,215 |
| **12.** | Debt basis restoration (see net increase in instructions for Part II, line 8) | **12.** | |
| **13.** | Other items that decrease stock basis | **13.** | |
| **14.** | Add lines 11, 12, and 13 | **14.** | 202,215 |
| **15.** | **Stock basis at the end of the corporation's tax year.** Subtract line 14 from line 10. If the result is zero or less, enter -0- | **15.** | 89,728 |

WK IRSSB.LD

# Worksheet for Figuring a Shareholder's Stock and Debt Basis

**Form 1120S**

Attach this worksheet to your return.

**2018**

| Name of Shareholder | JAMES CRAIG | | | SSN | |
|---|---|---|---|---|---|
| Name of Corporation | PINNACLE PLUS HOLDINGS | | | EIN | 81-3739166 |

## Part III - Allowable Loss and Deduction Items

| | | (a) Current year losses and deductions | (b) Carryover amounts (column (e)) from the previous year | (c) Allowable loss from stock basis | (d) Allowable loss from debt basis | (e) Carryover amounts |
|---|---|---|---|---|---|---|
| 1. | Ordinary business loss . . . . . . . . | 201,099 | | 201,099 | | |
| 2. | Net rental real estate loss . . . . . . . | | | | | |
| 3. | Other net rental loss . . . . . . . . . . | | | | | |
| 4. | Net capital loss . . . . . . . . . . . . | | | | | |
| 5. | Net section 1231 loss . . . . . . . . . | 570 | | 570 | | |
| 6. | Other loss . . . . . . . . . . . . . . . | | | | | |
| 7. | Section 179 deductions . . . . . . . . | | | | | |
| 8. | Charitable contributions . . . . . . . . | 546 | | 546 | | |
| 9. | Investment interest expense . . . . . | | | | | |
| 10. | Section 59(e)(2) expenditures . . . . . | | | | | |
| 11. | Other deductions . . . . . . . . . . . | | | | | |
| 12. | Foreign taxes paid or accrued . . . . . | | | | | |
| 13. | **Total Loss.** Combine lines 1 through 12 for each column. Enter the total loss in column (c) on line 11 of Part I and enter the total loss in column (d) on line 15 of Part II . . . . . . . . . . . . . . . . . | 202,215 | | 202,215 | | 0 |

WK IRSSB.LD3

## 2018 Qualified Business Income Deduction
## Complex Worksheet, Part I and Part II

**Form 1040/1041**

(Keep for your records)

**2018**

Name(s) as shown on return

JAMES & ANGELA CRAIG

Tax ID Number

---

### Part I: Trade, Business, or Aggregation Information

| 1. | (a) Name | (b) Check if specified service | (c) Check if Aggregated | (d) Taxpayer identification number | (e) Check if Patron |
|---|---|---|---|---|---|
| A. | K1S: SUMMERBROOK DENTAL GROUP | ☐ | ☐ | 61-1522031 | ☐ |
| B. | K1S: PINNACLE PLUS HOLDINGS | ☐ | ☐ | 81-3739166 | ☐ |
| C. | Schedule C: PEANUT MODELING | ☐ | ☐ | 45-2772580 | ☐ |

---

### Part II: Determine Your Qualified Business Income Component

|  |  | A | B | C |
|---|---|---|---|---|
| 2. | Qualified business income from the trade, business, or aggregation. (see instructions) | 0 | 0 | 0 |
| 3. | Multiply line 2 by 20% (0.20). If your taxable income is $157,500 or less ($315,000 if married filing jointly), skip lines 4 through 12 and enter line 3 on line 13 . . . . . . . . . . . . . . . . . . . . . | 0 | 0 | 0 |
| 4. | Allocable share of W-2 wages from the trade, business, or aggregation | 0 | 0 | 0 |
| 5. | Multiply line 4 by 50% (0.50) . . . . . . . . . . . . . . | | | |
| 6. | Multiply line 4 by 25% (0.25) . . . . . . . . . . . . . . | | | |
| 7. | Allocable share of the unadjusted basis of all qualified property . . . . . . . | 0 | 0 | 0 |
| 8. | Multiply line 7 by 2.5% (0.025) . . . . . . . . . . . . . | | | |
| 9. | Add lines 6 and 8 . . . . . . . . . . . . . . . . . . | 0 | 0 | 0 |
| 10. | Enter the greater of line 5 or line 9 . . . . . . . . . . . . | 0 | 0 | 0 |
| 11. | W-2 wage and qualified property limitation. Enter the smaller of line 3 or line 10 . . . . . . . . . . . . . . . . . . . . | 0 | 0 | 0 |
| 12. | Phased-in reduction. Enter amount from Part III, line 26, if any. See instructions . . . . . . . . . . . . . . . | | | |
| 13. | Qualified business income deduction before patron reduction. Enter the greater of line 11 or line 12 . . . . . . . . . . . . | 0 | 0 | 0 |
| 14. | Patron reduction. Enter the amount from Schedule D, line 6, if any . . . . . | | | |
| 15. | Qualified business income component. Subtract line 14 from line 13 . . . . | 0 | 0 | 0 |
| 16. | Total qualified business income component. Add all amounts reported on line 15 . . . . . . . . . . . . . . . . . . . | 0 | | |

**2018 Qualified Business Income**
**Schedule C - Loss Netting and Carryforward**

Form 1040/1041                            (Keep for your records)                            **2018**

Name(s) as shown on return                                                                Tax ID Number

JAMES & ANGELA CRAIG

| Trade, business, or aggregation name | Taxpayer identification number | (a) Qualified business income/(loss) | Ratio of gain to total gain | (b) Reduction for loss netting | (c) Adjusted qualified business income (combine (a) and (b); if zero or less, enter -0- |
|---|---|---|---|---|---|
| 1. K1S: SUMMERBROOK DENTAL GROUP | 61-1522031 | 110,126 | 0.99995 | (110,126) | 0 |
| K1S: PINNACLE PLUS HOLDINGS | 81-3739166 | (197,202) | | | 0 |
| Schedule C: PEANUT MODELING | 45-2772580 | 6 | 0.00005 | (6) | 0 |

2.  Qualified business net loss carryforward from prior years        . . . . . . . . . . . . . . . _____

3.  Total trade or business losses. Combine the negative amounts on lines 1, column (a), and 2, for all
    trades and businesses. Enter as a negative number . . . . . . . . . . . . . . . . . . . . . (197,202)

4.  Total trade or business income. Add the positive amounts on line 1, column (a), for all trades and businesses    . . . . .    110,132

5.  Losses netted with income of other trades or businesses. Enter as a negative number, the smaller of
    the absolute value of line 3 or line 4. Allocate this amount to each trade or business on line 1, column
    (b). See instructions  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . (110,132)

6.  Qualified business net loss carryforward. Subtract line 5 from line 3. If greater than zero, enter -0-   . . . . . . . . . . .    (87,070)

QBI SCHC.LD

# QBI Explanation Worksheet

| Form 1040 | (Keep for your records) | 2018 |
|---|---|---|

Name(s) as shown on return                                                                 Tax ID Number

**JAMES & ANGELA CRAIG**

Name of business activity          **K1S: SUMMERBROOK DENTAL GROUP**

| | |
|---|---|
| 1. Gain or loss per form or schedule . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 190,325 |
| 2. Pre-2018 loss suspended for basis limitation allowed in current year . . . . . . . . . . . . . . . . . . . . | |
| 3. Pre-2018 at-risk carryover allowed in current year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| 4. Pre-2018 passive loss carryover allowed in current year . . . . . . . . . . . . . . . . . . . . . . . . . | |
| 5. Ordinary gain (loss) from Form 4797 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| 6. Unreimbursed partnership expenses, including Section 179 . . . . . . . . . . . . . . . . . . . . . . . | ( 80,199 ) |
| 7. Deductible part of self-employment tax. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | ( ) |
| 8. Self-employed SEP, SIMPLE, and qualified plans . . . . . . . . . . . . . . . . . . . . . . . . . . . . | ( ) |
| 9. Self-employed health insurance deduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | ( ) |
| 10. Combine all amounts shown above.  This is the qualified business income (QBI) for this activity.  enter this amount on line 1 of the Simplified QBI worksheet, or on line 2 of the Complex QBI worksheet . . . . . . . . . | 110,126 |

*Note:  The Tax Cuts and Jobs Act and the related proposed regulations state that losses or deductions that were disallowed, suspended, limited, or carried over from taxable years ending before January 1, 2018 (including under sections 465, 469, 704(d), and 1366(d)), are not taken into account in a later taxable year for purposes of computing QBI.*

QBI EXPL.LD

# QBI Explanation Worksheet

| **Form 1040** | **(Keep for your records)** | **2018** |
|---|---|---|

Name(s) as shown on return

Tax ID Number

JAMES & ANGELA CRAIG

Name of business activity      **K1S: PINNACLE PLUS HOLDINGS**

| | |
|---|---|
| 1. Gain or loss per form or schedule . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (196,632) |
| 2. Pre-2018 loss suspended for basis limitation allowed in current year . . . . . . . . . . . . . . . . . . . . . . | |
| 3. Pre-2018 at-risk carryover allowed in current year . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| 4. Pre-2018 passive loss carryover allowed in current year . . . . . . . . . . . . . . . . . . . . . . . . | |
| 5. Ordinary gain (loss) from Form 4797 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (570) |
| 6. Unreimbursed partnership expenses, including Section 179 . . . . . . . . . . . . . . . . . . . . . | ( ) |
| 7. Deductible part of self-employment tax. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | ( ) |
| 8. Self-employed SEP, SIMPLE, and qualified plans . . . . . . . . . . . . . . . . . . . . . . . . . | ( ) |
| 9. Self-employed health insurance deduction . . . . . . . . . . . . . . . . . . . . . . . . . . . | ( ) |
| 10. Combine all amounts shown above.  This is the qualified business income (QBI) for this activity.  enter this amount on line 1 of the Simplified QBI worksheet, or on line 2 of the Complex QBI worksheet . . . . . . . . . | (197,202) |

*Note:  The Tax Cuts and Jobs Act and the related proposed regulations state that losses or deductions that were disallowed,
suspended, limited, or carried over from taxable years ending before January 1, 2018 (including under sections 465, 469,
704(d), and 1366(d)), are not taken into account in a later taxable year for purposes of computing QBI.*

QBI EXPL.LD

## Section 179 Business Income Limit

| Form 1040 | (Keep for your records) | **2018** |
|---|---|---|

Name(s) as shown on return

JAMES & ANGELA CRAIG

Tax D Number

| | | |
|---|---|---:|
| **1** | Dollar limitation for tax year.  Enter amount from Form 4562 line 5 . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1,000,000 |
| **2** | Wages, salaries, tips, etc. (Line 1 of 1040) . . . . . . . . . . . . . . . . . . . . . . . . . . . 106,227 | |
| **3** | Non-passive Section 1231 Gains (losses) . . . . . . . . . . . . . . . . . . . . . . . (570) | |
| **4** | Income (loss) from Schedule C line 31 (Unless Materially Participated = "NO") . . . . . . . . 6 | |
| **5** | Income (loss) from Schedule C-EZ line 3 (Unless Materially Participated = "NO") . . . . . . . | |
| **6** | Income (loss) from Schedule E line 26 (If Non-Passive) . . . . . . . . . . . . . . . . . | |
| **7** | Income (loss) from Form 4835, line 32 (If Non-Passive) . . . . . . . . . . . . . . . . . | |
| **8** | Income (loss) from Schedule F line 36 (If Non-Passive) . . . . . . . . . . . . . . . . . | |
| **9** | Income (loss) from Sch. K-1S (If Non-Passive): Boxes 1, 2, 3, 4, 5a, 6, 7, 8a/b/c, and 10   . . . 660,175 | |
| **10** | Income (loss) from Sch. K-1PTR (If Non-Passive): Boxes 1, 2, 3, 5, 6a, 7, 8, 9a/b/c, and 11  . . | |
| **11** | Total business income (loss). Combine lines 2 through 10 . . . . . . . . . . . . . . . . | 765,838 |
| **12** | **Business income limitation. Lesser of line 1 or line 11, but not more than zero.  Enter here and on** | |
| | Form 4562, line 11 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 765,838 |

| Distribution among assets | Year Acquired | Elected Section 179 | Used in prior years | Used in 2018 | Remaining carryover |
|---|---|---|---|---|---|
| K1S   SUMMERBROOK DENTAL GR | 2018 | 80,199 | | 80,199 | |
| | | | | | |
| TOTAL ALLOWABLE (4562 LN 12) | | | | 80,199 | |
| TOTAL 2018 ELEC. COST (4562 LN 8) | | | 80,199 | | |

WK I179L.LD

**Carryover Worksheet**
**List of items that will carryover to the 2019 tax return**
(Keep for your records)

**2018**

Name(s) as shown on return

JAMES & ANGELA CRAIG

Tax D Number

### Itemized Deductions

| | Carryover Amount |
|---|---|
| Contr butions subject to 100% of AGI limitations . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Contr butions subject to 60% of AGI limitations . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Contr butions subject to 30% of AGI limitations (50% capital gains appreciated property) . . . . . . . . . . . . . | |
| Contr butions subject to 30% of AGI limitations . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Contr butions subject to 20% of AGI limitations (30% capital gains appreciated property) . . . . . . . . . . . . . | |
| Taxable state and local refunds to Form 1040, line 10 . . . . . . . . . . . . . . . . . . . . . . | |
| State/local taxes paid in 2019 to flow to the Schedule A . . . . . . . . . . . . . . . . . . . | 23,056 |
| State donations and contr butions carryover . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| State overpayment applied to next year . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |

### Expenses

| | |
|---|---|
| Office in home operating expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Office in home excess casualty losses and depreciation . . . . . . . . . . . . . . . . . . . . . . | |
| Disallowed investment interest expense . . . . . . . . . . . . AMT | Reg. Tax | |
| Section 179 expense . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Operating expenses, from Form WK_E, Sch E - Rental limitation on deductions when used for personal use . . . . . . . | |
| Excess depreciation, from Form WK_E, Sch E - Rental limitation on deductions when used for personal use . . . . . . . | |

### Losses

| | AMT | | Reg. Tax | Carryover |
|---|---|---|---|---|
| Short-term capital loss . . . . . . . . . . . . . . | AMT | | Reg. Tax | |
| Long-term capital loss . . . . . . . . . . . . . . | AMT | | Reg. Tax | |
| Net operating loss . . . . . . . . . . . . . . | AMT | | Reg. Tax | |
| Excess business loss from Form 461 (becomes part of NOL next year) | AMT | | Reg. Tax | |
| Qualified REIT and PTP loss carryover . . . . . . . . . . . | | | | |
| QBI loss carryover . . . . . . . . . . . . . . . . . . . | | | | 87,070 |
| Nonrecaptured net section 1231 losses from WK_1231C . . . . . . . | AMT | 1,653 | Reg. Tax | 1,653 |

### Credits

| | |
|---|---|
| Mortgage interest credit . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Credit for prior year minimum tax . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Foreign Tax credit . . . . . . . . . . . . . . AMT | Reg. Tax | |
| District of Columbia first time home owner's credit . . . . . . . . . . . . . . . . . . . . . . . | |
| Res. energy efficient property credit . . . . . . . . . . . . . . . . . . . . . . . . . . . | |

### Other

| | |
|---|---|
| Preparer Fee . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 735 |
| Overpayment applied to next year's estimates . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Estimated Tax Payment 1 _____ | Estimated Tax Payment 2 | |
| Estimated Tax Payment 3 _____ | Estimated Tax Payment 4 | |
| Federal tax liability for 2210 calculation . . . . . . . . . . . . . . . . . . . . . . . . | 130,521 |
| State tax liability for state 2210 calculation . . . . . . . . . . . . . . . . . . . . . . . | 31,756 |
| IRA basis . . . . . . . . . . . . . . . . . . . . . . . . Taxpayer _____ | Spouse | |

### Passive Activity

_____  _____  _____
_____  _____  _____

### At Risk Limitations

_____  _____  _____
_____  _____  _____

WK CARRY.LD

# Nonrecaptured Net Section 1231
## Losses Carryover Worksheet

(Keep for your records)

**2018**

Name(s) as shown on return

Tax D Number

JAMES & ANGELA CRAIG

| Year Carried From | Nonrecaptured net Sec 1231 loss | Amount Used In 2018 | Remaining Carryover |
|---|---|---|---|
| 2013 | 0 | | 0 |
| 2014 | 0 | | 0 |
| 2015 | 0 | | 0 |
| 2016 | 0 | | 0 |
| 2017 | 1,083 | | 1,083 |
| 2018 | 570 | | 570 |
| **Totals** | 1,653 | | 1,653 |

Net Section 1231 gains are generally treated as long-term capital gains; however, they are treated as ordinary gains to the extent of any net Section 1231 losses recognized in the prior five years. The above worksheet shows the balance of any remaining nonrecaptured net Section 1231 losses that haven't expired or been offset by net Section 1231 gains that will carry over to next year. (The amount will be carried over to Form 4797, line 8, if line 7 results in a gain on the 2019 tax return.) Code Sec. 1231(c)(1-2).

WK 1231C.LD

**SCHEDULE D**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service   (99)

FOR ALT MIN TAX PURPOSES ONLY

**Capital Gains and Losses**

► Attach to Form 1040 or Form 1040NR.
► Go to *www.irs.gov/ScheduleD* for instructions and the latest information.
► Use Form 8949 to list your transactions for lines 1b, 2, 3, 8b, 9, and 10.

OMB No. 1545-0074

**2018**

Attachment
Sequence No. **12**

Name(s) shown on return
JAMES & ANGELA CRAIG

Your social security number

**Part I**   **Short-Term Capital Gains and Losses - Generally Assets Held One Year or Less** (see instructions)

| See instructions for how to figure the amounts to enter on the lines below.<br><br>This form may be easier to complete if you round off cents to whole dollars. | **(d)** Proceeds (sales price) | **(e)** Cost (or other basis) | **(g)** Adjustments to gain or loss from Form(s) 8949, Part I, line 2, column (g) | **(h)** Gain or (loss) Subtract column (e) from column (d) and combine the result with column (g) |
|---|---|---|---|---|
| **1a** Totals for all short-term transactions reported on Form 1099-B for which basis was reported to the IRS and for which you have no adjustments (see instructions). However, if you choose to report all these transactions on Form 8949, leave this line blank and go to line 1b .. | 17,330 | 18,348 | | (1,018) |
| **1b** Totals for all transactions reported on Form(s) 8949 with **Box A** checked . . . . . . . . . . . . . . . | | | | |
| **2** Totals for all transactions reported on Form(s) 8949 with **Box B** checked . . . . . . . . . . . . . . . | | | | |
| **3** Totals for all transactions reported on Form(s) 8949 with **Box C** checked . . . . . . . . . . . . . . . | | | | |

| | | |
|---|---|---|
| **4** Short-term gain from Form 6252 and short-term gain or (loss) from Forms 4684, 6781, and 8824 . . . . . . . . . . | **4** | |
| **5** Net short-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **5** | |
| **6** Short-term capital loss carryover. Enter the amount, if any, from line 8 of your **Capital Loss Carryover Worksheet** in the instructions . . . . . . . . . . . . . . . . . . . . . . . . . . | **6** | ( ) |
| **7** **Net short-term capital gain or (loss).** Combine lines 1a through 6 in column (h). If you have any long-term capital gains or losses, go to Part II below. Otherwise, go to Part III on page 2 . . . . . . . . . | **7** | (1,018) |

**Part II**   **Long-Term Capital Gains and Losses - Generally Assets Held More Than One Year** (see instructions)

| See instructions for how to figure the amounts to enter on the lines below.<br><br>This form may be easier to complete if you round off cents to whole dollars. | **(d)** Proceeds (sales price) | **(e)** Cost (or other basis) | **(g)** Adjustments to gain or loss from Form(s) 8949, Part II, line 2, column (g) | **(h)** Gain or (loss) Subtract column (e) from column (d) and combine the result with column (g) |
|---|---|---|---|---|
| **8a** Totals for all long-term transactions reported on Form 1099-B for which basis was reported to the IRS and for which you have no adjustments (see instructions). However, if you choose to report all these transactions on Form 8949, leave this line blank and go to line 8b .. | 30,345 | 28,208 | | 2,137 |
| **8b** Totals for all transactions reported on Form(s) 8949 with **Box D** checked . . . . . . . . . . . . . . . | | | | |
| **9** Totals for all transactions reported on Form(s) 8949 with **Box E** checked . . . . . . . . . . . . . . . | | | | |
| **10** Totals for all transactions reported on Form(s) 8949 with **Box F** checked . . . . . . . . . . . . . . . | | | | |

| | | |
|---|---|---|
| **11** Gain from Form 4797, Part I; long-term gain from Forms 2439 and 6252; and long-term gain or (loss) from Forms 4684, 6781, and 8824 . . . . . . . . . . . . . . . . . . . . . . . | **11** | |
| **12** Net long-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 . . . . . | **12** | 666,482 |
| **13** Capital gain distributions. See the instructions . . . . . . . . . . . . . . . . . . . . . . . | **13** | 18 |
| **14** Long-term capital loss carryover. Enter the amount, if any, from line 13 of your **Capital Loss Carryover Worksheet** in the instructions . . . . . . . . . . . . . . . . . . . . . . . . . . | **14** | ( ) |
| **15** **Net long-term capital gain or (loss).** Combine lines 8a through 14 in column (h). Then go to Part III on page 2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **15** | 668,637 |

For Paperwork Reduction Act Notice, see your tax return instructions.

Schedule D (Form 1040) 2018

EEA

Schedule D (Form 1040) 2018   JAMES & ANGELA CRAIG                                   Page **2**

| Part III | Summary |
|---|---|

**16** Combine lines 7 and 15 and enter the result  . . . . . . . . . . . . . . . . . . . . . . . . . . | **16** | 667,619

- If line 16 is a **gain,** enter the amount from line 16 on Schedule 1 (Form 1040), line 13, or Form 1040NR, line 14. Then go to line 17 below.
- If line 16 is a **loss,** skip lines 17 through 20 below. Then go to line 21. Also be sure to complete line 22.
- If line 16 is **zero,** skip lines 17 through 21 below and enter -0- on Schedule 1 (Form 1040), line 13, or Form 1040NR, line 14. Then go to line 22.

**17** Are lines 15 and 16 **both** gains?
☒ **Yes.** Go to line 18.
☐ **No.** Skip lines 18 through 21, and go to line 22.

**18** If you are required to complete the **28% Rate Gain Worksheet** (see instructions), enter the amount, if any, from line 7 of that worksheet  . . . . . . . . . . . . . . . . . . . . ▶ | **18** |

**19** If you are required to complete the **Unrecaptured Section 1250 Gain Worksheet** (see instructions), enter the amount, if any, from line 18 of that worksheet  . . . . . . . . . . . . . . . . ▶ | **19** |

**20** Are lines 18 and 19 **both** zero or blank?
☒ **Yes.** Complete the **Qualified Dividends and Capital Gain Tax Worksheet** in the instructions for Form 1040, line 11a (or in the instructions for Form 1040NR, line 42). **Don't** complete lines 21 and 22 below.

☐ **No.** Complete the **Schedule D Tax Worksheet** in the instructions. **Don't** complete lines 21 and 22 below.

**21** If line 16 is a loss, enter here and on Schedule 1 (Form 1040), line 13, or Form 1040NR, line 14, the **smaller** of:

- The loss on line 16 or
- ($3,000), or if married filing separately, ($1,500)      }  . . . . . . . . . . . . . . . . . . . . | **21** | ( )

**Note:** When figuring which amount is smaller, treat both amounts as positive numbers.

**22** Do you have qualified dividends on Form 1040, line 3a, or Form 1040NR, line 10b?

☐ **Yes.** Complete the **Qualified Dividends and Capital Gain Tax Worksheet** in the instructions for Form 1040, line 11a (or in the instructions for Form 1040NR, line 42).

☐ **No.** Complete the rest of Form 1040 or Form 1040NR.

EEA                                                                   Schedule D (Form 1040) 2018

# Qualified Dividends and Capital Gain
# Tax Worksheet - Line 11a (Form 1040)

(Keep for your records)

**2018**

Name(s) as shown on return

Tax ID Number

JAMES & ANGELA CRAIG

**Before you begin:**
- See the instructions for line 11a to see if you can use this worksheet to figure your tax.
- Before completing this worksheet, complete Form 1040 through line 10.
- If you don't have to file Schedule D and you received capital gain distributions, be sure you checked the box on line 13 of Schedule 1.

| | | |
|---|---|---:|
| 1. | Enter the amount from Form 1040, line 10. However, if you are filing Form 2555 or 2555-EZ (relating to foreign earned income), enter the amount from line 3 of the Foreign Earned Income Tax Worksheet **1.** | 685,871 |
| 2. | Enter the amount from Form 1040, line 3a* **2.** | 146 |
| 3. | Are you filing Schedule D?* | |
| | ☐ **Yes.** Enter the **smaller** of line 15 or 16 of Schedule D. If either line 15 or 16 is blank or a loss, enter -0-. **3.** | 667,619 |
| | ☐ **No.** Enter the amount from Schedule 1, line 13. | |
| 4. | Add lines 2 and 3 **4.** | 667,765 |
| 5. | If filing Form 4952 (used to figure investment interest expense deduction), enter any amount from line 4g of that form. Otherwise, enter -0- **5.** | |
| 6. | Subtract line 5 from line 4. If zero or less, enter -0- **6.** | 667,765 |
| 7. | Subtract line 6 from line 1. If zero or less, enter -0- **7.** | 18,106 |
| 8. | Enter: $38,600 if single or married filing separately, $77,200 if married filing jointly or qualifying widow(er), $51,700 if head of household. **8.** | |
| 9. | Enter the smaller of line 1 or line 8 **9.** | |
| 10. | Enter the smaller of line 7 or line 9 **10.** | |
| 11. | Subtract line 10 from line 9. This amount is taxed at 0% **11.** | |
| 12. | Enter the smaller of line 1 or line 6 **12.** | |
| 13. | Enter the amount from line 11 **13.** | |
| 14. | Subtract line 13 from line 12 **14.** | |
| 15. | Enter: $425,800 if single, $239,500 if married filing separately, $479,000 if married filing jointly or qualifying widow(er), $452,400 if head of household. **15.** | |
| 16. | Enter the smaller of line 1 or line 15 **16.** | |
| 17. | Add lines 7 and 11 **17.** | |
| 18. | Subtract line 17 from line 16. If zero or less, enter -0- **18.** | |
| 19. | Enter the smaller of line 14 or line 18 **19.** | |
| 20. | Multiply line 19 by 15% (0.15) **20.** | |
| 21. | Add lines 11 and 19 **21.** | |
| 22. | Subtract line 21 from line 12 **22.** | |
| 23. | Multiply line 22 by 20% (0.20) **23.** | |
| 24. | Figure the tax on the amount on line 7. If the amount on line 7 is less than $100,000, use the Tax Table to figure the tax. If the amount on line 7 is $100,000 or more, use the Tax Computation Worksheet **24.** | |
| 25. | Add lines 20, 23, and 24 **25.** | |
| 26. | Figure the tax on the amount on line 1. If the amount on line 1 is less than $100,000, use the Tax Table to figure the tax. If the amount on line 1 is $100,000 or more, use the Tax Computation Worksheet **26.** | |
| 27. | **Tax on all taxable income.** Enter the **smaller** of line 25 or line 26. Also include this amount on the entry space on Form 1040, line 11a. If you are filing Form 2555 or 2555-EZ, don't enter this amount on the entry space on Form 1040, line 11a. Instead, enter it on line 4 of the Foreign Earned Income Tax Worksheet **27.** | |

*\* If you are filing Form 2555 or 2555-EZ, see the footnote in the Foreign Earned Income Tax Worksheet before completing this line.*

WK  CGTAXA.LD

| **COINST** | **Filing Instructions** | **2018** |
|---|---|---|

Name(s) as shown on return
JAMES & ANGELA CRAIG

SSN or EIN
_____

**Date to file by:**  10-15-2019

**Form to be filed:**  CO104 and supplemental forms and schedules

**Sign and date:**  Please sign and date your return. If a joint return
is being filed both taxpayer and spouse must sign.

**Payment:**  $23,167.00

**Return is eligible for efiling**

**Transaction method:** Make your check payable to the Colorado Department
of Revenue. Write your Social Security Number and
"2018 Form 104" on your check. Place the check on
top of the stapled W2 forms on page 1. Do not staple
the check to your return.

COINST.LD





180104   11024

DR 0104 (09/17/18)
**COLORADO DEPARTMENT OF REVENUE**
*Colorado.gov/Tax*

**(0013)**

# 2018 Colorado Individual Income Tax Return

[X] Full-Year          [ ] Part-Year or Nonresident (or resident, part-year, non-resident combination) *Must attach DR 0104PN          [ ] Mark if Abroad on due date - see instructions

| Your Last Name | | Your First Name | | Middle Initial |
|---|---|---|---|---|
| CRAIG | | JAMES | | |

| Date of Birth (MM/DD/YYYY) | SSN | Deceased [ ] | If checked and claiming a refund, you must submit the DR 0102 with your return. |
|---|---|---|---|
| | | | |

Enter the following information from your current driver license or state identification card.

| State of Issue | Last 4 characters of ID number | Date of Issuance |
|---|---|---|
| CO | 0281 | 07/02/15 |

| If Joint, Spouse's Last Name | | Spouse's First Name | | Middle Initial |
|---|---|---|---|---|
| CRAIG | | ANGELA | | |

| Spouse's Date of Birth (MM/DD/YYYY) | Spouse's SSN | Deceased [ ] | If checked and claiming a refund, you must submit the DR 0102 with your return. |
|---|---|---|---|
| | | | |

Enter the following information from your spouse's current driver license or state identification card.

| State of Issue | Last 4 characters of ID number | Date of Issuance |
|---|---|---|
| CO | 0452 | 04/06/17 |

| Mailing Address | | | Phone Number |
|---|---|---|---|
| 6795 S ROBERTSDALE WAY | | | |

| City | State | Zip Code | Foreign Country (if applicable) |
|---|---|---|---|
| AURORA | CO | 80016 | |

**Round To The Next Dollar**

| | |
|---|---|
| **1.** Enter Federal Taxable Income from your federal income tax form: 1040 line 10 ● **1** | 685,871 00 |

Attach W-2s and 1099s with CO withholding here. ◀

**Additions to Federal Taxable Income**

| | |
|---|---|
| **2.** State Addback, enter the state income tax deduction from your federal form 1040 schedule A, line 5a (see instructions) ● **2** | 00 |
| **3.** Other Additions, explain (see instructions) ● **3** | 00 |

Explain:



180104  21024

DR 0104 (09/17/18)
**COLORADO DEPARTMENT OF REVENUE**
*Colorado.gov/Tax*

| Name | | SSN | |
|------|--|-----|--|
| JAMES & ANGELA CRAIG | | | |

| | | |
|---|---|---|
| **4.** Subtotal, sum of lines 1 through 3 **4** | 685,871 | 00 |
| **5.** Subtractions from the DR 0104AD Schedule, line 18, you must submit the DR 0104AD schedule with your return. ● **5** | | 00 |
| **6.** Colorado Taxable Income, subtract line 5 from line 4 ● **6** | 685,871 | 00 |

**Tax, Prepayments and Credits:** full-year residents use DR 0104CR and part-year and nonresidents use DR 0104PN

| | | |
|---|---|---|
| **7.** Colorado Tax from tax table or the DR 0104PN line 36, you must submit the DR 0104PN with your return if applicable. ● **7** | 31,756 | 00 |
| **8.** Alternative Minimum Tax from the DR 0104AMT, you must submit the DR 0104AMT with your return. ● **8** | | 00 |
| **9.** Recapture of prior year credits ● **9** | | 00 |
| **10.** Subtotal, sum of lines 7 through 9 **10** | 31,756 | 00 |
| **11.** Nonrefundable Credits from the DR 0104CR line 39, the sum of lines 11 and 12 cannot exceed line 10, you must submit the DR 0104CR with your return. ● **11** | | 00 |
| **12.** Total Nonrefundable Enterprise Zone credits used - as calculated, or from the DR 1366 line 87, the sum of lines 11 and 12 cannot exceed line 10, you must submit the DR 1366 with your return. ● **12** | | 00 |
| **13.** Net Income Tax, sum of lines 11 and 12. Subtract that sum from line 10. **13** | 31,756 | 00 |
| **14.** Use Tax reported on the DR 0104US schedule line 7, you must submit the DR 0104US with your return. ● **14** | | 00 |
| **15.** Net Colorado Tax, sum of lines 13 and 14 **15** | 31,756 | 00 |
| **16.** CO Income Tax Withheld from W-2s and 1099s, you must submit the W-2s and/or 1099s claiming Colorado withholding with your return. ● **16** | 8,700 | 00 |
| **17.** Prior-year Estimated Tax Carryforward ● **17** | | 00 |
| **18.** Estimated Tax Payments, enter the sum of the quarterly payments remitted for this tax year ● **18** | | 00 |
| **19.** Extension Payment remitted with the DR 0158-I ● **19** | | 00 |
| **20.** Other Prepayments: ☐ ● DR 0104BEP   ☐ ● DR 0108   ☐ ● DR 1079 ● **20** | | 00 |
| **21.** Gross Conservation Easement Credit from the DR 1305G line 33, you must submit the DR 1305G with your return. ● **21** | | 00 |
| **22.** Innovative Motor Vehicle Credit from the DR 0617, you must submit each DR 0617 with your return. ● **22** | | 00 |
| **23.** Refundable Credits from the DR 0104CR line 8, you must submit the DR 0104CR with your return. ● **23** | | 00 |
| **24.** Subtotal, sum of lines 16 through 23 **24** | 8,700 | 00 |
| **25.** Federal Adjusted Gross Income from your federal income tax form: 1040 line 7 ● **25** | 754,080 | 00 |
| **26.** Overpayment, if line 24 is greater than line 15 then subtract line 15 from line 24 **26** | | 00 |
| **27.** Estimated Tax Credit Carryforward to 2019 first quarter, if any ● **27** | | 00 |



180104   31024

DR 0104 (09/17/18)
**COLORADO DEPARTMENT OF REVENUE**
*Colorado.gov/Tax*

| Name | | SSN | |
|---|---|---|---|
| JAMES & ANGELA CRAIG | | | |

| | |  |  |
|---|---|---|---|
| 28. Voluntary Contributions elected on the DR 0104CH schedule line 21, you must submit the DR 0104CH with your return. | ● 28 | | 00 |
| 29. Subtotal, add lines 27 and 28 | 29 | | 00 |
| 30. Refund, subtract line 29 from line 26 (see instructions) | ● 30 | | 00 |

**Direct Deposit**

Routing Number [ ][ ][ ][ ][ ][ ][ ][ ][ ]   Type: [ ] Checking   [ ] Savings   [ ] CollegeInvest 529

Account Number [ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]

For questions regarding CollegeInvest direct deposit or to open an account, visit *CollegeInvest.org* or call 800-448-2424.

| | | | |
|---|---|---|---|
| 31. Net Tax Due, subtract line 24 from line 15, then add line 28 | 31 | 23,056 | 00 |
| 32. Delinquent Payment Penalty (see instructions) | ● 32 | | 00 |
| 33. Delinquent Payment Interest (see instructions) | ● 33 | | 00 |
| 34. Estimated Tax Penalty, you must submit the DR 0204 with your return. (see instructions) | ● 34 | 111 | 00 |
| 35. Amount You Owe, sum of lines 31 through 34 | ● 35 | 23,167.00 | |

The State may convert your check to a one-time electronic banking transaction. Your bank account may be debited as early as the same day received by the State. If converted, your check will not be returned. If your check is rejected due to insufficient or uncollected funds, the Department of Revenue may collect the payment amount directly from your bank account electronically.

**Third Party Designee**

Do you want to allow another person to discuss this return and any other information related to this return with the Colorado Department of Revenue?   ● [ ] No   ● [X] Yes. Complete the following:

| Designee's Name | Phone Number |
|---|---|
| ● Keith P Clark CPA | ● 3038624169 |

**Sign Below** Under penalties of perjury, I declare that to the best of my knowledge and belief, this return is true, correct and complete.

| Your Signature | Date (MM/DD/YY) |
|---|---|
| | 10/09/19 |

| Spouse's Signature. If joint return, BOTH must sign. | Date (MM/DD/YY) |
|---|---|
| | 10/09/19 |

| Paid Preparer's Name | Paid Preparer's Phone |
|---|---|
| Keith P Clark CPA | 303-862-4169 |

| Paid Preparer's Address | City | State | Zip |
|---|---|---|---|
| 6478 S Wenatchee Ct | Aurora | CO | 80016 |

If you are filing this return **with** a check or payment, please mail the return to:

COLORADO DEPARTMENT OF REVENUE
Denver, CO 80261-0006

If you are filing this return **without** a check or payment, please mail the return to:

COLORADO DEPARTMENT OF REVENUE
Denver, CO 80261-0005

These addresses and zip codes are exclusive to the Colorado Department of Revenue, so a street address is not required.



180204   11024

DR 0204 (10/10/18)
**COLORADO DEPARTMENT OF REVENUE**
Denver, CO 80261-0005
*Colorado.gov/Tax*

| Taxpayer's Last Name | First Name | Middle Initial | Social Security Number |
|---|---|---|---|
| CRAIG | JAMES | | |

## Part 1 — Exceptions

### Exception Number 1

If at least two-thirds of your gross current year income is from farming or fishing and you file your current year return and you pay the full amount of tax due on or before March 1, you are not subject to the estimated tax penalty. If you meet this criteria but do not pay the full amount of tax due on or before March 1, check the box here and complete the remainder of the form. ☐

### Exception Number 2

| | | |
|---|---|---|
| **1.** Enter your current year tax liability (including alternative minimum tax and any credit recapture) after reduction for all credits other than withholding tax, estimated tax payments and credits. | $ | 31,756.00 |
| **2. (a)** Statutory exemption | | $1,000.00 |
| **(b)** Current year Colorado income tax withheld from wages and/or nonresident real estate transactions | $ | 8,700.00 |
| **(c)** Total of lines 2(a) and 2(b) | $ | 9,700.00 |
| **3.** Subtract line 2(c) from line 1. If 2(c) is larger, enter zero and no penalty is due | $ | 22,056.00 |

## Part 2 — Required Annual Payment

| | | |
|---|---|---|
| **4. (a)** Enter your current year tax liability (including alternative minimum tax and any credit recapture) after reduction for all credits other than withholding tax, estimated tax payments and credits | $ | 31,756.00 |
| **(b)** Enter 70% of the amount on line 4(a), if you checked the box for exception number 1 above only enter 50% of the amount on line 4(a). | $ | 22,229.00 |
| **5. (a)** Enter your previous year tax liability (including alternative minimum tax and any credit recapture) after reduction for all credits other than withholding tax, estimated tax payments and credits | $ | 10,956.00 |
| **(b)** If your previous year federal adjusted gross income is greater than $150,000 (greater than $75,000 if married filing separate), enter 10% of line 5(a). If not, enter 0. If you checked the box for exception number 1 above enter 0. | $ | |
| **(c)** Enter total of lines 5(a) and 5(b) | $ | 10,956.00 |
| **6.** Required payment. Enter the smaller of lines 4(b) or 5(c) | $ | 10,956.00 |

## Part 3 — Penalty Computation   ****Refer to CO204WK**** Payment Due Dates

| | April 18 | June 15 | Sept 17 | • January 15 |
|---|---|---|---|---|
| **7.** Divide the amount on line 6 by four. Enter the result in the appropriate column. If you checked the box for exception number 1 above, enter $0 in the first three columns and the amount on line 6 in the final column (January 15). | $ 2,739.00 | $ 2,739.00 | $ 2,739.00 | $ 2,739.00 |
| **8.** Amounts paid in estimated tax | $ | $ | $ | $ |
| **9.** Amount of income tax withheld from wages and/or nonresident real estate transactions | $ 2,175.00 | $ 2,175.00 | $ 2,175.00 | $ 2,175.00 |
| **10.** Overpayment (on line 12) from previous period | | $ | $ | $ |
| **11.** Total of lines 8, 9, and 10 | $ | $ | $ | $ |



180204  21024

DR 0204 (10/10/18)
**COLORADO DEPARTMENT OF REVENUE**
Denver, CO 80261-0005
*Colorado.gov/Tax*

| Taxpayer's Last Name | First Name | Middle Initial | Social Security Number |
|---|---|---|---|
| CRAIG | JAMES | | |

| | | | | | |
|---|---|---|---|---|---|
| 12. Underpayment (subtract line 11 from line 7) or <overpayment> (subtract line 7 from line 11) | $ | $ | $ | $ | |
| 13. Date of payment or December 31, whichever is earlier | | | | | |
| 14. Number of days from due date of payment to date on line 13 | | | | | |
| 15. Underpayment on line 12 multiplied by 8% multiplied by number of days on line 14 divided by 365 | $ 6.00 | $ 20.00 | $ 34.00 | | |
| 16. Date of payment or April 15, whichever is earlier | 04-16-2018 | 06-15-2018 | 09-17-2018 | 01-15-2019 | |
| 17. Number of days from December 31, or due date of payment, whichever is later, to date on line 16 | | | 6 | 45 | |
| 18. Underpayment on line 12 multiplied by 8% multiplied by number of days on line 17 divided by 365 | $ | $ | $ | $ | |
| 19. Total penalty. Add all amounts on lines 15 and 18. Include this amount as estimated tax penalty on line 34 of form DR 0104 | | | | ● $ 111 | |

**Part 4 — Annualized Installment Method Schedule**

| | | | | |
|---|---|---|---|---|
| 20. Ending date of annualization period | ● March 31 | ● May 31 | ● August 31 | ● Dec 31 |
| 21. Colorado taxable income computed through the date on line 20 | $ | $ | $ | $ |
| 22. Annualization factor | 4 | 2.4 | 1.5 | 1 |
| 23. Annualized taxable income line 21 multiplied by line 22 | $ | $ | $ | $ |
| 24. Annualized Colorado tax line 23 multiplied by 4.63% | $ | $ | $ | $ |
| 25. Applicable percentage | 17.5% | 35% | 52.5% | 70% |
| 26. Installment payment due. Line 24 multiplied by line 25, subtract amounts entered on line 26 in earlier quarters. Enter here and on line 7. | ● $ | ● $ | ● $ | ● $ |

**CO204WK**     **Colorado Underpayment Penalty Worksheet**     **2018**

Name(s) as shown on return

JAMES & ANGELA CRAIG

SSN/EIN

**Rate Period:** April 16, 2018 - December 31, 2018
Worksheet for CO 204   7%

Total Payments

| | 1st Quarter | 2nd Quarter | 3rd Quarter | 4th Quarter |
|---|---|---|---|---|
| Last Year's Overpayment . . . . . . . . . . . . . . . | | | | |
| Estimated Payment . . . . . . . . . . . . . . . . . . . | | | | |
| Withholding . . . . . . . . . . . . . . . . . . . . . | 2,175 | 2,175 | 2,175 | 2,175 |
| Total Payments . . . . . . . . . . . . . . . . . . . | 2,175 | 2,175 | 2,175 | 2,175 |
| Date . . . . . . . . . . . . . . . . . . . . . . . . . | 04-16-2018 | 06-15-2018 | 09-17-2018 | 01-15-2019 |

| | 1st Required Payment | 2nd Required Payment | 3rd Required Payment | 4th Required Payment |
|---|---|---|---|---|
| | 2,739 | 2,739 | 2,739 | 2,739 |
| Required Payment paid by 1st Qtr payments   . . . . . . | 2,175 | | | |
| Days Late . . . . . . . . . . . . . . . . . . . . . | | | | |
| Penalty . . . . . . . . . . . . . . . . . . . . . . | | | | |
| Left Over for next payment | | | | |
| Required Payment paid by 2nd Qtr payments   . . . . . . | 564 | 1,611 | | |
| Days Late . . . . . . . . . . . . . . . . . . . . . | 60 | | | |
| Penalty . . . . . . . . . . . . . . . . . . . . . . | 6.00 | | | |
| Left Over for next payment   . . . . . . . . . . . . . | 1,611 | | | |
| Required Payment paid by 3rd Qtr payments   . . . . . . | | 1,128 | 1,047 | |
| Days Late . . . . . . . . . . . . . . . . . . . . . | | 94 | | |
| Penalty . . . . . . . . . . . . . . . . . . . . . . | | 20.00 | | |
| Left Over for next payment   . . . . . . . . . . . . . | | 1,047 | | |
| Required Payment paid by 4th Qtr Payments   . . . . . . | | | 1,692 | 483 |
| Days Late . . . . . . . . . . . . . . . . . . . . . | | | 105 | |
| Penalty . . . . . . . . . . . . . . . . . . . . . . | | | 34.00 | |
| Left Over | | | 483 | |
| Required Payment paid by Return Payment/Extension   . . | | | | 2,256 |
| Days Late . . . . . . . . . . . . . . . . . . . . . | | | | |
| Penalty . . . . . . . . . . . . . . . . . . . . . . | | | | |
| **Total Days Late** | 60 | 94 | 105 | |
| **Total Penalty** | 6.00 | 20.00 | 34.00 | |

```
04-16-2018 To 04-16-2018 =   0 days *  2175 * .07/365 =    0
04-16-2018 To 06-15-2018 =  60 days *   564 * .07/365 =    6
06-15-2018 To 06-15-2018 =   0 days *  1611 * .07/365 =    0
06-15-2018 To 09-17-2018 =  94 days *  1128 * .07/365 =   20
09-17-2018 To 09-17-2018 =   0 days *  1047 * .07/365 =    0
09-17-2018 To 12-31-2018 = 105 days *  1692 * .07/365 =   34
01-15-2019 To 12-31-2018 =   0 days *   483 * .07/365 =    0
01-15-2019 To 12-31-2018 =   0 days *  2256 * .07/365 =    0
```

AL2210WK.LD

| **CO204WK** | **Colorado Underpayment Penalty Worksheet** | **2018** |
|---|---|---|

| Name(s) as shown on return | SSN/EIN |
|---|---|
| JAMES & ANGELA CRAIG | |

**Rate Period:** January 1, 2019 - April 15, 2019
Worksheet for CO 204  8%

**Total Payments**

|  | 1st Quarter | 2nd Quarter | 3rd Quarter | 4th Quarter |
|---|---|---|---|---|
| Last Year's Overpayment . . . . . . . . . . . . . . . | | | | |
| Estimated Payment . . . . . . . . . . . . . . . . . . . . | | | | |
| Withholding . . . . . . . . . . . . . . . . . . . . . . . . . | 2,175 | 2,175 | 2,175 | 2,175 |
| Total Payments . . . . . . . . . . . . . . . . . . . . . | 2,175 | 2,175 | 2,175 | 2,175 |
| Date . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 04-16-2018 | 06-15-2018 | 09-17-2018 | 01-15-2019 |

|  | 1st Required Payment | 2nd Required Payment | 3rd Required Payment | 4th Required Payment |
|---|---|---|---|---|
|  | 2,739 | 2,739 | 2,739 | 2,739 |
| Required Payment paid by 1st Qtr payments . . . . . . . | 2,175 | | | |
| Days Late . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| Penalty . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| Left Over for next payment | | | | |
| Required Payment paid by 2nd Qtr payments . . . . . . . | 564 | 1,611 | | |
| Days Late . . . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| Penalty . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| Left Over for next payment . . . . . . . . . . . . . . . . | 1,611 | | | |
| Required Payment paid by 3rd Qtr payments . . . . . . . | | 1,128 | 1,047 | |
| Days Late . . . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| Penalty . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| Left Over for next payment . . . . . . . . . . . . . . . . | | 1,047 | | |
| Required Payment paid by 4th Qtr Payments . . . . . . . | | | 1,692 | 483 |
| Days Late . . . . . . . . . . . . . . . . . . . . . . . . . | | | 15 | |
| Penalty . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 6.00 | |
| Left Over | | | 483 | |
| Required Payment paid by Return Payment/Extension . . | | | | 2,256 |
| Days Late . . . . . . . . . . . . . . . . . . . . . . . . . | | | | 90 |
| Penalty . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | 45.00 |
| **Total Days Late** | | | 15 | 90 |
| **Total Penalty** | | | 6.00 | 45.00 |

```
12-31-2018 To 04-16-2018 =    0 days *  2175 * .08/365 =    0
12-31-2018 To 06-15-2018 =    0 days *   564 * .08/365 =    0
12-31-2018 To 06-15-2018 =    0 days *  1611 * .08/365 =    0
12-31-2018 To 09-17-2018 =    0 days *  1128 * .08/365 =    0
12-31-2018 To 09-17-2018 =    0 days *  1047 * .08/365 =    0
12-31-2018 To 01-15-2019 =   15 days *  1692 * .08/365 =    6
01-15-2019 To 01-15-2019 =    0 days *   483 * .08/365 =    0
01-15-2019 To 04-15-2019 =   90 days *  2256 * .08/365 =   45
```

AL2210WK.LD



188453  11024

DR 8453 (09/17/18)
**COLORADO DEPARTMENT OF REVENUE**
Denver, CO 80261-0005
*Colorado.gov/Tax*

# State of Colorado Individual Income Tax Declaration for Electronic Filing
**Do not mail** this form to the IRS or the Colorado Department of Revenue **Retain with your records**

| Taxpayer SSN | | Spouse SSN (If Joint Return) | | Submission ID | |
|---|---|---|---|---|---|

| Taxpayer Last Name | | Taxpayer First Name | | Middle Initial |
|---|---|---|---|---|
| CRAIG | | JAMES | | |

| Spouse Last Name (If Joint Return) | | Spouse First Name (If Joint Return) | |
|---|---|---|---|
| CRAIG | | ANGELA | |

| Street Address | | Phone Number |
|---|---|---|
| 6795 S ROBERTSDALE WAY | | |

| City | State | Zip |
|---|---|---|
| AURORA | CO | 80016 |

## Part I - Tax Return Information

| | | | |
|---|---|---|---|
| **1.** Total Income, line 6 from your federal form 1040 | **1** | $ | 778,107.00 |
| **2.** Taxable Income, line 10 on federal form 1040 | **2** | $ | 685,871.00 |
| **3.** Colorado Tax, Line 15 on Colorado form 104 | **3** | $ | 31,756.00 |
| **4.** Colorado Tax Withheld, Line 16 on Colorado form 104 | **4** | $ | 8,700.00 |
| **5.** Refund, Line 30 Colorado form 104 | **5** | $ | 0.00 |
| **6.** Amount You Owe, Line 35 on Colorado form 104 | **6** | $ | 23,167.00 |

## Part II - Declaration of Tax Payer

Under penalties of perjury, I declare that the information I have provided for electronic filing and the amounts shown in Part I above agree with the amounts shown on my 2018 Federal/Colorado income tax returns, and that said tax returns, statements, schedules and attachments are true, correct, and complete to the best of my knowledge and belief. I understand that I (or my Electronic Return Originator (ERO) if applicable) may be required to provide paper copies of this declaration, my returns, withholding statements, schedules, and attachments upon request by the Colorado Department of Revenue at any time during the period covered by the Colorado statute of limitations.

| Signature | Date | Spouse's Signature (If Joint Return, Both Must Sign) | Date |
|---|---|---|---|
| | | | |

## Part III - Declaration of ERO/Preparer/Transmitter

If the transmitter did not prepare the tax return, check here ☐

If I am not the preparer, I declare only that the amounts shown in Part I above agree with the amounts shown on the taxpayer's 2018 Federal/Colorado income tax returns. If I am the preparer, under penalties of perjury I declare that I have reviewed the above taxpayer's 2018 Federal/Colorado income tax returns and that the information provided to me by the taxpayer and the amounts shown in Part I above agree with the amounts shown on said tax returns, and that said tax returns, statements, schedules, and attachments are true, correct, and complete to the best of my knowledge and belief. As preparer, I further declare that I have obtained the taxpayer's signature on this form at the time of filing and have provided the taxpayer with copies of all forms and information filed. I also agree to maintain this signed Form (DR 8453) for the period covered by the Colorado statute of limitations, and to provide paper copies of this declaration, said returns, withholding statements, schedules and attachments upon request by the Colorado Department of Revenue at any time during this period.

| ERO's Signature | Preparer Identification Number or Your SSN |
|---|---|
| Keith P Clark CPA | P00699392 |

| | Date (MM/DD/YY) |
|---|---|
| Check if also Preparer  [X] | 10/09/19 |



180900    11024

DR 0900 (06/06/18)
**COLORADO DEPARTMENT OF REVENUE**
Denver, CO 80261-0008
*Colorado.gov/Tax*

**(0011)**

# 2018 Individual Income Tax Payment Form
## (Calendar year - Due April 15, 2019)

## Caution!

This form **MUST** accompany your payment if you filed electronically and wish to pay by check.
If you paid electronically or do not owe a payment do not return this form.

The Department strongly recommends that you file using Revenue Online *(Colorado.gov/RevenueOnline)* or another electronic filing method and remit your payment electronically or by EFT. Information on EFT can be found at *Colorado.gov/Revenue/EFT*

To pay by mail, make the check or money order payable to the "Colorado Department of Revenue." Be sure to round your payment to the nearest dollar. Clearly write

your Social Security number and "2018 DR 0104" on the memo line. Be sure to keep a copy of the money order or note the check number with your tax records.

Complete the form below. The amount on the check and the amount entered on the payment form must be the same. This will help maintain accuracy in your tax account.

DO NOT submit a paper 104 return if you have already filed electronically.

### DO NOT CUT - Return Full Page

| DR 0900 (06/06/18) | | | | |
|---|---|---|---|---|
| Return the DR 0900 with check or money order payable to the "Colorado Department of Revenue", Denver, Colorado 80261-0008. Write your Social Security number and "2018 DR 0104" on your check or money order. Do not send cash. Enclose, but do not staple or attach, your payment with this form. | | | | |
| SSN | | | | |
| | | | | |
| Your Last Name | First Name | | | Middle Initial |
| CRAIG | JAMES | | | |
| Spouse's SSN | | | | |
| | | | | |
| Spouse's Last Name (if joint) | Spouse's First Name | | | Middle Initial |
| CRAIG | ANGELA | | | |
| Address | | | | |
| 6795 S ROBERTSDALE WAY | | | | |
| City | | State | ZIP | |
| AURORA | | CO | 80016 | |

| IF NO PAYMENT IS DUE, DO NOT FILE THIS FORM. | Amount of Payment |
|---|---|
| The State may convert your check to a one-time electronic banking transaction. Your bank account may be debited as early as the same day received by the State. If converted, your check will not be returned. If your check is rejected due to insufficient or uncollected funds, the Department of Revenue may collect the payment amount direc ly from your bank account electronically. | $    23,167.00 |

### DO NOT CUT - Return Full Page

| **COWK_A5** | State / Local tax payments made after 12/31/2018 that will be deductible on 2019 Federal Schedule A | **2018** |
|---|---|---|

Name(s) as shown on return

JAMES & ANGELA CRAIG

Your Social Security Number

**A. 2018 Income taxes due that were paid after 12/31/2018**

**A1.** 4th quarter estimate/extension (may be adj. by refund) . . . . . . . . . . _____

**A2.** Amount paid with return . . . . . . . . . . . . . . . . . . . . . . . 23,167

**A3.** Total payments made in 2019 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **A.** 23,167

**B. Adjustments made to payments**

**B1.** Interest & Penalty . . . . . . . . . . . . . . . . . . . . . . . . . . . . 111

**B2.** Contr butions, Donations, Checkoffs . . . . . . . . . . . . . . . . . . . . _____

**B3.** Other Tax payments (Use Tax, property tax, tangible tax, etc) . . . . . . . _____

**B4.** Total adjustments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **B.** 111

**C.** Total tax payments potentially deductible in 2019 (Line A less line B) . . . . . . . . . . . . . . . . . **C.** 23,056

COWK A5.LD

| CO-COMP | Three-year State Tax Return Comparison | | | 2018 |
|---|---|---|---|---|
| Name(s) as shown on return<br>JAMES & ANGELA CRAIG | | | | Taxpayer ID Number |

| [State] Income Tax Return | 2016 | 2017 | 2018 | Difference 2017-2018 |
|---|---|---|---|---|
| Filing Status . . . . . . . . . . . . . . | MFJ | MFJ | MFJ | |
| Gross Income. . . . . . . . . . . . . | 210,819 | 236,625 | 685,871 | 449,246 |
| Source Income . . . . . . . . . . . . | | | 685,871 | 685,871 |
| Deductions . . . . . . . . . . . . . . | | | | |
| Taxable Income . . . . . . . . . . . | 210,819 | 236,625 | 685,871 | 449,246 |
| Actual State Income . . . . . . . . . | 210,819 | 236,625 | 685,871 | 449,246 |
| State Income Tax . . . . . . . . . . . | 9,761 | 10,956 | 31,756 | 20,800 |
| Local Taxes . . . . . . . . . . . . . . | | | | |
| Use Tax . . . . . . . . . . . . . . . | | | | |
| Contributions . . . . . . . . . . . . . | | | | |
| Income Tax Withheld . . . . . . . . . | | 1,200 | 8,700 | 7,500 |
| Estimates and Extension payments . . . | | 2,439 | | (2,439) |
| Underpayment Penalty . . . . . . . . . | | 138 | 111 | (27) |
| Overpayment Applied to Next Year . . . | 2,439 | | | |
| Balance Due . . . . . . . . . . . . . | | 7,455 | 23,167 | 15,712 |
| Refund . . . . . . . . . . . . . . . . | | | | |
| Marginal tax rate . . . . . . . . . . . | 0.046300 | 0.046300 | 4.630000 | 4.583700 |
| Effective tax rate . . . . . . . . . . . | 0.046300 | 0.046300 | 4.630000 | 4.583700 |

CO-COMP.LD

# P&L YTD vs Prior Year

January - December 2019

|  | Total | |
|---|---|---|
|  | Jan - Dec 2019 | Jan - Dec 2018 (PY) |
| **INCOME** | | |
| Patient Refunds | -23,577.20 | -22,614.12 |
| Practice Income | | |
|    Service Sales | 1,974,114.54 | 1,604,592.47 |
|    Taxable Sales | | 6,355.00 |
|   **Total Practice Income** | **1,974,114.54** | **1,610,947.47** |
| **Total Income** | **1,950,537.34** | **1,588,333.35** |
| **COST OF GOODS SOLD** | | |
| Supplies and Laboratories | | |
|    Cerec Supplies | | 995.00 |
|    Dental Supplies | 196,235.45 | 131,416.98 |
|    Implant Supplies | 61,888.68 | 20,433.16 |
|    Lab Expense | 74,585.58 | 43,067.33 |
|   **Total Supplies and Laboratories** | **332,709.71** | **195,912.47** |
| **Total Cost of Goods Sold** | **332,709.71** | **195,912.47** |
| **GROSS PROFIT** | **1,617,827.63** | **1,392,420.88** |
| **EXPENSES** | | |
| Continuing Education | | 175.00 |
|    Professional Development | 10,120.94 | |
|    Travel Expense | 60,528.84 | 22,036.41 |
|     Travel Meals | | 3,084.68 |
|    **Total Travel Expense** | **60,528.84** | **25,121.09** |
|   **Total Continuing Education** | **70,649.78** | **25,296.09** |
| Facilities Expenses | | |
|    Benefits Admin Fees | | 1,309.20 |
|    Equipment Rent/Lease | 16,613.24 | |
|    Health Care Compliance | 1,404.60 | 1,765.37 |
|    Janitorial Expense | 3,500.00 | 1,125.00 |
|    Office Expense | 31,698.49 | 27,865.38 |
|    Office Rent | 81,600.00 | 90,992.00 |
|    Repairs & Maintenance | 6,210.40 | 2,055.76 |
|    Utilities | 8,968.07 | 8,831.65 |
|   **Total Facilities Expenses** | **149,994.80** | **133,944.36** |
| G & A Expenses | | |
|    Automobile Expense | 13,632.19 | 18,851.58 |
|    Bank Service Charges | 44,859.34 | 17,831.50 |
|    Business Licenses and Permits | 1,577.88 | 1,097.00 |
|    Collection Expenses | 52.50 | 100.00 |
|    Company Meetings & Parties | 2,425.00 | 29,669.97 |
|    Computer and Internet Expenses | 41,224.28 | 35,543.51 |
|    Consulting Expenses | 56,487.00 | 18,982.00 |

|  | Total |  |
|---|---|---|
|  | Jan - Dec 2019 | Jan - Dec 2018 (PY) |
| Credit Card Merchant Fees | 10,185.18 | 11,326.07 |
| Dues and Subscriptions | 61,316.91 | 770.92 |
| Insurance Expense |  |  |
|     Malpractice Insurance | 4,236.91 | 1,810.54 |
|     Theft Insurance | 3,338.00 | 3,338.00 |
|     **Total Insurance Expense** | **7,574.91** | **5,148.54** |
| Legal & Professional Fees | 33,820.00 | 19,145.96 |
| Meals and Entertainment | 28,867.40 | 11,757.09 |
| Meals and Entertainment 100% |  | 518.13 |
| Office Supplies | 12,064.49 | 11,366.48 |
| Parking & Tolls | 261.93 | 313.68 |
| Payment Processing Expense |  | 113.98 |
| Postage & Shipping | 3,699.97 | 378.00 |
| Printing | 4,037.29 | 298.47 |
| Referral Bonus Paid |  | 300.00 |
| Small Medical Equipment |  | 2,343.16 |
| Software Expense | 5,657.43 | 4,961.28 |
| Taxes |  |  |
|     Property Tax | 3,649.82 | 4,068.51 |
|     Sales & Use Tax | 650.82 |  |
|     Tax Penalties |  | 791.82 |
|     **Total Taxes** | **4,300.64** | **4,860.33** |
| Telephone Expense | 15,654.84 | 7,358.33 |
| Uniforms | 492.63 | 2,178.59 |
| Website Expenses | 3,194.40 | 17,866.00 |
| **Total G & A Expenses** | **351,386.21** | **223,080.57** |
| Marketing Expenses |  |  |
| Client Gifts | 2,105.09 | 4,156.92 |
| External Advertising | 123,891.97 | 39,385.52 |
| Internal Advertising | 7,506.31 | 47,359.27 |
| Other Advertising | 10,101.71 | 2,282.63 |
| Promotional Meals | 15.11 | 1,781.76 |
| **Total Marketing Expenses** | **143,620.19** | **94,966.10** |
| Team Expenses |  |  |
| Contract Labor |  |  |
|     Dr Carleton |  | 14,201.50 |
|     Dr Stacey Cha | 146,892.16 |  |
|     Hygiene | 16,808.26 | 1,809.00 |
|     Other Contract Labor | 93,586.33 | 29,847.35 |
|     **Total Contract Labor** | **257,286.75** | **45,857.85** |
| Payroll Expenses |  | 0.00 |
|     Employee Health Insurance | 8,169.98 | 12,892.88 |
|     Officer Wages |  | 99,027.24 |

|  | Total | |
|---|---|---|
|  | Jan - Dec 2019 | Jan - Dec 2018 (PY) |
| Other Employee Benefits | 265.36 |  |
| Payroll Processing Fees | 2,565.86 | 337.75 |
| Payroll Tax Expense | 35,595.08 |  |
|    Aurora OPT Tax |  | 373.75 |
|    Colorado UI Taxes |  | 7,751.79 |
|    FICA (Company Paid) |  | 31,042.46 |
|    FUTA Tax (Company Paid) |  | 418.49 |
| **Total Payroll Tax Expense** | **35,595.08** | **39,586.49** |
| Wage Expense |  |  |
|    Bonus Pay | 22,041.16 | 12,611.06 |
|    Outside Contractors | 10,500.00 | 13,112.50 |
|    Salary - Employees | 404,107.12 | 322,748.02 |
| **Total Wage Expense** | **436,648.28** | **348,471.58** |
| Workers Comp Insurance | 1,730.65 | 2,561.00 |
| **Total Payroll Expenses** | **484,975.21** | **502,876.94** |
| **Total Team Expenses** | **742,261.96** | **548,734.79** |
| **Total Expenses** | **1,457,912.94** | **1,026,021.91** |
| NET OPERATING INCOME | **159,914.69** | **366,398.97** |
| OTHER INCOME |  |  |
| Interest Income | 0.56 | 0.72 |
| Other Income |  | 200.00 |
| **Total Other Income** | **0.56** | **200.72** |
| OTHER EXPENSES |  |  |
| Amortization Expense |  | 39,974.00 |
| Depreciation Expense |  | 87,182.00 |
| Factored Receivables Loss | 52,148.70 |  |
| Interest Expense | 162,221.21 | 126,633.68 |
|    Loan Setup Fees |  | 3,459.00 |
| **Total Interest Expense** | **162,221.21** | **130,092.68** |
| Owner's Expenses |  |  |
|    Charitable Donations | 949.00 |  |
|    Officer Disability Insurance | 7,414.38 | 6,647.26 |
|    Officer Health Insurance | 22,657.20 | 0.00 |
|    Officer Life Insurance | 87,519.20 | 0.00 |
|    Officer Payroll Taxes | 1,554.00 |  |
|    Officer Wages | 10,000.00 |  |
| **Total Owner's Expenses** | **130,093.78** | **6,647.26** |
| **Total Other Expenses** | **344,463.69** | **263,895.94** |
| NET OTHER INCOME | **-344,463.13** | **-263,695.22** |
| NET INCOME | **$ -184,548.44** | **$102,703.75** |

# Balance Sheet

As of December 31, 2019

| | Total | |
|---|---|---|
| | **As of Dec 31, 2019** | **As of Dec 31, 2018 (PY)** |
| **ASSETS** | | |
| **Current Assets** | | |
| **Bank Accounts** | | |
| Chase Bucket Accounts | 5,000.00 | 5,000.00 |
| Chase Business Ck - 0530 | 19,658.45 | 49,259.62 |
| WF Business Checking | 72,524.37 | |
| WF Business Savings | 1,000.01 | |
| **Total Bank Accounts** | **98,182.83** | **54,259.62** |
| **Other Current Assets** | | |
| Due from Officer - Sch C Transf | 0.00 | 479,726.00 |
| Notes Receivable - Craig Inv | 432,605.77 | 461,541.00 |
| Payroll Advances Receivable | 0.00 | 1,250.00 |
| **Total Other Current Assets** | **432,605.77** | **942,517.00** |
| **Total Current Assets** | **530,788.60** | **996,776.62** |
| **Fixed Assets** | | |
| **Fixed Assets** | | |
| Computer Equipment | 102,608.58 | 102,608.58 |
| Dental Equipment | 827,309.31 | 590,877.51 |
| Furniture and Fixtures | 26,752.32 | 26,752.32 |
| Leasehold Improvements | 22,915.76 | 22,915.76 |
| Office Equipment | 36,111.61 | 36,111.61 |
| Software | 6,359.23 | 6,359.23 |
| Vehicles | 52,836.40 | 52,836.40 |
| **Total Fixed Assets** | **1,074,893.21** | **838,461.41** |
| **Fixed Assets Depreciation** | | |
| Accumulated Depreciation | -782,593.00 | -782,593.00 |
| **Total Fixed Assets Depreciation** | **-782,593.00** | **-782,593.00** |
| **Total Fixed Assets** | **292,300.21** | **55,868.41** |
| **Other Assets** | | |
| **Intangible Assets** | | |
| Business Startup Expense | 3,009.00 | 3,009.00 |
| Covenant Not to Compete | 5,000.00 | 5,000.00 |
| Goodwill | 400,000.00 | 400,000.00 |
| Loan Fees | 73,298.90 | 73,298.90 |
| Organizational Expense | 11,475.00 | 11,475.00 |
| Patient Records | 107,000.00 | 107,000.00 |
| **Total Intangible Assets** | **599,782.90** | **599,782.90** |
| **Intangible Assets Depreciation** | | |
| Accum Depr - Other Assets | -445,210.62 | -445,210.62 |
| **Total Intangible Assets Depreciation** | **-445,210.62** | **-445,210.62** |
| Security Deposits Asset | 5,405.00 | 5,405.00 |

|  | Total | |
|---|---|---|
|  | **As of Dec 31, 2019** | **As of Dec 31, 2018 (PY)** |
| Total Other Assets | 159,977.28 | 159,977.28 |
| **TOTAL ASSETS** | **$983,066.09** | **$1,212,622.31** |

**LIABILITIES AND EQUITY**

Liabilities

  Current Liabilities

    Credit Cards

| | | |
|---|---|---|
| AMEX Credit Card | 66,036.80 | 47,213.36 |
| BHG Credit Card | 17,537.56 | -1,442.40 |
| **Total Credit Cards** | **83,574.36** | **45,770.96** |
| **Other Current Liabilities** | | |
| Payroll Liabilities | 0.00 | 0.00 |
| 401k Contribution Owed to Cassa | 0.00 | 3,547.64 |
| 401k Contribution Owed to Holly | 0.00 | 155.77 |
| Health Insurance Payable | 0.00 | 3,346.58 |
| Payroll Taxes Payable | | |
| Aurora OPT Payable | 0.00 | 96.00 |
| Colorado UI Payable | 0.00 | 1,345.53 |
| Colorado WH Payable | 0.00 | 1,222.00 |
| Federal Withholdings | 0.00 | 1,779.00 |
| FICA Payable | 0.00 | 2,720.08 |
| FUTA Payable | 0.00 | 62.56 |
| **Total Payroll Taxes Payable** | **0.00** | **7,225.17** |
| **Total Payroll Liabilities** | **0.00** | **14,275.16** |
| **Total Other Current Liabilities** | **0.00** | **14,275.16** |
| **Total Current Liabilities** | **83,574.36** | **60,046.12** |
| **Long-Term Liabilities** | | |
| Ascentium Capital | 0.00 | 7,932.88 |
| Bank of America (Practice Loan) | 0.00 | 1,208,950.17 |
| BOA Line of Credit | 0.00 | 100,000.00 |
| Byline Financial | 31,226.51 | 0.00 |
| Choice Health Finance | 205,021.80 | |
| Funding Circle | 93,465.88 | 0.00 |
| Independent Bank Practice Loan | 1,744,772.21 | |
| Kabbage Inc Working Capital | 71,420.00 | 0.00 |
| Pinnacle Bank | 0.00 | 150,493.89 |
| State Bank & Trust (SBA Loan) | 0.00 | 344,142.50 |
| **Total Long-Term Liabilities** | **2,145,906.40** | **1,811,519.44** |
| **Total Liabilities** | **2,229,480.76** | **1,871,565.56** |
| **Equity** | | |
| Common Stock | 1,000.00 | 1,000.00 |
| Retained Earnings | -659,943.25 | -574,696.00 |
| Shareholder Distributions | -402,922.98 | -187,951.00 |
| Net Income | -184,548.44 | 102,703.75 |

|                                | As of Dec 31, 2019 | Total<br>As of Dec 31, 2018 (PY) |
|--------------------------------|--------------------|----------------------------------|
| Total Equity                   | -1,246,414.67      | -658,943.25                      |
| TOTAL LIABILITIES AND EQUITY   | $983,066.09        | $1,212,622.31                    |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **James Toliver Craig** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy     4/19

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

**Part 1:**    Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**

   ■ Married
   ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ■ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ■ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2**    Explain the Sources of Your Income

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips | **$100,000.00** | ☐ Wages, commissions, bonuses, tips | |
| | ■ Operating a business | | ☐ Operating a business | |

Debtor 1    **James Toliver Craig**                                    Case number *(if known)*

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For the calendar year before that:**<br>(January 1 to December 31, 2018 ) | ■ Wages, commissions, bonuses, tips | $106,227.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |
| | ☐ Wages, commissions, bonuses, tips | $0.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |
| | ☐ Wages, commissions, bonuses, tips | $667,619.00 | ☐ Wages, commissions, bonuses, tips | |
| | ■ Operating a business | | ☐ Operating a business | |

5.    **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |
| **For the calendar year before that:**<br>(January 1 to December 31, 2018 ) | IRA | $91,098.00 | | |
| | Interest and Dividends | $4,700.00 | | |
| **For the calendar year:**<br>(January 1 to December 31, 2017 ) | Interest and Dividends | $691.00 | | |

## Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy

6.    **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

■    No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

☐    No.    Go to line 7.

■    Yes    List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

*    Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

Debtor 1   **James Toliver Craig** _____   Case number (*if known*) _____

☐   Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐   No.   Go to line 7.
☐   Yes   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **Ford Motor Credit** | **3/19/20, 4/19/20, 5/19/20** | **$4,290.15** | **$0.00** | ☐ Mortgage<br>■ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **Kansas City Life Insurance** | **1/21/20, 2/20/20, 3/19/20** | **$3,000.00** | **$0.00** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other  **Insurance** |
| **TIAA FSB Everbank** | **3/25** | **$14,143.75** | **$0.00** | ■ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **Liberty Mutual** | **1/28/20, 2/26/20, 3/26/20** | **$2,217.00** | **$0.00** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other  **Insurance** |
| **Nelnet Loan Services**<br>**P.O. Box 2970**<br>**Omaha, NE 68103** | **1/29/20, 1/31/20, 3/31/20** | **$4,082.83** | **$0.00** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other  **Student Loan** |
| **Capital One** | **March 2020, April 2020, May 2020** | **$20,000.00** | **$41,056.67** | ☐ Mortgage<br>☐ Car<br>■ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |

Debtor 1    **James Toliver Craig**                                                  Case number *(if known)*

---

7.   **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
     *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ☑ No
   ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| | | | | |

8.   **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
     Include payments on debts guaranteed or cosigned by an insider.

   ☑ No
   ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| | | | | |

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9.   **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
     List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ☑ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **James Craig v. BITEX, LLC, a Wyoming limited liability company, FINTEK FINANCING, LLC, a Utah limited liability company, JAMES WOLFGRAMM a/k/a JAMES VAKA NIU, an individual, ALAN KITTERMAN, an individual, and OSCAR ACEVESk, an individual 190401528** | **Civil** | **Utah County District Court 75 East 8 North, Suite 202 American Fork, UT 84003** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

10.  **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
     Check all that apply and fill in the details below.

   ☑ No. Go to line 11.
   ☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| | | | |

11.  **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

   ☑ No
   ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | |

12.  **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

   ☑ No
   ☐ Yes

---

| Debtor 1 | **James Toliver Craig** | Case number *(if known)* | |

---

| **Part 5:** | **List Certain Gifts and Contributions** |

**13.** **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

■ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

**14.** **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☐ No
■ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| The Church of Jesus Christ of Latter-Day Saints<br>50 E. North Temple Street<br>Salt Lake City, UT 84150 | Tithing | 2020 | $19,624.00 |

---

| **Part 6:** | **List Certain Losses** |

**15.** **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☐ No
■ Yes.  Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| Fire Arm and Suppressor - Theft | None | 2020 | Unknown |

---

| **Part 7:** | **List Certain Payments or Transfers** |

**16.** **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Buechler Law Office, L.L.C.<br>999 18th Street, Suite 1230-S<br>Denver, CO 80202 | | 4/2020 | $10,000.00 |

---

Debtor 1   **James Toliver Craig**                                Case number (*if known*) _____

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

| Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
☑ Yes. Fill in the details.

| Person Who Received Transfer Address Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Summerbrook Dental Group 14991 E. Hampden Avenue Aurora, CO 80014** **Business** | **20,000 units of xtroptions.gold - Value $102,600.00** | | **November 22, 2019** |
| **Summerbrook Dental Group 14991 E. Hampden Avenue Aurora, CO 80014** **Business** | **150,000 units of xtroptions.gold - Value $769,500** | | **November 22, 2019** |
| **Summerbrook Dental Group 14991 E. Hampden Avenue Aurora, CO 80014** **Business** | **78,107 units of xtroptions.gold - Value $425,685.00** | | **December 30, 2019** |
| **Summerbrook Dental Group 14991 E. Hampden Avenue Aurora, CO 80014** **Business** | **Capital Contributions - $14,000** | | **2019** |
| **Groove Ford 10039 E. Arapahoe Road Centennial, CO 80112** **None** | **2018 Ford F150 Traded in for 2020 Ford F250** | **$29,000.00** | **2/17/20** |
| **Groove Ford 10039 E. Arapahoe Rd Centennial, CO 80112** **None** | **2018 Honda Civil traded in for 2020 Ford Expedition** | **$11,500.00** | **2/17/20** |

Debtor 1    **James Toliver Craig**                                      Case number *(if known)*

19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a **beneficiary?** (These are often called *asset-protection devices.*)

    ■ No
    ☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:**    List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

    ■ No
    ☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

    ■ No
    ☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

    ■ No
    ☐ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

**Part 9:**    Identify Property You Hold or Control for Someone Else

23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

    ☐ No
    ■ Yes.  Fill in the details.

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| **Candice Henson 6795 S. Robertsdale Way Aurora, CO 80016** | **6795 S. Robertsdale Way Aurora, CO 80016** | **Furniture, clothes, kitchen stuff, dog, vehicle, etc.  Ms. Henson is currently living with Debtor.** | **Unknown** |

**Part 10:**    Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance,

Debtor 1    **James Toliver Craig**                                     Case number *(if known)*

hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

25. **Have you notified any governmental unit of any release of hazardous material?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>**Address** (Number, Street, City and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ **No**
☐ **Yes. Fill in the details.**

| Case Title<br>Case Number | Court or agency<br>Name<br>**Address** (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

**Part 11:**  Give Details About Your Business or Connections to Any Business

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ **No. None of the above applies.  Go to Part 12.**

■ **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Summerbrook Dental Group, PLLC**<br>**6795 South Robertsdale Way**<br>**Aurora, CO 80016** | **Dental Practice**<br><br>**Ryan Westenskow, CPA** | EIN:      **61-1522031**<br><br>From-To  **2018, 2019 - Present** |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☐ **No**
■ **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| **Bluevine Capital Inc.**<br>**401 Warren Street**<br>**Redwood City, CA 94063** | **October 2019** |

Debtor 1  **James Toliver Craig**                                       Case number (*if known*) _____

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| **Choice Health Finance**<br>**1310 Madrid Street**<br>**Marshall, MN 56258** | **December 2019** |
| **Funding Circle**<br>**707 17th Street, Suite 2200**<br>**Denver, CO 80202** | **July 2019** |
| **Headway Capital LLC**<br>**401 Warren Street**<br>**Redwood City, CA 94063** | **November 2019** |
| **Kabbage**<br>**925 B Peachtreet Street NE**<br>**Suite 1688**<br>**Atlanta, GA 30309** | **May 2019** |
| **LG Funding LLC**<br>**1218 Union Street**<br>**Brooklyn, NY 11225** | **September 2019** |
| **National Funding NFAS, LLC**<br>**9820 Towne Centre Drive**<br>**San Diego, CA 92121** | **October 2019** |
| **On Deck Capital Inc.**<br>**1400 Broadway, 25th Floor**<br>**New York, NY 10018** | **October 2019** |
| **Keith P Clark CPA PC**<br>**6478 S. Wanatchee Ct.**<br>**Aurora, CO 80016** | **2019** |

**Part 12:**  **Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

 **/s/ James Toliver Craig**                                      _____
 **James Toliver Craig**                                          **Signature of Debtor 2**
 **Signature of Debtor 1**

 Date    **July  1, 2020**                                        Date    _____

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**
■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **James Toliver Craig** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

## B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders                    12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:**   List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.

**Unsecured claim**

**1**   **Align Technology, Inc.**
**2560 Orchard Parkway**
**San Jose, CA 95131**

What is the nature of the claim?   **Business Debt**   $ **$2,154.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

_____

Contact

_____

Contact phone

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
        Value of security:                    - $ _____
        Unsecured claim                        $ _____

**2**   **American Express**
**P.O. Box 650448**
**Dallas, TX 75265**

What is the nature of the claim?   **Business Debt**   $ **$138,074.70**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

_____

Contact

_____

Contact phone

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
        Value of security:                    - $ _____
        Unsecured claim                        $ _____

B104 (Official Form 104)                 For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims                 Page 1

Debtor 1   **James Toliver Craig**                                        Case number *(if known)*

---

**3**

**Behalf**
**401 Warren Street**
**Redwood City, CA 94063**

| | |
|---|---|
| Contact | |
| Contact phone | |

What is the nature of the claim?    **Business Debt**    $ **$2,500.00**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?

- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $
  - Value of security:                    - $
  - Unsecured claim                        $

---

**4**

**Bellco Credit Union**
**PO Box 6611**
**Greenwood Village, CO 80155**

| | |
|---|---|
| Contact | |
| Contact phone | |

What is the nature of the claim?    **2018 Jeep Wrangler 30,000 miles**    $ **$4,283.00**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?

- ☐ No
- ■ Yes. Total claim (secured and unsecured)    $ **$57,717.00**
  - Value of security:                    - $ **$62,000.00**
  - Unsecured claim                        $ **$4,283.00**

---

**5**

**BFD, Inc.**
**6795 S. Robertsdal Way**
**Aurora, CO 80016**

| | |
|---|---|
| Contact | |
| Contact phone | |

What is the nature of the claim?    **Business Debt**    $ **$100,000.00**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?

- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $
  - Value of security:                    - $
  - Unsecured claim                        $

---

**6**

**BHG Credit Card**
**10234 West State Road 84**
**Fort Lauderdale, FL 33324**

What is the nature of the claim?    **Business Debt**    $ **$18,537.56**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

---

B 104 (Official Form 104)          For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims          Page 2

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1    **James Toliver Craig**                                  Case number *(if known)*

**Does the creditor have a lien on your property?**

☐ No

Contact

☐ Yes. Total claim (secured and unsecured)    $ _____

Contact phone                                          Value of security:         - $ _____

                                                       Unsecured claim           $ _____

---

| **7** | **Byline Financial**<br>**180 North LaSalle Street**<br>**Chicago, IL 60601** | **What is the nature of the claim?**    **Business Debt**    $ **$36,466.33** |

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No

Contact

☐ Yes. Total claim (secured and unsecured)    $ _____

Contact phone                                          Value of security:         - $ _____

                                                       Unsecured claim           $ _____

---

| **8** | **Capital One**<br>**Attn: Bankruptcy**<br>**PO box 30285**<br>**Salt Lake City, UT 84130** | **What is the nature of the claim?**    **Revolving; Credit Card**    $ **$41,056.67** |

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

Contact

☐ Yes. Total claim (secured and unsecured)    $ _____

Contact phone                                          Value of security:         - $ _____

                                                       Unsecured claim           $ _____

---

| **9** | **Capital One**<br>**Attn: Bankruptcy**<br>**PO Box 30285**<br>**Salt Lake City, UT 84130** | **What is the nature of the claim?**    **Revolving, Credit Card**    $ **$9,696.00** |

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

Contact

☐ Yes. Total claim (secured and unsecured)    $ _____

Contact phone                                          Value of security:         - $ _____

                                                       Unsecured claim           $ _____

---

| **10** | | **What is the nature of the claim?**    **PrimeScan and Solea Laser (Personal Guaranty of business debt)**    $ **$205,021.80** |

---

B 104 (Official Form 104)         For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims         Page 3

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                   Best Case Bankruptcy

Debtor 1 **James Toliver Craig**        Case number *(if known)* _____

---

**Choice Health Finance**
**1310 Madrid Street**
**Marshall, MN 56258**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
  - Value of security:    - $ _____
  - Unsecured claim    $ _____

Contact _____

Contact phone _____

---

| 11 | **Colorado Department of Revenue**<br>**1375 Sherman Street**<br>**Denver, CO 80261** |

What is the nature of the claim? _____   $ **$30,901.00**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
  - Value of security:    - $ _____
  - Unsecured claim    $ _____

Contact _____

Contact phone _____

---

| 12 | **Dentascope**<br>**9579 Breantwood Way, Unit B**<br>**Broomfield, CO 80021** |

What is the nature of the claim? **Business Debt**   $ **$5,000.00**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
  - Value of security:    - $ _____
  - Unsecured claim    $ _____

Contact _____

Contact phone _____

---

| 13 | **Heartland ECSI**<br>**P.O. Box 1238**<br>**Wexford, PA 15090** |

What is the nature of the claim? **Student Loans**   $ **$1,830.56**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____

Contact _____

---

B 104 (Official Form 104)      For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims      Page 4

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor 1 | **James Toliver Craig** | Case number *(if known)* | |
|---|---|---|---|

| | | |
|---|---|---|
| Contact phone | Value of security: | - $ |
| | Unsecured claim | $ |

---

**14**

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

**What is the nature of the claim?** _____  $ **$130,000.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured)  $ _____
  - Value of security:  - $ _____
  - Unsecured claim  $ _____

Contact
Contact phone

---

**15**

Kabbage
925 B Peachtree Street, Suite
1688
Atlanta, GA 30309

**What is the nature of the claim?** **Business Debt**  $ **$71,420.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured)  $ _____
  - Value of security:  - $ _____
  - Unsecured claim  $ _____

Contact
Contact phone

---

**16**

Michael C. Barnhill
Michael Best & Friedrich, LLP
2750 East Cottonwood Pkwy.,
Ste. 560
Salt Lake City, UT 84121

**What is the nature of the claim?** **Attorney Fees**  $ **$10,000.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured)  $ _____
  - Value of security:  - $ _____
  - Unsecured claim  $ _____

Contact
Contact phone

---

**17**

National Funding, Inc.
9820 Towne Centre Drive
San Diego, CA 92121

**What is the nature of the claim?** **Business debt**  $ **$66,000.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 5

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1 __James Toliver Craig_____    Case number *(if known)* _____

| | Does the creditor have a lien on your property? |
|---|---|
| | ■  No |
| Contact | ☐  Yes. Total claim (secured and unsecured)        $ _____ |
| | Value of security:        - $ _____ |
| Contact phone | Unsecured claim        $ _____ |

---

**18** | **Nelnet** | What is the nature of the claim?        __Student Loans__        $ **$120,426.00**

Nelnet
PO Box 82505
Lincoln, NE 68501

As of the date you file, the claim is: Check all that apply
☐  Contingent
☐  Unliquidated
☐  Disputed
■  None of the above apply

Does the creditor have a lien on your property?
■  No
Contact ☐  Yes. Total claim (secured and unsecured)        $ _____
Value of security:        - $ _____
Contact phone Unsecured claim        $ _____

---

**19** | What is the nature of the claim?        **Student Loan (Affected by Natural Disaster)**        $ **$33,671.00**

Nelnet Lns
PO Box 82561
Lincoln, NE 68501

As of the date you file, the claim is: Check all that apply
☐  Contingent
☐  Unliquidated
☐  Disputed
■  None of the above apply

Does the creditor have a lien on your property?
■  No
Contact ☐  Yes. Total claim (secured and unsecured)        $ _____
Value of security:        - $ _____
Contact phone Unsecured claim        $ _____

---

**20** | What is the nature of the claim?        **Medical Office Building Lease -Business Debt**        $ **$42,174.60**

Next Millennium Property Co., LLC
7500 E. Arapahoe Road, Suite 333
Englewood, CO 80112

As of the date you file, the claim is: Check all that apply
■  Contingent
■  Unliquidated
■  Disputed
☐  None of the above apply

Does the creditor have a lien on your property?
■  No
Contact ☐  Yes. Total claim (secured and unsecured)        $ _____
Value of security:        - $ _____
Contact phone Unsecured claim        $ _____

---

B 104 (Official Form 104)        For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims        Page 6

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1    **James Toliver Craig**

Case number *(if known)*

| Part 2: | **Sign Below** |
|---|---|

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X    **/s/ James Toliver Craig**

X _____

**James Toliver Craig**

Signature of Debtor 2

Signature of Debtor 1

Date    **July  1, 2020**

Date _____

B 104 (Official Form 104)          For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims          Page 7

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

<table>
<tr><td colspan="4">**Fill in this information to identify your case:**</td></tr>
</table>

| | |
|---|---|
| Debtor 1 | **James Toliver Craig** |
| | First Name / Middle Name / Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO |
| Case number (if known) | |

☐ Check if this is an amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:   Summarize Your Assets

|  |  | **Your assets**<br>Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B.......................................... | $   1,002,700.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B.................................. | $   964,796.57 |
| | 1c. Copy line 63, Total of all property on Schedule A/B......................................... | $   1,967,496.57 |

### Part 2:   Summarize Your Liabilities

|  |  | **Your liabilities**<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $   1,189,790.34 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ | $   314,998.00 |
| | 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $   749,932.22 |
| | **Your total liabilities** | $   2,254,720.56 |

### Part 3:   Summarize Your Income and Expenses

|  |  | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*............................................. | $   25,000.00 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*......................................................... | $   22,127.99 |

### Part 4:   Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Debtor 1    **James Toliver Craig**                                    Case number *(if known)*

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.    $ _____

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 314,998.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 1,830.56 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 316,828.56 |

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **James Toliver Craig** |
| | First Name ___ Middle Name ___ Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name ___ Middle Name ___ Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO |
| Case number | |

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

**12/15**

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes.  Where is the property?

---

**1.1**

**6795 S. Robertsdale Way**
Street address, if available, or other description

**Aurora**          **CO**    **80016-0000**
City                State    ZIP Code

**Arapahoe**
County

**What is the property?** Check all that apply

☐ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

☐ Land

☐ Investment property

☐ Timeshare

☐ Other

**Who has an interest in the property?** Check one

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$1,002,700.00** | **$1,002,700.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property** (see instructions)

---

2.  **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..........................................................................=>**

| |
|---|
| **$1,002,700.00** |

**Part 2:**  Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

| Debtor 1 | **James Toliver Craig** | Case number *(if known)* |
|---|---|---|

### 3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No
■ Yes

| 3.1 | Make: | **Ford** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|
| | Model: | **Expedition** | ☐ Debtor 1 only | |
| | Year: | **2019** | ☐ Debtor 2 only | |
| | Approximate mileage: | **15,000** | ☐ Debtor 1 and Debtor 2 only | |

Other information:

**Current value of the entire property?**   **Current value of the portion you own?**

$48,504.00   $48,504.00

■ At least one of the debtors and another

☐ Check if this is community property (see instructions)

| 3.2 | Make: | **Jeep** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|
| | Model: | **Wrangler** | ☐ Debtor 1 only | |
| | Year: | **2018** | ☐ Debtor 2 only | |
| | Approximate mileage: | **30,000** | ☐ Debtor 1 and Debtor 2 only | |

Other information:

**Current value of the entire property?**   **Current value of the portion you own?**

$62,000.00   $62,000.00

■ At least one of the debtors and another

☐ Check if this is community property (see instructions)

| 3.3 | Make: | **Ford** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|
| | Model: | **F-250** | ☐ Debtor 1 only | |
| | Year: | **2020** | ☐ Debtor 2 only | |
| | Approximate mileage: | **6,500** | ☐ Debtor 1 and Debtor 2 only | |

Other information:

**Current value of the entire property?**   **Current value of the portion you own?**

$97,831.00   $97,831.00

■ At least one of the debtors and another

☐ Check if this is community property (see instructions)

| 3.4 | Make: | **Ford** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|
| | Model: | **Explorer** | ☐ Debtor 1 only | |
| | Year: | **2020** | ☐ Debtor 2 only | |
| | Approximate mileage: | **6,500** | ☐ Debtor 1 and Debtor 2 only | |

Other information:

**Current value of the entire property?**   **Current value of the portion you own?**

$58,286.00   $58,286.00

■ At least one of the debtors and another

☐ Check if this is community property (see instructions)

### 4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..................................................=>   $266,621.00

**Part 3:**  Describe Your Personal and  Household Items

Do you own or have any legal or equitable interest in any of the following items?   **Current value of the portion you own?** Do not deduct secured claims or exemptions.

Debtor 1    **James Toliver Craig**                       Case number *(if known)* _____

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes.  Describe.....

| | |
|---|---|
| **Major Kitchen Appliances, Washer/Dryer, couches and recliners, kitchen table and chairs, small kitchen appliances.** | **$4,000.00** |

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes.  Describe.....

| | |
|---|---|
| **2 Televisions, projector, alarm system, 2 computers, 1 printer, house audio system.** | **$4,000.00** |

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes.  Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ■ Yes.  Describe.....

| | |
|---|---|
| **Saxophones, piano, clarinet, bicycles, snowbard.** | **$2,000.00** |

10. **Firearms**
   *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
   ☐ No
   ■ Yes.  Describe.....

| | |
|---|---|
| **1 suppressor and 1 Shot gun (Remington 870)** | **Unknown** |

11. **Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
   ☐ No
   ■ Yes.  Describe.....

| | |
|---|---|
| **Misc. mens clothing and shoes.** | **$2,000.00** |

12. **Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   ☐ No
   ■ Yes.  Describe.....

| | |
|---|---|
| **Wedding ring, imitation Rolex** | **$700.00** |

13. **Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   ■ No
   ☐ Yes.  Describe.....

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | **James Toliver Craig** | Case number *(if known)* | |

14. **Any other personal and household items you did not already list, including any health aids you did not list**
- ■ No
- ☐ Yes.  Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** .............................................................................

| | **$12,700.00** |

---

| **Part 4:** | **Describe Your Financial Assets** |

| **Do you own or have any legal or equitable interest in any of the following?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |

16. **Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
- ■ No
- ☐ Yes.........................................................................................................

17. **Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
- ☐ No
- ■ Yes......................                    Institution name:

| 17.1. | **Checking** | **Chase Bank (5104) (Wages)** | **$4,481.72** |
| 17.2. | **Savings** | **Chase Bank (7740) (Child's account)** | **$35.27** |
| 17.3. | **Savings** | **Chase Bank (7757) (Child's account)** | **$36.12** |
| 17.4. | **Savings** | **Chase Bank (9383) (Child's Account)** | **$36.17** |
| 17.5. | **Savings** | **Chase Bank (7621) (Child's account)** | **$35.27** |
| 17.6. | **Savings** | **Chase Bank (2661) (Child's account)** | **$36.06** |
| 17.7. | **Savings** | **Chase Bank (2679) (Child's account)** | **$36.06** |

18. **Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
- ☐ No
- ■ Yes..................                    Institution or issuer name:

| | **Pinnacle Consulting Group** | **$0.00** |

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
- ☐ No
- ■ Yes.  Give specific information about them...................
   Name of entity:                                                  % of ownership:

---

Debtor 1    **James Toliver Craig**                                              Case number *(if known)*

---

**Summerbrook Dental Group**                    100%      %                              Unknown

---

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ■ No
    ☐ Yes. Give specific information about them
            Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ■ No
    ☐ Yes. List each account separately.
            Type of account:          Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

    ■ No
    ☐ Yes. .....................              Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

    ■ No
    ☐ Yes............            Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

    ■ No
    ☐ Yes............            Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

    ■ No
    ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

    ■ No
    ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

    ■ No
    ☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

                                                                              _____

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

    ■ No
    ☐ Yes. Give specific information......

---

7/01/20  8:31AM

| Debtor 1 | James Toliver Craig | Case number *(if known)* | |

**30.  Other amounts someone owes you**
> *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes.  Give specific information..

**31.  Interests in insurance policies**
> *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No
☑ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| Lincoln (Whole Life) - | Angela Craig | $80,778.90 |
| Lincoln (Term Life) | Angela Criag | $0.00 |
| Kansas City Life (Term) | Angela Craig | $0.00 |

**32.  Any interest in property that is due you from someone who has died**
> If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No
☐ Yes.  Give specific information..

**33.  Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
> *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☐ No
☑ Yes.  Describe each claim.........

| James Wolfgramm and Bitex, LLC - Lawsuit (Estimated Damages) | $600,000.00 |
|---|---|

**34.  Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No
☐ Yes.  Describe each claim.........

**35.  Any financial assets you did not already list**

☑ No
☐ Yes.  Give specific information..

**36.  Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.................................................................................................................**  $685,475.57

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

**37.  Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.
☐ Yes.  Go to line 38.

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. If you own or have an interest in farmland, list it in Part 1. |
|---|---|

**46.  Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.
☐ Yes.  Go to line 47.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor 1 | **James Toliver Craig** | Case number *(if known)* |
|---|---|---|

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
|---|---|

53. **Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership
   ☐ No
   ☑ Yes. Give specific information.........

| Troptions.gold 130 units | Unknown |
|---|---|

| Xtroptions.gold 894,198 units | Unknown |
|---|---|

| Egold 7,644,000,000 Units | Unknown |
|---|---|

54. **Add the dollar value of all of your entries from Part 7. Write that number here** .................................. | **$0.00** |

| **Part 8:** | **List the Totals of Each Part of this Form** |
|---|---|

| 55. | **Part 1: Total real estate, line 2** .............................................................................. | | | **$1,002,700.00** |
|---|---|---|---|---|
| 56. | **Part 2: Total vehicles, line 5** | | **$266,621.00** | |
| 57. | **Part 3: Total personal and household items, line 15** | | **$12,700.00** | |
| 58. | **Part 4: Total financial assets, line 36** | | **$685,475.57** | |
| 59. | **Part 5: Total business-related property, line 45** | | **$0.00** | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | | **$0.00** | |
| 61. | **Part 7: Total other property not listed, line 54** | + | **$0.00** | |
| 62. | **Total personal property.** Add lines 56 through 61... | | **$964,796.57** | Copy personal property total | **$964,796.57** |
| 63. | **Total of all property on Schedule A/B**. Add line 55 + line 62 | | | **$1,967,496.57** |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **James Toliver Craig** |
| | First Name  Middle Name  Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name  Middle Name  Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO |
| Case number | |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106C
## Schedule C: The Property You Claim as Exempt                         4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **6795 S. Robertsdale Way Aurora, CO 80016  Arapahoe County**<br>Line from *Schedule A/B*: **1.1** | $1,002,700.00 | ■ $75,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Colo. Rev. Stat. §§ 38-41-201(1)(a), 38-41-201.6, 38-41-202 |
| **2018 Jeep Wrangler 30,000 miles**<br>Line from *Schedule A/B*: **3.2** | $62,000.00 | ■ $2,472.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Colo. Rev. Stat. §§ 13-54-102(1)(j)(I), (III) |
| **Major Kitchen Appliances, Washer/Dryer, couches and recliners, kitchen table and chairs, small kitchen appliances.**<br>Line from *Schedule A/B*: **6.1** | $4,000.00 | ■ $4,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Colo. Rev. Stat. § 13-54-102(1)(e) |
| **2 Televisions, projector, alarm system, 2 computers, 1 printer, house audio system.**<br>Line from *Schedule A/B*: **7.1** | $4,000.00 | ■ $2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Colo. Rev. Stat. § 13-54-102(1)(e) |
| **Misc. mens clothing and shoes.**<br>Line from *Schedule A/B*: **11.1** | $2,000.00 | ■ $2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Colo. Rev. Stat. § 13-54-102(1)(a) |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    **James Toliver Craig**                                    Case number (if known)

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Wedding ring, imitation Rolex**<br>Line from *Schedule A/B*: **12.1** | $700.00 | ■             $700.00<br>☐  100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. § 13-54-102(1)(b)** |
| **Checking: Chase Bank (5104) (Wages)**<br>Line from *Schedule A/B*: **17.1** | $4,481.72 | ■             $3,361.29<br>☐  100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. §§ 13-54-104(2)(a), 5-5-105, 5-5-106** |
| **Lincoln (Whole Life) - Beneficiary: Angela Craig**<br>Line from *Schedule A/B*: **31.1** | $80,778.90 | ■             $80,778.90<br>☐  100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. § 10-7-106** |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **James Toliver Craig** |
| | First Name_____Middle Name_____Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name_____Middle Name_____Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO |
| Case number | _____ |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1:   List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|---|
| 2.1 **Ally Financial**<br>Creditor's Name | Describe the property that secures the claim: | $95,391.00 | $97,831.00 | $0.00 |
| | **2020 Ford F-250 6,500 miles** | | | |
| **PO Box 380901**<br>**Minneapolis, MN 55438**<br>Number, Street, City, State & Zip Code | As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |
| **Who owes the debt?** Check one.<br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>■ At least one of the debtors and another<br>☐ Check if this claim relates to a<br>community debt | **Nature of lien.** Check all that apply.<br>☐ An agreement you made (such as mortgage or secured<br>car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>■ Other (including a right to offset)   Automobile Loan | | | |
| Date debt was incurred _____ | Last 4 digits of account number   4851 | | | |
| 2.2 **Bellco Credit Union**<br>Creditor's Name | Describe the property that secures the claim: | $242,697.00 | $1,002,700.00 | $0.00 |
| | **6795 S. Robertsdale Way Aurora,**<br>**CO 80016  Arapahoe County** | | | |
| **PO Box 6611**<br>**Greenwood Village, CO**<br>**80155**<br>Number, Street, City, State & Zip Code | As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |
| **Who owes the debt?** Check one.<br>■ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this claim relates to a<br>community debt | **Nature of lien.** Check all that apply.<br>■ An agreement you made (such as mortgage or secured<br>car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>☐ Other (including a right to offset) _____ | | | |
| Date debt was incurred  4/1/2001 | Last 4 digits of account number   5274 | | | |

Debtor 1  **James Toliver Craig**                                    Case number *(if known)*
            First Name    Middle Name        Last Name

---

| 2.3 | **Bellco Credit Union** | Describe the property that secures the claim: | $57,717.00 | $62,000.00 | $4,283.00 |
|---|---|---|---|---|---|

Creditor's Name

**2018 Jeep Wrangler 30,000 miles**

**PO Box 6611**
**Greenwood Village, CO**
**80155**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Automobile Loan**

Date debt was incurred   **11/2019**        Last 4 digits of account number   **2323**

---

| 2.4 | **Chase Auto Finance** | Describe the property that secures the claim: | $58,758.34 | $58,286.00 | $472.34 |
|---|---|---|---|---|---|

Creditor's Name

**2020 Ford Explorer 6,500 miles**

**PO Box 901076**
**Fort Worth, TX 76101**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Automobile Loan**

Date debt was incurred   **2/2020**        Last 4 digits of account number   **0319**

---

| 2.5 | **Ford Motor Credit** | Describe the property that secures the claim: | $60,227.00 | $48,504.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**2019 Ford Expedition 15,000 miles**

**P.O. Box 62180**
**Colorado Springs, CO**
**80962**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Automobile Loan**

Date debt was incurred   _____        Last 4 digits of account number   **1773**

---

Debtor 1  **James Toliver Craig**

First Name          Middle Name          Last Name

Case number (if known) _____

| 2.6 | **TIAA** | **Describe the property that secures the claim:** | **$675,000.00** | **$1,002,700.00** | **$0.00** |

Creditor's Name

> **6795 S. Robertsdale Way Aurora, CO 80016  Arapahoe County**

**301 West Bay Street
Jacksonville, FL 32202**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim relates to a
community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☑ Other (including a right to offset)     **First Mortgage**

**Date debt was incurred**   **6/2/2001**          **Last 4 digits of account number**   **0676**

| Add the dollar value of your entries in Column A on this page. Write that number here: | **$1,189,790.34** |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$1,189,790.34** |

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | James Toliver Craig |
| | First Name   Middle Name   Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

**Part 1:    List All of Your PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims against you?**

☐ No. Go to Part 2.

■ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

| 2.1 | **Colorado Department of Revenue** | Last 4 digits of account number   0315 | $30,901.00 | $30,901.00 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
**1375 Sherman Street**
**Denver, CO 80261**
Number Street City State Zip Code

**When was the debt incurred?   December 2018**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

Debtor 1   **James Toliver Craig**                                              Case number (if known)  _____

| 2.2 | **Internal Revenue Service** | | | **$130,000.0 0** | | |
|---|---|---|---|---|---|---|

Priority Creditor's Name
**PO Box 7346**
**Philadelphia, PA 19101**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **0315**          **$130,000.0 0**   **$130,000.00**   **$0.00**

When was the debt incurred?   **December 2018**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

---

| 2.3 | **Nelnet** | | | **$120,426.0 0** | | |
|---|---|---|---|---|---|---|

Priority Creditor's Name
**PO Box 82505**
**Lincoln, NE 68501**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **6624**          **$120,426.0 0**   **$120,426.00**   **$0.00**

When was the debt incurred?   **May 2007**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Student Loans**

---

| 2.4 | **Nelnet Lns** | Last 4 digits of account number   **6724** | **$33,671.00** | **$33,671.00** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**PO Box 82561**
**Lincoln, NE 68501**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?   **5/2007**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Student Loan (Affected by Natural Disaster)**

---

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |
|---|---|

3.   **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.   **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of

Debtor 1   **James Toliver Craig**                                    Case number (if known) _____

| | Part 2. |
|---|---|

| | | | Total claim |
|---|---|---|---|

| 4.1 | **Align Technology, Inc.** | Last 4 digits of account number _____ | **$2,154.00** |

Nonpriority Creditor's Name

**2560 Orchard Parkway**
**San Jose, CA 95131**

When was the debt incurred?   **2020**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt**

---

| 4.2 | **American Express** | Last 4 digits of account number _____ | **$138,074.70** |

Nonpriority Creditor's Name

**P.O. Box 650448**
**Dallas, TX 75265**

When was the debt incurred?   **20202**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt**

---

| 4.3 | **Behalf** | Last 4 digits of account number _____ | **$2,500.00** |

Nonpriority Creditor's Name

**401 Warren Street**
**Redwood City, CA 94063**

When was the debt incurred?   **2020**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt**

Debtor 1 __James Toliver Craig__      Case number (if known) _____

| 4.4 | **BFD, Inc.** | Last 4 digits of account number _____ | **$100,000.00** |

Nonpriority Creditor's Name
**6795 S. Robertsdal Way**
**Aurora, CO 80016**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred?   **2020**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt**

---

| 4.5 | **BHG Credit Card** | Last 4 digits of account number _____ | **$18,537.56** |

Nonpriority Creditor's Name
**10234 West State Road 84**
**Fort Lauderdale, FL 33324**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred?   **2020**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt**

---

| 4.6 | **Bluevine Capital Inc.** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**401 Warren Street**
**Redwood City, CA 94063**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred?   _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal Guaranty of Business Debt**

---

Debtor 1    **James Toliver Craig**

Case number (if known) _____

---

| 4.7 | **Byline Financial** | Last 4 digits of account number _____ | **$36,466.33** |

Nonpriority Creditor's Name
**180 North LaSalle Street**
**Chicago, IL 60601**
Number Street City State Zip Code

When was the debt incurred?    **2020**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business Debt**

---

| 4.8 | **Capital One** | Last 4 digits of account number    **9472** | **$41,056.67** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**PO box 30285**
**Salt Lake City, UT 84130**
Number Street City State Zip Code

When was the debt incurred?    **11/2011**

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Revolving; Credit Card**

---

| 4.9 | **Capital One** | Last 4 digits of account number    **6983** | **$9,696.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**PO Box 30285**
**Salt Lake City, UT 84130**
Number Street City State Zip Code

When was the debt incurred?    **12/2019**

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Revolving, Credit Card**

---

Debtor 1   **James Toliver Craig**

Case number (if known) _____

---

| 4.1 0 | **Choice Health Finance** | | Last 4 digits of account number _____ | | **$205,021.80** |

Nonpriority Creditor's Name

**1310 Madrid Street**
**Marshall, MN 56258**

Number Street City State Zip Code

When was the debt incurred?   **12/12/2019**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **PrimeScan and Solea Laser (Personal Guaranty of business debt)**

---

| 4.1 1 | **CT Corporation** | | Last 4 digits of account number _____ | | **Unknown** |

Nonpriority Creditor's Name

**330 N. Brand Blvd., Ste. 700**
**Glendale, CA 91203**

Number Street City State Zip Code

When was the debt incurred?   **2020**

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify _____

---

| 4.1 2 | **Dentascope** | | Last 4 digits of account number _____ | | **$5,000.00** |

Nonpriority Creditor's Name

**9579 Breantwood Way, Unit B**
**Broomfield, CO 80021**

Number Street City State Zip Code

When was the debt incurred?   **2020**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt**

---

Debtor 1   **James Toliver Craig**                                    Case number (if known) _____

---

**4.1 3**

**Funding Circle**

Nonpriority Creditor's Name
**747 Front St., 4th Floor**
**San Francisco, CA 94111**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

| | |
|---|---|
| **Last 4 digits of account number** _____ | **Unknown** |

**When was the debt incurred?**   **7/5/2019**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt**

---

**4.1 4**

**Funding Circle**

Nonpriority Creditor's Name
**707 17th Street, Suite 2200**
**Denver, CO 80202**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

| | |
|---|---|
| **Last 4 digits of account number** _____ | **Unknown** |

**When was the debt incurred?**   **2020**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt**

---

**4.1 5**

**Headway Funding**

Nonpriority Creditor's Name
**401 Warren Street**
**Redwood City, CA 94063**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

| | |
|---|---|
| **Last 4 digits of account number** _____ | **Unknown** |

**When was the debt incurred?**   **2020**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business  Debt**

---

Debtor 1 **James Toliver Craig**

Case number (if known) _____

| | | |
|---|---|---|
| **4.1 6** | **Heartland ECSI** | Last 4 digits of account number **7748** $1,830.56 |

Nonpriority Creditor's Name
**P.O. Box 1238**
**Wexford, PA 15090**
Number Street City State Zip Code

**When was the debt incurred?**  **May 2006**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**Student Loans**

| | | |
|---|---|---|
| **4.1 7** | **Kabbage** | Last 4 digits of account number $71,420.00 |

Nonpriority Creditor's Name
**925 B Peachtree Street, Suite 1688**
**Atlanta, GA 30309**
Number Street City State Zip Code

**When was the debt incurred?**  **2020**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt**

| | | |
|---|---|---|
| **4.1 8** | **LG Funding LLC** | Last 4 digits of account number **Unknown** |

Nonpriority Creditor's Name
**1218 Union Street**
**Brooklyn, NY 11225**
Number Street City State Zip Code

**When was the debt incurred?**  **9/26/19**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt**

7/01/20  8:31AM

Debtor 1   **James Toliver Craig**                                    Case number (*if known*) _____

---

**4.19** | **Michael C. Barnhill** | Last 4 digits of account number _____ | **$10,000.00**

Nonpriority Creditor's Name
**Michael Best & Friedrich, LLP**
**2750 East Cottonwood Pkwy., Ste.**
**560**
**Salt Lake City, UT 84121**
Number Street City State Zip Code

When was the debt incurred?   **2020**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Attorney Fees**

---

**4.20** | **National Funding (NFAS, LLC)** | Last 4 digits of account number _____ | **Unknown**

Nonpriority Creditor's Name
**9820 Towne Centre Drive**
**San Diego, CA 92121**
Number Street City State Zip Code

When was the debt incurred?   **2020**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt**

---

**4.21** | **National Funding, Inc.** | Last 4 digits of account number _____ | **$66,000.00**

Nonpriority Creditor's Name
**9820 Towne Centre Drive**
**San Diego, CA 92121**
Number Street City State Zip Code

When was the debt incurred?   **10/7/2019**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1   **James Toliver Craig**                                        Case number (if known)

---

| 4.2 2 | **Next Millennium Property Co., LLC** | Last 4 digits of account number | | | $42,174.60 |

Nonpriority Creditor's Name

**7500 E. Arapahoe Road, Suite 333**
**Englewood, CO 80112**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**When was the debt incurred?**   **March 29, 2013**

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Medical Office Building Lease -Business Debt**

---

| 4.2 3 | **On Deck Dental** | Last 4 digits of account number | | | Unknown |

Nonpriority Creditor's Name

**1400 Broadway, 25th Floor**
**New York, NY 10018**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**When was the debt incurred?**   **2020**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**Internal Revenue Service**
**Insolvency Unit**
**1999 Broadway**
**MS 5012 DEN**
**Denver, CO 80202-3025**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **2.2** of (Check one):

☒ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Office of the Attorney General**
**State of Colorado**
**1300 Broadway**
**Denver, CO 80203**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **2.1** of (Check one):

☒ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Office of the Attorney General**
**US Department of Justice**
**950 Pennsylvania Avenue, NW**
**Suite 4400**
**Washington, DC 20530-0001**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **2.2** of (Check one):

☒ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

---

7/01/20  8:31AM

Debtor 1  **James Toliver Craig**

Case number (if known) _____

_____
Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>**Office of the US Attorney**<br>**District of Colorado**<br>**1801 California Street, Suite 1600**<br>**Denver, CO 80202-2628** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **2.2** of (Check one):<br><br>☑ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |

_____
Last 4 digits of account number

---

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
|---|---|

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | Total Claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. $ | 0.00 |
| | 6b. **Taxes and certain other debts you owe the government** | 6b. $ | 314,998.00 |
| | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. $ | 0.00 |
| | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. $ | 0.00 |
| | 6e. **Total Priority.** Add lines 6a through 6d. | 6e. $ | 314,998.00 |

| | | | Total Claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. $ | 1,830.56 |
| | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $ | 0.00 |
| | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. $ | 0.00 |
| | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. $ | 748,101.66 |
| | 6j. **Total Nonpriority.** Add lines 6f through 6i. | 6j. $ | 749,932.22 |

7/01/20  8:31AM

**Fill in this information to identify your case:**

Debtor 1        **James Toliver Craig**
_____
                First Name        Middle Name        Last Name

Debtor 2
(Spouse if, filing)  _____
                First Name        Middle Name        Last Name

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number   _____
(if known)

☐ Check if this is an
    amended filing

Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1.  **Do you have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1  **Net Millennium Property Co**<br>**7500 E. Arapahoe Road, Suite 333**<br>**Englewood, CO 80112** | **Office Lease (Personal Guarantor)** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

7/01/20  8:31AM

**Fill in this information to identify your case:**

Debtor 1          **James Toliver Craig**
                  First Name          Middle Name          Last Name

Debtor 2
(Spouse if, filing)   First Name          Middle Name          Last Name

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number
(if known)

☐ Check if this is an
  amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                                  12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married
people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page,
fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write
your name and case number (if known). Answer every question.

   **1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☐ No
   ■ Yes

   **2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include
      Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ■ No. Go to line 3.
   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

   **3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown
      in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official
      Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill
      out Column 2.**

| | *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.1 | **Summerbrook Dental Group, PLLC**<br>**14991 E Hampden Ave., Ste 370**<br>**Aurora, CO 80014** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.10**<br>☐ Schedule G _____<br>**Choice Health Finance** |
| 3.2 | **Summerbrook Dental Group, PLLC**<br>**14991 E Hampden Ave., Ste. 370**<br>**Aurora, CO 80014** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.6**<br>☐ Schedule G _____<br>**Bluevine Capital Inc.** |
| 3.3 | **Summerbrook Dental Group, PLLC**<br>**14991 E Hampden Ave., Ste 370**<br>**Aurora, CO 80014** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.13**<br>☐ Schedule G _____<br>**Funding Circle** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1   **James Toliver Craig**

Case number *(if known)*

| ▉ | **Additional Page to List More Codebtors** |
|---|---|

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|

| 3.4 | **Summerbrook Dental Group, PLLC**<br>**14991 E Hampden Ave., Ste 370**<br>**Aurora, CO 80014** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.22**___<br>☐ Schedule G _____<br>**Next Millennium Property Co., LLC** |
| 3.5 | **Summerbrook Dental Group, PLLC**<br>**14991 E Hampden Ave., Ste. 370**<br>**Aurora, CO 80014** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.4**___<br>☐ Schedule G _____<br>**BFD, Inc.** |
| 3.6 | **Summerbrook Dental Group, PLLC**<br>**14991 E Hampden Ave., Ste. 370**<br>**Aurora, CO 80014** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.7**___<br>☐ Schedule G _____<br>**Byline Financial** |
| 3.7 | **Summerbrook Dental Group, PLLC**<br>**14991 E Hampden Ave., Ste. 370**<br>**Aurora, CO 80014** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.12**___<br>☐ Schedule G _____<br>**Dentascope** |
| 3.8 | **Summerbrook Dental Group, PLLC**<br>**14991 E Hampden Ave., Ste. 370**<br>**Aurora, CO 80014** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.14**___<br>☐ Schedule G _____<br>**Funding Circle** |
| 3.9 | **Summerbrook Dental Group, PLLC**<br>**14991 E Hampden Ave., Ste. 370**<br>**Aurora, CO 80014** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.15**___<br>☐ Schedule G _____<br>**Headway Funding** |
| 3.10 | **Summerbrook Dental Group, PLLC**<br>**14991 E Hampden Ave., Ste. 370**<br>**Aurora, CO 80014** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.17**___<br>☐ Schedule G _____<br>**Kabbage** |
| 3.11 | **Summerbrook Dental Group, PLLC**<br>**14991 E Hampden Ave., Ste. 370**<br>**Aurora, CO 80014** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.18**___<br>☐ Schedule G _____<br>**LG Funding LLC** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor 1   **James Toliver Craig**                                    Case number *(if known)*

█████   **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.12 **Summerbrook Dental Group, PLLC**<br>**14991 E Hampden Ave., Ste. 370**<br>**Aurora, CO 80014** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.20**<br>☐ Schedule G _____<br>**National Funding (NFAS, LLC)** |
| 3.13 **Summerbrook Dental Group, PLLC**<br>**14991 E Hampden Ave., Ste. 370**<br>**Aurora, CO 80014** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.23**<br>☐ Schedule G _____<br>**On Deck Dental** |
| 3.14 **Summerbrook Dental Group, PLLC**<br>**14991 E Hampden Ave., Ste 370**<br>**Aurora, CO 80014** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.21**<br>☐ Schedule G _____<br>**National Funding, Inc.** |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | James Toliver Craig |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income                                    12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**        **Describe Employment**

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ■ Employed ☐ Not employed | ■ Employed ☐ Not employed |
| | Occupation | Dentist | Consultant |
| | Employer's name | Summerbrook Dental Group, PLLC | BFD |
| | Employer's address | 14991 E. Hampden Avenue, #370 Aurora, CO 80014 | 679 S Robersdale Way |
| | How long employed there? | 13 years | 20 |

**Part 2:**        **Give Details About Monthly Income**

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | $ 20,000.00 | $ 5,000.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ 0.00 | +$ 0.00 |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $ 20,000.00 | $ 5,000.00 |

Debtor 1   **James Toliver Craig** _____   Case number (*if known*) _____

|  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here ........................................................... | 4. | $    20,000.00 | $    5,000.00 |

5. **List all payroll deductions:**

|  |  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $    0.00 | $    0.00 |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $    0.00 | $    0.00 |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $    0.00 | $    0.00 |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $    0.00 | $    0.00 |
| 5e. | **Insurance** | 5e. | $    0.00 | $    0.00 |
| 5f. | **Domestic support obligations** | 5f. | $    0.00 | $    0.00 |
| 5g. | **Union dues** | 5g. | $    0.00 | $    0.00 |
| 5h. | **Other deductions.** Specify: _____ | 5h.+ | $    0.00  + | $    0.00 |

6. **Add the payroll deductions.**  Add lines 5a+5b+5c+5d+5e+5f+5g+5h.   6.   $    0.00   $    0.00

7. **Calculate total monthly take-home pay.**  Subtract line 6 from line 4.   7.   $    20,000.00   $    5,000.00

8. **List all other income regularly received:**

| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $    0.00 | $    0.00 |
|---|---|---|---|---|
| 8b. | **Interest and dividends** | 8b. | $    0.00 | $    0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $    0.00 | $    0.00 |
| 8d. | **Unemployment compensation** | 8d. | $    0.00 | $    0.00 |
| 8e. | **Social Security** | 8e. | $    0.00 | $    0.00 |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $    0.00 | $    0.00 |
| 8g. | **Pension or retirement income** | 8g. | $    0.00 | $    0.00 |
| 8h. | **Other monthly income.** Specify: _____ | 8h.+ | $    0.00  + | $    0.00 |

9. **Add all other income.**  Add lines 8a+8b+8c+8d+8e+8f+8g+8h.   9.   $    0.00   $    0.00

10. **Calculate monthly income.**  Add line 7 + line 9.   10.   $    20,000.00  +  $    5,000.00  =  $    25,000.00
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
    Specify: _____   11.   +$    0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies   12.   $    25,000.00
    **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
    ☐  No.
    ■  Yes. Explain: _____

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **James Toliver Craig** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO |
| Case number (If known) | |

Check if this is:

- ☐ An amended filing
- ☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses
12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

**Part 1:     Describe Your Household**

1. **Is this a joint case?**

   ■ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

   　☐ No
   　☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**   ☐ No

   Do not list Debtor 1 and Debtor 2.

   ■ Yes. Fill out this information for each dependent..............

   Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Son** | | ☐ No ■ Yes |
| **Daughter** | | ☐ No ■ Yes |
| **Daughter** | | ☐ No ■ Yes |
| **Daughter** | | ☐ No ■ Yes |
| **Daughter** | | ☐ No ■ Yes |
| **Daughter** | | ☐ No ■ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ■ No
   ☐ Yes

**Part 2:     Estimate Your Ongoing Monthly Expenses**

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | Your expenses |
|---|---|

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.

   4. $ _____ **4,545.79**

   **If not included in line 4:**

   4a.   Real estate taxes          4a. $ _____ **0.00**
   4b.   Property, homeowner's, or renter's insurance     4b. $ _____ **0.00**
   4c.   Home maintenance, repair, and upkeep expenses    4c. $ _____ **1,000.00**

Debtor 1   **James Toliver Craig**                                    Case number (if known) _____

|  | | | |
|---|---|---|---|
| 4d. | Homeowner's association or condominium dues | 4d. $ | **135.00** |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | **2,416.00** |

Debtor 1    **James Toliver Craig**                                    Case number (if known)

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | **700.00** |
| | 6b. | Water, sewer, garbage collection | 6b. $ | **300.00** |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | **600.00** |
| | 6d. | Other. Specify: | 6d. $ | **0.00** |
| 7. | **Food and housekeeping supplies** | | 7. $ | **1,500.00** |
| 8. | **Childcare and children's education costs** | | 8. $ | **200.00** |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | **1,000.00** |
| 10. | **Personal care products and services** | | 10. $ | **500.00** |
| 11. | **Medical and dental expenses** | | 11. $ | **500.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. | | | |
| | Do not include car payments. | | 12. $ | **300.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | **1,000.00** |
| 14. | **Charitable contributions and religious donations** | | 14. $ | **1,500.00** |
| 15. | **Insurance.** | | | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | **0.00** |
| | 15b. | Health insurance | 15b. $ | **0.00** |
| | 15c. | Vehicle insurance | 15c. $ | **597.50** |
| | 15d. | Other insurance. Specify:   **Disability** | 15d. $ | **750.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. | | | |
| | Specify: | | 16. $ | **0.00** |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | **1,271.88** |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | **1,390.10** |
| | 17c. | Other. Specify:  **2020 Ford Explorer** | 17c. $ | **971.72** |
| | 17d. | Other. Specify:  **2018 Jeep Wrangler** | 17d. $ | **950.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18. $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** | | $ | **0.00** |
| | Specify: | | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | | |
| | 20a. | Mortgages on other property | 20a. $ | **0.00** |
| | 20b. | Real estate taxes | 20b. $ | **0.00** |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | **0.00** |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | **0.00** |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | **0.00** |
| 21. | **Other:** Specify: | | 21. +$ | **0.00** |

| | | | | |
|---|---|---|---|---|
| 22. | **Calculate your monthly expenses** | | | |
| | 22a. Add lines 4 through 21. | | $ | **22,127.99** |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ | |
| | 22c. Add line 22a and 22b.  The result is your monthly expenses. | | $ | **22,127.99** |

| | | | | |
|---|---|---|---|---|
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | | 23a. $ | **25,000.00** |
| | 23b. Copy your monthly expenses from line 22c above. | | 23b. -$ | **22,127.99** |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | | 23c. $ | **2,872.01** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

   ☑ No.
   ☐ Yes.       Explain here:

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **James Toliver Craig** |
| | First Name ___ Middle Name ___ Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name ___ Middle Name ___ Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Sign Below**

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| | | | |
|---|---|---|---|
| X | **/s/ James Toliver Craig** | X | |
| | **James Toliver Craig** | | Signature of Debtor 2 |
| | Signature of Debtor 1 | | |
| Date | **July  1, 2020** | Date | |

# Notice Required by 11 U.S.C. § 342(b) for
# Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

**You are an individual filing for bankruptcy,** and

**Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

Chapter 7 - Liquidation

Chapter 11 - Reorganization

Chapter 12 - Voluntary repayment plan for family farmers or fishermen

Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $75 | administrative fee |
| + $15 | trustee surcharge |
| $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

most taxes;

most student loans;

domestic support and property settlement obligations;

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   | | |
|---|---|---|
| | $1,167 | filing fee |
| + | $550 | administrative fee |
| | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

## Chapter 12: Repayment plan for family farmers or fishermen

|   |       |                    |
|---|-------|--------------------|
|   | $200  | filing fee         |
| + | $75   | administrative fee |
|   | $275  | total fee          |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

## Chapter 13: Repayment plan for individuals with regular income

|   |       |                    |
|---|-------|--------------------|
|   | $235  | filing fee         |
| + | $75   | administrative fee |
|   | $310  | total fee          |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

---

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case.* If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days ***before*** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html .

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts/Bankruptcy/ BankruptcyResources/ApprovedCredit AndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

## United States Bankruptcy Court
### District of Colorado

In re    **James Toliver Craig**

Debtor(s)

Case No. _____

Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:    **July  1, 2020**

**/s/ James Toliver Craig**

**James Toliver Craig**
Signature of Debtor