UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| *In re:* ) | |
| ) | |
| JAMES TOLIVER CRAIG ) | Case No. 20-14530 JGR |
| ) | Chapter 11 |
| *Debtor.* ) | |

Chapter 11 Subchapter V Trustee's Report of No Distribution

I, Harvey Sender, having been appointed trustee of the estate of the above-named debtor, report I collected funds totaling: $0.00.  A plan was confirmed on 6/2/2021.  No plan payments were made to the trustee.  According to the debtor, the plan was substantially consummated, and pursuant to 11 U.S.C. § 330(a), on 8/24/2021 the Court ordered the Trustee's 3rd and final order for $966.17 towards the allowed compensation of $7,814.97 be awarded to the trustee.   To date, I have received $3,000.00 from the debtor.  The balance of funds in the amount of $4,814.97 have not yet been paid by the debtor to the trustee.   I hereby certify that my administration of the estate of the above-named debtor has been completed.  I request that I be discharged from any further duties as trustee.

Dated: May 25, 2022.                                  Respectfully submitted,

*/s/ Harvey Sender*
Harvey Sender, Subchapter V Trustee
600 17th Street, Suite 2800 South
Denver, CO  80202
(303) 454-0540 / (303) 568-0102 FAX
Email:  hsender@sendertrustee.com

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-11(v)-NDR E**